UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael  Hyungsup Kim ( Korean name: 김형섭)

Write the full name of each plaintiff.

18 CV 12230

(Include case number if one has been assigned)

-against-

Byungjung Lee ( Korean name: 이병정)

Chungsook Lee ( Korean Name: 이 정숙)

Yong-ik Kim ( Korean name: 김용익 )

COMPLAINT

Do you want a jury trial?
☐ Yes   ☑ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

2018 DEC 26 PM 4:27

SDNY PRO SE OFFICE

RECEIVED

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   **Federal Question**

☐   **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

_____

### B.   If you checked Diversity of Citizenship

1. **Citizenship of the parties**

Of what State is each party a citizen?

The plaintiff, *Michael H Kim*, is a citizen of the State of
(Plaintiff's name)

*United State of America*
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _Byung-chung Lee_ is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_South Korean_.

If the defendant is a corporation:

The defendant, ~~Chung Soak Lee~~ is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

_Michael_          _H_              _Kim_
First Name          Middle Initial          Last Name

_6192  State Route 374_
Street Address

_Chateaugay_                _NY_          _12920_
County, City                State          Zip Code

_518-380-3977_          _michaelkim2222@gmail.com_
Telephone Number          Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    *Byangchung* *Lee*
First Name              Last Name

Current Job Title (or other identifying information)

*37-2 (6번지)  Taeharan ro 39 Gil, Kang Nam Ku*
Current Work Address (or other address where defendant may be served)

*Seoul*            *South Korea*
County, City              State              Zip Code

Defendant 2:    *Chung*        *Lee*
First Name              Last Name

*Publisher of Kun Kang Digest*
Current Job Title (or other identifying information)

*107-406 HANBo Mido Mension (Daechidong 511)*
Current Work Address (or other address where defendant may be served)

*Seoul*            *South Korea*
County, City              State              Zip Code

Defendant 3:    *Yong-ik*        *Kim*
First Name              Last Name

Current Job Title (or other identifying information)

*823 Dong 608 Ho  Hyundai Apt  Yatap tong 335*
Current Work Address (or other address where defendant may be served)

*Kyung-Ki Do Bundang Gu  Seoul, Korea*
County, City              State              Zip Code

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: Dec 36, 2018

Plaintiff's Signature

First Name: Michael

Middle Initial: H

Last Name: Kim

Street Address: 6192 State Route 374  Chateaugay, NY 12920

County, City: Chateaugay

State: NY

Zip Code: 12920

Telephone Number: 578-380-3977

Email Address (if available): michaelkim22222@gmail.com

michaelkim22222@gmail.Com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

#1

1. I ( Plaintiff) registered the trademark of Kun Kang Digest at the Patent Board  of South Korea government on May 2, 1991.And published Kun Kang Digest magazine, monthly for 30 years.

2. However, when I was in Los Angeles, USA for business, my ex-brother in law, Kim wonyung, and  company clerk Kim Injoon, transferred my trademark, Kun Kang Digest,  illegally to Byung-chung Lee without my permission on Sep 22, 1995.

3.  When I found that illegal transfer of the trademark, I had law sued against Byung Chung Lee.

4. Then, the Daejun District Court judged that Byung-chung Lee should not practice the transfer of trademark , should not do the right of pledge, should not permit exclusive use of the trade mark and should not permit the commercial use to anybody.

5. But Byung-chung Lee transferred the trademark of Kun Kang Digest to Chung- sook Lee,( publisher of Kun Kang Digest magazine now)on the day, Aug. 6, 2008.

6.  Chung sook Lee is illegally  using my Trademark now since then.

7.  Byung chung Lee also permitted to be used of the Kun Kang Trade mark to Yong-ik Kim as a publisher of Kun Kang Digest magazine.

8. I am strongly ask that  these all illegally using of my trademark should be stopped immediately by the U.S.A. Federal court.

9. And the publishing of the Kun Kang Digest magazine should be Stopped immediately.

Defendant 4:

_____
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City            State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____ *South Karew* _____

Date(s) of occurrence: _____ *Oct 15 /2008* _____

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

*Attached # 1*

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Page 5

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____
_____
_____
_____
_____

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

_____
_____
_____
_____
_____

# 상표등록원부

상표등록번호    제 0213356 호

## [ 권 리 란 ]



| 표시번호 | 등 록 사 항 | | 상 표 |
|---|---|---|---|
| 1번 | 출원연월일 | 1989년 11월 30일 | |
| | 출원번호 | 1989-0030173 | |
| | 출원공고연월일 | 1991년 02월 20일 | |
| | 공고번호 | 1991-0002614 | |
| | 등록결정(심결)연월일 | 1991년 04월 09일 | |
| | 상품류구분수 | 1 | |
| | 상표권 설정등록일 | 1991년 05월 02일 등록 | |
| | 존속기간(예정)만료일 | 2021년 05월 02일 | |
| | 지정상품 | 제052류 잡지(건강정보를실은월간지) | |

| 2번 | (상표권존속기간갱신등록) | | 출원 번 호 :2001-0005966 |
|---|---|---|---|
| | 출원 연월일 :2001년 06월 21일 | | 상품류구분수 :1 |
| | 등록결정연월일 :2001년 10월 29일 | | |
| | 지정상품 : 제16류 잡지(건강정보를실은월간지) | | 2002년 01월 29일 등록 |

| 3번 | (상표권존속기간갱신등록) | | 신청 번 호 :2011-5055297 |
|---|---|---|---|
| | 신청 연월일 :2011년 03월 15일 | | |
| | 상품류구분수 :1 | | |
| | 지정상품 : 제16류 : 잡지(건강정보를실은월간지) | | 2011년 03월 15일 등록 |

## [ 상 표 등 록 료 란 ]

전액납부 10년분 (2011.05.03 ~ 2021.05.02)    금액 310,000 원    2011년 03월 16일 납입

## [ 연 합 상 표 란 ]

0177889

## [ 상 표 권 자 란 ]

(최종권리자)
이정숙 (530906-*******)
서울특별시 강남구 남부순환로 3032, 한보미도맨션 107-406 (대치동)

| 순위번호 | 등 록 사 항 | | |
|---|---|---|---|
| 1번 | (등록권리자) | | |
| | 이정숙(371125-*******) | | |
| | 서울시 광진구 광장동145-8위커힐아파트23동402호 | | 1991년 05월 02일 등록 |
| 1번 | (등록권리자의 표시변경등록) | | |
| | 접수 연월일 :1995년 09월 14일 | | 접수 번 호 :1995-0003158 |
| | 변경 권리자 :김형섭(371125-*******) | | |

발급일자 : 20181217                                    1/5

서울특별시은평구역촌동20-47

변 경 사 항
　변경전 : 서울특별시은평구역촌동20-47
　변경후 : 서울특별시진구구상암동145-6차우림아파트23동402호
　등록권인일자 : 1993년 07월 22일　　　　　　　등 록 원 인 : 주소변경

　　　　　　　　　　　　　　　　　　　　　　　　　　1995년 09월 14일 등록

2번 (가압류등록)
　접수 연월일 : 1995년 09월 18일　　　　　접 수 번 호 : 1995-000915
　사건의 표시 : 서울지방법원동부지원95카단9920상표권가압류
　등 록 의 무 자 : 김종섭(371125-*******)
　　　　　　　　서울특별시 은평구 진흥로1길 55-34 (역촌동)
　등 록 권 리 자 : 박상규
　　　　　　　　서울특별시 강동구 양재대로 1340, 137동 401호 (둔촌동, 주공아파트)
　등록권인일자 : 1995년 09월 12일　　　　　등 록 원 인 : 가압류
　등록의 목적 : 가압류기입등록

　　　　　　　　　　　　　　　　　　　　　　　　　　1995년 09월 18일 등록

2번 (도로명주소경정등록)
부기1　관 리 번 호 : 2011-5279616
　　　　　　　　　　　　　　　　　　　　　　　　도로명주소법제20조에 의한
　등록권인일자 : 2011년 12월 31일　　　　　등 록 원 인 : 지번 주소의 도로명 주소 변경
　등 록 내 용 : 도로명주소법제20조에 의거, 순위변호2번의 의무자 김종섭의 주소를 직권경정함
　변 경 사 항
　　변경전 : 서울특별시은평구역촌동20-47
　　변경후 : 서울특별시진구구상암동145-6차우림아파트 55-34 (역촌동)
　　주 소 경 정 : 변경전 주소는 지번주소임(지번주소 → 도로명주소) 전후에 따라 변경된 주소로
　　　　　　　　직권경정함 동일한 주소임

　　　　　　　　　　　　　　　　　　　　　　　　　　2012년 01월 31일 등록

2번 (도로명주소경정등록)
부기2　관 리 번 호 : 2011-5279616
　　　　　　　　　　　　　　　　　　　　　　　　도로명주소법제20조에 의한
　등록권인일자 : 2011년 12월 31일　　　　　등 록 원 인 : 지번 주소의 도로명 주소 변경
　등 록 내 용 : 도로명주소법제20조에 의거, 순위변호2번의 권리자 박상규의 주소를 직권경정함
　변 경 사 항
　　변경전 : 서울시강동구둔촌동주공아파트137동401호
　　변경후 : 서울특별시 강동구 양재대로 1340, 137동 401호 (둔촌동, 주공아파트)
　　주 소 경 정 : 변경전 주소는 지번주소임(지번주소 → 도로명주소) 전후에 따라 변경된 주소로
　　　　　　　　직권경정함 동일한 주소임

　　　　　　　　　　　　　　　　　　　　　　　　　　2012년 01월 31일 등록

3번 (권리의 이전등록) (가압류)
　접수 연월일 : 1995년 09월 22일　　　　　접 수 번 호 : 1995-0003279
　등 록 의 무 자 : 김종섭(371125-*******)
　　　　　　　　서울특별시진구구상암동145-6차우림아파트23동402호
　등 록 권 리 자 : ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
　　　　　　　　서울특별시 강남구 역삼동 674-36
　등록권인일자 : 1995년 09월 20일　　　　　등 록 원 인 : 양도

　　　　　　　　　　　　　　　　　　　　　　　　　　1995년 09월 22일 등록

3번 (가등록권리자의 표시변경등록)
부기1　접수 연월일 : 2008년 08월 05일　　　　접 수 번 호 : 2008-0175493
　변경 권리자 : 이병창(490316-*******)
　　　　　　　서울특별시 강남구 역삼동 674-36
　변 경 사 항
　　변경전 : 서울시강남구역삼동664번지36호(17/2)
　　변경후 : 서울특별시 강남구 역삼동 674-36
　등 록 원 인 : 주소변경(경정)

　　　　　　　　　　　　　　　　　　　　　　　　　　2008년 08월 05일 등록

3번 (권리의 이전등록)
　접수 연월일 : 1995년 10월 26일　　　　　접 수 번 호 : 1995-0003742
　등 록 의 무 자 : 김종섭(371125-*******)
　　　　　　　　서울특별시광진구광장동145-6차우림아파트23동402호
　등 록 권 리 자 : ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
　　　　　　　　서울특별시 강남구 역삼동 674-36
　등록권인일자 : 1995년 09월 20일　　　　　등 록 원 인 : 양도

　　　　　　　　　　　　　　　　　　　　　　　　　　1995년 10월 26일 등록

3번 (등록권리자의 표시변경등록)
부기1　접수 연월일 : 2008년 08월 05일　　　　접 수 번 호 : 2008-0175493
　변경 권리자 : 이병창(490316-*******)
　　　　　　　서울특별시 강남구 역삼동 674-36
　변 경 사 항
　　변경전 : 서울시강남구역삼동664번지36호(17/2)

변경후 : 서울특별시 강남구 역삼동 674-36
등 기 목 적 : 주소변경(경정)

2008년 08월 05일 등기

**4번근저당권설정**
접 수 연월일 : 2007년 08월 21일      접 수 번 호 :2007-5154463
사건의 표시 : 대전지방법원 2007카합 1007 상표권침해금지가처분
등 록 번 호 :490316-*******
등 록 권 리 자 : 서울특별시 강남구 언주로92길 12 (역삼동)
등 록 관 리 자 : 김병길
     서울 마포구 아현동 425-5 에스케이허브블루웨딩 603호
등록원인일자 : 2007년 08월 14일      등 록 원 인 : 가처분 결정
등 록 의 목 적 : 상표권침해금지가처분 가입등록

2007년 08월 21일 등기

**4번(도로명주소경정등록)**
부기1    관 리 번 호 :2011-5278616
                                     도로명주소법제20조에 의한
등록원인일자 : 2011년 12월 31일      등 록 원 인 :지번 주소의 도로명 주소 변경
등 록 내 용 : 도로명주소법제20조에 의거, 순위번호4번의 의무자 이병철의 주소를 직권경정함
변 경 사 항
변경전 : 서울시강남구역삼동664번지36호(17/2)
변경후 : 서울특별시 강남구 언주로92길 12 (역삼동)
주 소 종 명 : 변경후 주소는 주소체계(지번주소 → 도로명주소) 전환에 따라 변경전 주소를 직권경정한 동일한 주소임

2012년 01월 01일 등기

**5번(권리의 전부이전등록)**
접 수 연월일 : 2008년 08월 06일      접 수 번 호 :2008-0176380
등 록 의무자 : 이병철(490316-*******)
     서울특별시 강남구 테헤란로39길 37-2 (역삼동)
등 록 관 리 자 : 이준희(530906-*******)
     서울특별시 강남구 남부순환로 3032, 한보미도맨션 107-406 (대치동)
등 록 원 인 : 양도
등 록 의 목 적 : 권리의 전부이전등록

2008년 08월 06일 등기

**5번(도로명주소경정등록)**
부기1    관 리 번 호 :2011-5278616
                                       도로명주소법제20조에 의한
등록원인일자 : 2011년 12월 31일      등 록 원 인 :지번 주소의 도로명 주소 변경
등 록 내 용 : 도로명주소법제20조에 의거, 순위번호5번의 의무자 이병철의 주소를 직권경정함
변 경 사 항
변경전 : 서울특별시 강남구 역삼동 674-36
변경후 : 서울특별시 강남구 테헤란로39길 37-2 (역삼동)
주 소 종 명 : 변경후 주소는 주소체계(지번주소 → 도로명주소) 전환에 따라 변경전 주소를 직권경정한 동일한 주소임

2012년 01월 01일 등기

**5번(도로명주소경정등록)**
부기2    관 리 번 호 :2011-5278616
                                       도로명주소법제20조에 의한
등록원인일자 : 2011년 12월 31일      등 록 원 인 :지번 주소의 도로명 주소 변경
등 록 내 용 : 도로명주소법제20조에 의거, 순위번호5번의 권리자 이준희의 주소를 직권경정함
변 경 사 항
변경전 : 서울 강남구 대치동 511 한보미도맨션 107-406
변경후 : 서울특별시 강남구 남부순환로 3032, 한보미도맨션 107-406 (대치동)
주 소 종 명 : 변경후 주소는 주소체계(지번주소 → 도로명주소) 전환에 따라 변경전 주소를 직권경정한 동일한 주소임

2012년 01월 01일 등기

**6번(말소예고등록)**
접 수 연월일 : 2009년 08월 12일      접 수 번 호 :2009-5151185
사건의 표시 : 대전지방법원 2008가합 12686 상표권이전등록말소
등 록 권 리 자 : 김형섭
     서울특별시 마포구 마포대로 196, 고려아카데미텔 919호 (아현동)
                                 원인무효를 원인으로 하는 상
등록원인일자 : 2008년 08월 11일      등 록 원 인 :표권이전등록말소 청구의 소 제기
등 록 의 목 적 : 우 1. 상표권에 관하여 1995. 10. 26. 접수 제1995-0003742호, 2. 상표권에 관하여 2008. 8. 6. 접수 제2008-0176380호에 대한 말소등록의 예고

2009년 08월 12일 등기

**6번(도로명주소경정등록)**



[ 별지 제123호 서식 ]

번호
No. SU-CH-10-003395

# 법 무 부
## MINISTRY OF JUSTICE

2010년 03월 25일
Date

# 출 국 명 령 서
## EXIT ORDER

1. 성 명
   Name in Full    KIM MICHAEL HYUNGSUP

   성 별    남
   Sex

2. 생년월일
   Date of Birth    1937.11.25

3. 국 적
   Nationality    미 국 ( UNITED STATES )

4. 직 업
   Occupation

5. 대한민국내주소
   Address in Korea    서울 마포구 아현동 437-3 고려아카데미텔 919호, 010-7117-9562

6. 출국기한
   Deadline of Departure    2010.04.24

7. 행동범위
   Area of Movement

8. 출두의무    등록증, 출국명령서 반납
   Duty of Appearance

9. 기 타
   The Others

출입국관리법 제 68조제1항의 규정에 의하여 위 사람의 출국을 명합니다.

Pursuant to Paragraph 1, Article 68 of the Immigration Law, the

above-mentioned person is ordered to leave the Republic of Korea.

# 서울출입국관리사무소장
## Chief, SEOUL IMMIGRATION OFFICE



UNITED STATES OF AMERICA

CERTIFICATE OF NATURALIZATION

No. 26913976

FORM N-550 REV. 1-91

*Personal description of holder as of date of naturalization:*

*Date of birth:* NOVEMBER 25, 1937

*Sex:* MALE

*Height:* 5 feet 5 inches

*Marital status:* MARRIED

*Country of former nationality:* KOREA





INS Registration No.: A074754181

*I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.*

_(Complete and true signature of holder)_

*Be it known that, pursuant to an application filed with the Attorney General,*

*The Attorney General having found that:*

as: LOS ANGELES, CALIFORNIA

MICHAEL HYUNGSUP KIM

*then residing in the United States, intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws, and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the*

at: US DISTRICT COURT CENTRAL DISTRICT

POMONA, CALIFORNIA

on: FEBRUARY 26, 2002

*that such person is admitted as a citizen of the United States of America.*



Commissioner of Immigration and Naturalization

IT IS PUNISHABLE BY U. S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## APPLICATION FOR CHANGE OF NAME

As part of the naturalization process, you have the opportunity to legally change your name. If you would like to change your name, complete lines 1, 2, 3, and 4. Please print clearly and press firmly (USE INK ONLY). If you do not want to change your name, complete lines 1, 3, and 4 only. (WRITE "N/A" ON LINE 2).

Name on your Alien Registration Card (Green Card):

1. KIM (Last)    HYUNG SUP (First)    (Middle)

Name you would like on your Naturalization Certificate (if different):

2. MICHAEL (First)   HYUNGSUP (Middle)   KIM (Last)

3. Alien Registration Card (Green Card) Number: A 7#-75#181

4. Date of Birth: 11 (Month) / 25 (Day) / 1937 (Year)

## IMPORTANT INFORMATION

Your copy of this application, along with your Certificate of Naturalization, which you will receive upon taking the oath of allegiance, will verify that you elected to change your name. Your Certificate of Naturalization bears your new name as changed per Order of the Court.

## FOR OFFICIAL USE ONLY

_____ Granted        _____ Denied

Dated: 1 / 7 / 2002

N-5 (1/96)

U.S. GOVERNMENT PRINTING OFFICE 1997-578-132        APPLICANT (COPY)



# 대 전 지 방 법 원

## 제8민사부

## 결 정

사 건   2007카합 1007      상표권처분금지가처분

채 권 자   김 형 섭
         서울 마포구 아현동 425-5 에스케이허브블루빌딩 603호

채 무 자   이 병 정 (490316-1551017)
         서울 강남구 역삼동 664-36

### 주 문

채무자는 별지 기재 상표권에 대하여 양도, 질권·전용사용권의 설정, 통상사용권의
허락 기타 일체의 처분행위를 하여서는 아니된다.

피보전권리의 내용   원인무효에 기한 말소등록절차이행청구권

### 이 유

이 사건 상표권처분금지가처분 신청은 이유 있으므로 담보로 공탁보증보험증권(서울보증
보험주식회사 증권번호 제 126-052-200717005460호)을 제출받고 주문과 같이 결정한다.

2007.  8.  14.

재 판 장 판 사   진 창 수

판 사   조 원 경

판 사   김 재 령

※ 1. 이 가처분 결정은 채권자가 제출한 소명자료를 기초로 판단한 것입니다.
  2. 채무자는 이 결정에 불복이 있을 경우 가처분이의나 취소신청을 이 법원에
     제기할 수 있습니다.



정 본 입 니 다
2007년 8월 14일

별지목록 1

# 상표등록원부

| 상 표 등 록 번 호 | | 제 0213356 호 | |
|---|---|---|---|
| 권 리 란 | | | |
| 표시번호 | 사 항 | | 상 표 |
| 1번 | 출원연월일 | 1989년 11월 30일 | 
40-89-030173

월간
건강 다이제스트 |
| | 출원번호 | 1989-0030173 | |
| | 공고연월일 | 1991년 02월 20일 | |
| | 공고번호 | 1991-0002614 | |
| | 등록결정(심결)연월일 | 1991년 04월 09일 | |
| | 상품류구분수 | 1 | |
| | 상표권 등록일 | 1991년 05월 02일 등록 | |
| | 존속기간(예정)만료일 | 2011년 05월 02일 | |
| | 지정상품 또는 지정 서비스업 | 제052류 :잡지(건강정보를실은월간지) | |
| 2번 | (상표권존속기간갱신등록) 출원 연월일 :2001년 06월 21일        출원 번호 :2001-0005966 등록결정연월일 :2001년 10월 29일        상품류구분수 :1 지 정 상 품 :      제16류 :잡지(건강정보를실은월간지) | | |
| | | | 2002년 01월 29일 등록 |

== 이 상 ==