RECEIVED
SDNY PRO SE OFFICE

2019 JAN 30  PM 3: 52

Docket # 18CV12230

# STATEMENT

| | |
|---|---|
| Plaintiff: | Michael H. Kim (Original Korean Name: Hyung Sup Kim) |
| Address: | 6192 State Route 374, Chateaugay, NY 12820 |
| | U.S.A. |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-30-19

| | |
|---|---|
| Defendants: | Chung Sook Lee, Byung Jung Lee, and Yong Ik Kim |
| Address: | Hyochangwon-ro 70-kil 46 (Hyochang-dong Daeshin Bldg. 3rd Floor) |
| | Seoul, KOREA |

1. The plaintiff, Michael H. Kim was born in Korea on Nov. 25, 1937 and naturalized in Pomona, California on Feb. 26, 2002 (Certificate of Naturalization No. 26913976) The name of the plaintiff has been changed from Hyung Sup Kim to Michael H. Kim when the plaintiff was naturalized. **(Evidence 1)**

2. The plaintiff opened the publishing company of Kun Kang Digest meaning health digest, which was monthly magazine containing various information of health. The first issue was published in June 1983. **(Evidence 2)**

3. The plaintiff applied for the trademark the name of magazine, Kun Kang Digest, to the Department of Patent, Republic of Korea on Nov. 30, 1989. The application was registered on May 2, 1991 as Registration No. 0213356. **(Evidence 3)**

4. I went to the U.S. on Aug. 15, 1995 on my Christian missionary work and stayed in Los Angeles for one year as a Christian mission minister. While I stayed in the U.S., Joong Il An who was the representative of my employees accused me of failing to pay my employees' wages on Sept. 4, 1995. **(Evidence 4)**

5. Because of the accusation, I could not go back to Korea so I had to stay in the U.S. until May 21, 2007. In the meantime, my ex brother-in-law, Won Young Kim, his friend, Byung Jung Lee, and one of my employee, In Jun Kim plotted and cooperated to transfer my trademark, Kun Kang Digest' to Byung Jung Lee.

6. Won Young Kim, Byung Jung Lee and In Jun Kim stole my registered seal in my safety deposit box in my office. At that time, In Jun Kim had the key of my safety deposit box. With my registered seal, they made the fake Certificate of Official Seal on Aug. 28, 1995 and transferred my right of the trademark of Kun Kang

Digest to Byung Jung Lee on Aug. 20, 1995. **(Evidence 5)**

7. My trademark was registered by me on May 2, 1991 and was reported as a provisional seizure/attachement by Sang Kyu Park on Sept. 18, 1995. The trademark  was transferred to Byung Jung Lee on Oct. 26, 1995. **(Evidence 6, #1, #2, #3)**

8. After tranferring the right of trademark, Byung Jung Lee permitted Yong Ik Kim to use the trademark for publishing Kun Kang Digest magazine. Yong Ik Kim published illegally the Kun Kang Digest for 10 years as a publisher.

9. I found that In Jun Kim stole my registered seal in my safety deposit box in 1999 so I asked the consul at the Consulate General of the Republic of Korea in Los Angeles, California the validity of the Certificate of Official Seal which was issued by Hyang Nam Kim on Aug. 28, 1995. The consul confirmed that the Certificate of Official Seal on Aug. 28, 1995 had no legal effect because it was sealed illegally with the official seal of Hyung Sup Kim and it was not issued through the overseas Korean Consulate General. **(Evidence 7)**

10. On Sept. 22, 2006, I filed the complaint to Daejun District Court regarding

stopping my trademark illegally used by Byung Jung Lee and returning the right of the trademark back to me. I got the decision from Daejun District Court and I have restored my rights on Aug. 14, 2007 and registered on Aug. 21, 2007. **(Evidence 8 & Evidence 6, #4)**

11. However Byung Jung Lee tranferred the right of trademark to Chung Sook Lee on Aug. 6, 2008. **(Evidence 6, #5)** Yong Ik Kim published Kun Kang Digest magazine illegally from Oct. 26, 1995 to Aug. 6, 2008 for about 13 years and Chung Sook Lee have used the trademark illegally for publishing Kun Kang Digest magazine since Aug. 6, 2008 till now for more than 10 years. **(Evidence 9)**

12. Even after I won Byung Jung Lee and Chung Sook Lee in a lawsuit against a trademark right, they made fake documents and eventually got me arrested. Eventually, I was imprisoned by the Korean judge, Sang Pil Um, without true evidences and forcefully served in jail for one year and two months from Jan. 2009 to Mar. 2010. Furthermore, I got Exit Order (Order of Deportation) by the chief of Seoul Immigration Office on March 25, 2010. **(Evidence 10)**

13. The statements of witnesses of my former employees, Kyung Young Kim, Doo Jae Lee, Young Sun Lee, and Seung Hye Chae, showed the complaint issued by

Joong Il An was wrong based upon the fake documents. **(Evidence 11)**

14. I was deprived of my trademark by Byung Jung Lee, Won Young Kim, and In Jun Kim. I was imprisoned for one year and two months and deported from Korea because of the fake documents made by Joong Il An. However, LA Consul's confirmation letter and my former employees' witness statements revealed that they were plotting to take away my company and trademark rights. According to the decision of Daejun District Court, my right of trademark has been restored on Aug. 14, 2007. Nevertheless, Chung Sook Lee is still publishing the Kun Kang Digest magazine with my trademark.

15. Therefore, I request this court to immediately suspend publication of Kun Kang Digest currently issued by Chung Sook Lee.

This is to certify that the above statement is true and correct.

Jan. 29, 2019

Michael H. Kim

# Evidence 1

The copies of the Certificate of Naturalization
and
the Application for Change of Name of the Plaintiff



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## APPLICATION FOR CHANGE OF NAME

As part of the naturalization process, you have the opportunity to legally change your name. If you would like to change your name, complete lines 1, 2, 3, and 4. Please print clearly and press firmly (USE INK ONLY). If you do not want to change your name, complete lines 1, 3, and 4 only, (WRITE "NA" ON LINE 2).

Name on your Alien Registration Card (Green Card):

1. ___KIM_____HYUNG SUP_____
   (Last)            (First)                          (Middle)

Name you would like on your Naturalization Certificate (if different):

2. _MICHAEL____HYUNGSUP____KIM_
   (First)              (Middle)              (Last)

3. Alien Registration Card (Green Card) Number: A 74-754 181

4. Date of Birth: __11__ , __25__ , _1937_
                  (Month)   (Day)    (Year)

═══════════════════════════════════════════

## IMPORTANT INFORMATION

Your copy of this application, along with your Certificate of Naturalization, which you will receive upon taking the oath of allegiance, will verify that you elected to change your name. Your Certificate of Naturalization bears your new name as changed per Order of the Court.

═══════════════════════════════════════════

## FOR OFFICIAL USE ONLY

_____/_____ Granted          _____ Denied

Dated 1 , 7 , 2002

No. 26913976

CERTIFICATE OF NATURALIZATION

Personal description of holder as of date of naturalization:

Date of birth: NOVEMBER 25, 1937

Sex: MALE

Height: 5 feet 5 inches

Marital status: MARRIED

Country of former nationality: KOREA



FORM N-550 REV. 6-91

IT IS PUNISHABLE BY U. S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

INS Registration No. A074754181

I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.

(Complete and true signature of holder)

Be it known that, pursuant to an application filed with the Attorney General

The Attorney General having found that:

MICHAEL HYUNGSUP KIM

then residing in the United States, intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws, and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the

US DISTRICT COURT CENTRAL DISTRICT

at: POMONA, CALIFORNIA

on: FEBRUARY 26, 2002

that such person is admitted as a citizen of the United States of America.

Commissioner of Immigration and Naturalization



# Evidence 2

The copy of the cover page of the 1st Issue of
Kun Kang Digest published in June 1983



# 건강 다이제스트



## 1983년 6월 창간호 차례

창간사/조셉슨의 메거진이 타티 생명의 파수군 ··· 권형원 1
창간사/건강을 축하합니다 ··· 가시 이재오소 17

음료에 있는 사람/유수강 — 위험한 동기 영양분 가공이다 4
이렇게 갑자에 ── 11
후유물기/건강과 식고가 내 몸을 받으았다 ── 보이어 코 10,106
이렇게 지단이/인삼산 우리이용 ── 12

장수패스트/신생의 수명을 축진했다 27
장수경제/모 안느느 청조의 상수비방 10가지 ── E.호이스 30

인생방법/어미네 출산은 즐게할수 있다 ── 후시나 푸느세 50
에프그림/순신을 지각해 자기정이다 56
김혜의 청심재료교/감정한 후자의 이든 바는다 ── 김혜정 70
행복의 예배이/건강을 위한 또 하나의 조건 ── 김성나 148
결은새와 좋으가/혼수나 짐수지였 ── 수영조 154
금소세/담배는 충심고 볼 살인자 ── 시드나 페도니ode 64
일보부서 양변비/보조가 시달을 느낌에 ── 게이 세서 60
행복한 여성 관련 ── 어떤 아네인가 66

상 - 출근를 숙제/애네를 장부하기를 기대한다 ── 에일 왐왐 74
와 빠스 30분간 콘구 ── 77
오늘부터 걸유한다 ── 80

통속이자/슬푸 떼도 슬푸 웃으움 ── 사가느 하이이나 110
이해방법/니드 보이로다느 ── 케드 알네드 144
포먹에게 건강에/제즈이 나드가 인기리를 찾아다 150
이것는은 지압사다/신호올 ── 정신성방에 독점 ── 유메리움 86
맥 출거음 마는 두제을/질상의 모든 식물의 가 ── 유메리움 115
당신은 지금 잠을 받고 있지 않는가? ── 밀라느 121
나는 이겼다/누가 송가냈이 ── 밀라느 32
다이제스트 스크리/경반 있는가 정방상정에 ── 신병원 117
와와 최재영이/자사들이에 애기를 나누가 ── 말 사버 40

생로의 및 만감의 길/여성을 두려서 임되 ── 로버트 슬리 160

시론스 왕법/생각을 조심하였다 ── 티소스 시온스 58
이트 올패 왕탐/우리는 인드에게 된 좋다 ── 러즈 옹너 89
면담가 미소씨/이혼후 남자 친반세 아네다 ── 해스 맥거거 68
마약 벨스/오늘이는 응료수 ── 형병 90
파해바사 음주욕/음주 때문에 평안이 나쁜가 ── 명 제나 마린 96
슐포로짝에 돌여봐도냐 ── 날 존스조 155
        ── 홀 오느푸-가미온 모스비-과미 스티브로렌 156
추택 벨트 인체생폐/이기가 담배를 걸벗을 때 ── 맥네 빌로 143
그림 건강세/소리, 순루의 천결 ── 147

에간접 닥히/청스년 풍두침 식생활에도 만만있다 48
잠화/바스으인바의 분이음에 잘리가 있다 ── 비고자 소루손 83
벨베스/어른을 잃쓰는 요중그림 98

김경의 왕법/누구를 위한 의로자 봄인가 ── 김널리 102
김영 왕법/이것이 여이다 ── 김뵈효 104
바탈리의 모든 것/바탈리 노화을 방지한다 ── 99
인간과 현심/슈치이 재도 ── 결범을 예방한다 ── 94
이론여음을 먹논다/원 올 에불스 먹기를 주세요 ── 각안너스 138
이로프실을/수아 등느에 하는 결부 효과잇다 ── 132
비단물 오월음/최후에 어느 자가 최후의 양단이다 ── 이호송 134
스트로 식교호/감사는 언무 없지는 마음 ── 이송용 스로로 136
영상품매/있느 느 의방한다 ── 순전 그레이노스 63
공자 거러버세/생으도 정신을 임께 한다 ── 73
마스드/슈코 — 신음을 위안배다 ── 108
기훈육/기온, 두가음 다이어른 힘방인 기뮤을 께다 ── 수용조 159
당이마 밥너세/생배를 그 두음을 먹자 ── 158
당신자는 7/어들이 당신제이 길주한다 ── 113
건강심병/수가군에서 신세가자 ── 117
볼의어 인생을 이래이 왔게 ── 132   노인의 나이 ── 112
누가 건강을 연구하논가 ── 109   교육을 읽는 말 ── 62



대통령의 건강학

## 나!
한단에서 배드까지
걸어서 우팝하리라
베느끼가 쓰는 미슨한
배드 힘이 진강바라
── 코네 에 4 1R

## 인간은 몇 살까지
장수할수 있는가
── 한스 유셀리호 24

## 어떻게 넘기나
삶의 다섯 고비 52

## 아시아 던지가
작인가
동지인가
── 사우로 F 옹길 35

여성의 결음결이
수명과 매력을
좌우한다!
활터제호르
당신의 밥상을
점검하라
── 갑밤윤 44

뉴우 세대의 정보생
소를 키우느냐
인간을 키우느냐
── 애벤레 메디모주 91

세커 일 호경라사
모텔증편
모순에서 시작
모순으로 끝난
여성원리

발행인 편집인 김형심/편집주간 고윤 임헌구가/수업 애리에/자르마사 신경신/
디자사도 수와느/가스 사루 위미 정신은 유바가느 구승건 이번용 사강은/대로 편집
디수 움균원/보니 지스이/하레소 강보마다/주자유오에 편집장(승유송/변운환)
1~ 23 코후분산 605호 증제무주대장스자소부 우번일호 760-3 상하이동 1280740~3음에무 7700~
7924,9926,9927-인쇄인 한지하우/인쇄소 삼화인쇄주식회사

발행은 편집인 김형심/편집주간 고윤 임헌구가/주업 애리에/자르마사 신경신/
디자사도 수와느/1 기소 사루 위미 정신은 유바가느 구승건 이번용 사강은/도 편집
디수 움균원/보니 지스이/하레소 강보마다/주자유오에 편집장(승유송/변운환)
■ 진간사일부어울에 무나비어비상 주나비된병상양소 우구가됩니다

건강 다이제스트 1983년 11월 23일 등록·등록변호 로 가라-1993년 6월
1일 발행·책 권 통신대소·세참1 위 왕책·장가 900원·박형임 김형심·발
행 건강다이제스트사 서울특별시 강동소수 1~23

Case 1:18-cv-12230-CM Document 4 Filed 01/30/19 Page 12 of 81





# 건강다이제스트

## 1993년 4월호(통권118호) 풀빛호

**발행인 안례/생각하는 마음**
- 독자편지 ·················································· 김병성 35
- 록자편지 ······························································ 14

**정신건강가이드 MENTAL HEALTH GUIDE**
- 마음만은 병들지 않게 하자 ································· 16
- '명상자의 자살', 왜 생기는가 ····························· 17

**4월의 대특집**
- 4월의 특집/건강의 조건, 장수의 조건 ·············· 16
- 이 달의 에세이/건강하게 장수하는 자유도 있다 ··· 36
- 이 달의 건강법/우리몸 찾기 한정봉 이론을 박사 ···· 40
- 이 달의 진단결과 ································· 임소경 44

**4월의 특집**
- 건강용신/최신건강이와 최정보 ·························· 52
- 연구 핫라인/HEALTH HOT LINE ··················· 56
- 성과 공해/성생을 위축시키는 성적 공해 다지기 · 편집부 108

**건강전선 NEW HEALTH FRONT**
- 건강요리/연구 · 점심요리 3가지 ······················· 20
- 건강미래/여성과 침묵 이름다움 ························· 편집부 25
- 2차 건강정보/선천성 기형 예방 특수 클리닉 총점보 ···· 편집부
- 진증분석/시어님 산부의 특징과 증상 ·············· 편집부
- 연재특집 ②/영상요법의 시대례 ······················· 편집부
- 속신의학해제/백혈과 질료에 이용하는 굿요법 ··· 편집부

- 기에건강 ②/DHA가 둘부럼 생선 107가지 ··· 편집부 106
- 마음닦소/일로에 화장수 효능 & 만드는 법 ········ 158
- 해독볼수/'사랑', 피부의 근거 있다 ··················· 170
- 암에의생활/운동은 자기 선 안에 있다 ··············· 178
- 요리 만드는 법 ·····································

**건강대학**
- 제1교실/이번을 묶고 현대를 먹는 군의의 편지 ··· 산전박 124
- 제2교실/피부병에 좋은 일로인의 효능 ·············· 강병로 144
- 제3교실/제미있고 과학적인 건강 체크리스트 ···· 150
- 기초과 암예방교실/자연치유력 활용해야 암을 고친다 ····
- 마음정보/마석증소의 특징 & 증세 ···················· 기초보 154
- 기집정보/산정병의 원인, 증세, 예방, 치료법 ······ 158
- 버림간정해/우리병에 좋은 일로의 효능 ·············· 편집부 160
- 건강탐탐/Q & A 건강다이제스트 메가진 다터 ··· 김용출 166
- 독자 왯자가 ·············································· 172
- 시군의용헬스 ··········································· 179
- 마감의 밀 생명보 기/그특한 인간 ·················· 로베르 슈라 186

**사람의 건강과**
- 건전한 사람은 면역력이 강화시킨다 ················ 페이퍼노 팁 82

**식품건강**
- 마늘의 우리묘자와 '마늘 롱빛 효능 & 만드는' ···· 편집부 88





**이달의 메시지**

─ 순수함 인사 ─

# Evidence 3

The copy of the Original Book of
the Trade Mark Registration of Kun Kang Digest

## The Annexed Paper List 1

## The Original Book of the Trade Mark Registration

| Number of Trade mark Registration | 0213356 Ho | |
|---|---|---|
| **What's the right** | | |
| **Indication #          Details** | | **Trade Mark** |
| Number !       Day/month/year of application | 11-30-1989 | |
|                    Application # | 1989-0030173 | 40-89-030173 |
|                    Date of public notice | 02-20-1991 | |
| Number of | | |
| Public notice | 1991-0002614 | Kun Kang Digest , Monthly |
| Date of Registration | | |
| Decision | 04-09-1991 | |
| Number of item | 1 | 월간 |
| Date of trade mark | | **건강** 다이제스트 |
| Registration | 05-02-1991 | **Kum Kang means" health"** |
| Duration | 05-02-2011 | **In Korea** |
| Designated Service | je 052 ( magazine) | |
| -Number2 | | |
| Renewal Date | | |
| Trade mark of continued | | |
| Existence | | |
|                    Date of application | 06-21-2001 | application # 2001-0005966 |
|                    Date of Registration decision | 10-29-2001 | Item section  # 1 |
|                    Designated  service item | je 16 ryu  ( Monthly Health information  Magazine) | |
|                    Date of registration | 01-29-2002 | |
| **End** | | |

별지목록 1

# 상표등록원부

| 상 표 등 록 번 호 | 제 0213356 호 | |
|---|---|---|
| 권 리 란 | | |

| 표시번호 | 사　항 | | 상　표 |
|---|---|---|---|
| 1번 | 출원연월일 | 1989년 11월 30일 | 40-89-030173 |
| | 출원번호 | 1989-0030173 | |
| | 공고연월일 | 1991년 02월 20일 | 월간 |
| | 공고번호 | 1991-0002614 | 건강 다이제스트 |
| | 등록결정(심결)연월일 | 1991년 04월 09일 | |
| | 상품류구분수 | 1 | |
| | 상표권 등록일 | 1991년 05월 02일 등록 | |
| | 존속기간(예정)만료일 | 2011년 05월 02일 | |
| | 지정상품 또는<br>지정 서비스업 | 제052류 | |
| 2번 | (상표권존속기간갱신등록)<br>　　　출원 연월일 :2001년 06월 21일　　　　　　출 원 번 호 :2001-0005966<br>　　　등록결정연월일 :2001년 10월 29일　　　　상품류구분수 :1<br>　　　지정 상품 :　　제16류 :잡지(건강정보클실은월간지) | | |
| | | | 2002년 01월 29일 등록 |

== 이 상 ==



# Evidence 4

The copy of the Complaint by Joong Il An

# COMPLAINT

**Accuser (The representative of employees):**

| | |
|---|---|
| Name: | Joong Il An |
| Resident ID Number: | 590410-1396612 |
| Address: | Joogong APT A, 8 dong 108 ho, |
| | Bisan-2-dong, Anyang-City, Kyunggi-do |

**Defendent:**

| | |
|---|---|
| Name of Company: | Monthly Kun Kang Digest |
| Address: | 50-15 Jangchoong-dong 1-ka, Chung-ku, Seoul |
| Name of President: | Hyung Sup Kim |

**Accusation:**

Joong Il An(Representative of employees) and 13 others accused of not receiving wages and retirement allowance due to the bankruptcy of Kun Kang Digest Corporation on August 24, 1995, so please take measures to get wages etc.

September 4, 1995

Representative of Accusers: /Signed by/ Joong Il An

## Chief of the Central Office of Labor in Seoul


Case 1:19-cv-12230-CM   Document 4   Filed 01/20/19   Page 19 of 81

1995. 11. 02   고  발  장

고발인(근로자 대표)

| 성     명 | 안  중  일 |
|---|---|
| 주민등록번호 | 590410 - 1396612 |
| 주     소 | 경기도 안양시 비산 2동 주공 A 8동 108호 |

피 고 발 인

| 사 업 체 명 | 월간 건강다이제스트사 |
|---|---|
| 주     소 | 서울시 중구 장충동 1가 50 - 15 |
| 대 표 자 명 | 길  형  섭 |

고 발 사 실

1.  고발인(근로자 대표) 안중일 외 13명은 95년 8월 24일 월간 건강다이제스트사의 부도로 인

하여 임금과 퇴직금을 받지 못하여 고발하오니 귀사무소의 선처로 임금등을 지급받을 수 있도

록 조치바랍니다.

1 9 9 5.  9.  4

고 발 인  대 표      안  중  일

| 신  접 | 소장 | | | 과장 | |
|---|---|---|---|---|---|
| 접수일 | 1995. 9. 04 | | | | |
| 처리과 | 근로감독과 | 이상복 | | | |

서울중부지방노동사무소  소장  귀하

수 임 인          가짜차 (김원아내었음)

| 성    명 | 안 증 일 |  |  |
|---|---|---|---|
| 주민등록번호 | 590410 - 1396612 |  |  |
| 주    소 | 경기도 안양시 비산2동 주공A 8동 108호 |  |  |
| 입 사 일 | 95. 5. 25 | 퇴 사 일 | 95. 8. 24 |

--- 위 임 사 항 --

위임자 김인준을 포함한 13명의 근로자들은 월간 건강다이제스트사 (사업주 김형섭)의 부도처리후 임금청산에 관한 일체의 모든 권한을 상기 안증일에게 위 임자 본인들을 대리하여 권리를 행사하여 줄 것을 위임합니다.

직원아님
행방불명돼었음

1 9 9 5.  8.

월간  건강다이제스트사
중구 장충동 1가 50-15

사문서위조

위 임 자  명 단

| 연번 | 성 명 | 입사일 | 퇴직일 | 주민등록번호 | 주          소 | 확인 |
|---|---|---|---|---|---|---|
| 1 | 김인준 | 83. 7. 7 | 95. 8.24 | 560301-1067312 | 광진구 중곡동 159-8 | |
| 2 | 류광숙 | 86.10. 1 | 95. 8.24 | 640415-2010829 | 동대문구 이문1동 289 - 26 | |
| 3 | 이영선 | 91. 4.15 | 95. 8.24 | 660120-2005821 | 동대문구 이문2동 59-36 | |
| 4 | 이성연 | 94. 7.19 | 95. 8.24 | 671116-1396612 | 성동구 능동 320-10 | |
| 5 | 이두영 | 95. 5.22 | 95. 7.20 | 561020-1622011 | 중구 장충동 1가 50-15 | |
| 6 | 김은경 | 95. 1. 7 | 95. 8.24 | 650812-2024018 | 노원구 상계동 666 주공A 1005동 1109 | |
| 7 | 김원길 | 94.11. 9 | 95. 8.24 | 720616-1393117 | 경기도 이천군 대월면 초지리 450 | |
| 8 | 채승혜 | 94. 4.21 | 95. 8.24 | 650111-2010511 | 노원구 상계동 혁구빌라B 201 | |
| 9 | 최미로 | 90.10. 2 | 95. 8.24 | 690301-2148511 | 양천구 목동 497-13 | |
| 10 | 황영자 | 94. 3. 7 | 95. 8.24 | 431207-285016 | 동대문구 이문2동 257-144 | |
| 11 | 송명숙 | 95. 5.15 | 95. 8.24 | 611210-2249312 | 동대문구 이문3동 253-11 | |
| 12 | 김원영 | 81. 1.10 | 95. 8.24 | 470820-1551215 | 강남구 개포 주공A 440- 102 | |
| 13 | 김경영 | 94. 3.22 | 95. 8.24 | 420728-1067215 | 구로구 구로 256-1 구로A 16동 405 | |

# 서울중앙지방검찰청

137-741 / 서울 서초구 서초동 1724          /전화 02-530-3114   /전송 02-530-4555

2007 형제 54572 호                                    2007. 6. 8.

수 신 자   서울중앙지방법원          발 신 자   서울중앙지방검찰청

제 목   공 소 장          검 사   시 신   김 신   

아래와 같이 공소를 제기합니다.

| 피 고 인 | 성       명 | 김 형 섭 | |
|---|---|---|---|
| | 주민등록번호 | 371125-1042421 | ( 69 세 ) |
| | 직       업 | 목사 (미국 뉴욕주 소재 힐링미션 교회) | |
| | 주       거 | 서울시 마포구 아현동 425의 5 stay7 Mapo Residence 306호 | |
| | 본       적 | 서울 은평 역촌2 20의 47 | |
| | 연 락 처 | 주거지: 02-365-9010 | |

| 죄       명 | 근로기준법위반 |
|---|---|
| 공 소 사 실 | 별지 공소사실과 같음 |
| 적 용 법 조 | 근로기준법 제112조 제1항, 제36조, 형법 제37조, 제38조. |

| 사건번호 | 2852 |
|---|---|
| 해당순위번호 | |
| 재 판 부 | 3 (단독) |
| 주 심 | |

불구속

| 붙       임 | 1. 긴급체포서 1통<br>2. 석방보고서 1통 |
|---|---|



2852

2007. 06. 11
서울중앙지방검찰청
형사집무과

3

# 공 소 사 실

피고인은 서울 중구 장충동1가 50의 15 소재 (주)월간건강다이제스트 대표자로서 상시 근로자 14명을 고용하여 출판업을 경영하던 사용자로서, 그 사업 중인 1995. 8. 15. 미국으로 출국한 후 2007. 5. 21. 귀국한 자인바,

1995. 8. 24.경 위 사업장에서, 1983. 7. 7.경부터 근무하다가 퇴직한 근로자 김인준에 대한 1995년도 5월분 미불임금 338,710원을 비롯하여 위 김인준에 대한 미불임금 및 퇴직금 등 합계 금 22,317,740원을 당사자간의 지급기일 연장에 관한 합의 없이 퇴직일로부터 14일 이내에 지급하지 아니한 것을 비롯하여, 별지 미지급 금품내역과 같이 총 14명의 근로자들에 대한 미불금품 총 합계 금 103,383,756원을 당사자간의 지급기일 연장에 관한 합의 없이 퇴직일로부터 14일 이내에 지급하지 아니한 것이다.



4

## 미지급 급품 내역

| 제작기간 | 95. 5. | 95. 6. | 95. 7. | 95. 8. | 소 계 | 89. 3. 28 이전 | 89. 3. 29 이후 | 소 계 | 합 계 |
|---|---|---|---|---|---|---|---|---|---|
| 83. 7. ~ 95. 8. 24. | 338,710 | 1,500,000 | 1,500,000 | 1,161,290 | 4,500,000 | 8,410,360 | 9,407,380 | 17,817,740 | 22,317,740 |
| 86. 10. 1~ 95. 8. 24. | | | | | | 3,658,420 | 9,407,380 | 13,065,800 | 13,065,800 |
| 91. 4. 15~ 95. 8. 24. | 248,388 | 1,100,000 | 1,100,000 | 851,612 | 3,300,000 | | 4,696,450 | 4,696,450 | 7,996,450 |
| 94. 7. 19~ 95. 8. 24. | | | 780,645 | 851,612 | 1,632,257 | | 1,184,900 | 1,184,900 | 2,817,157 |
| 95. 1. 17~ 95. 7. 20. | 419,354 | 1,300,000 | 838,710 | | 2,558,064 | | | | 2,558,064 |
| 95. 8. 24. | | | | 541,935 | 541,935 | | | | 541,935 |
| 94. 11. 9~ 95. 8. 24. | | | 490,322 | 735,483 | 1,225,805 | | | | 1,225,805 |
| 94. 4. 21~ 95. 8. 24. | | | 950,000 | 735,483 | 1,685,483 | | 1,250,520 | 1,250,520 | 2,936,003 |
| 90. 10. 2~ 95. 8. 24. | | 600,000 | 750,000 | 580,645 | 1,930,645 | | 3,594,100 | 3,594,100 | 5,524,745 |
| 94. 3. 7~ 95. 8. 24. | | | | 193,548 | 193,548 | | 718,280 | 718,280 | 911,828 |
| 95. 5. 15~ 95. 8. 24. | | | | 483,870 | 483,870 | | | | 483,870 |
| 95. 5. 25~ 95. 8. 24. | | | 361,290 | 1,238,709 | 1,599,999 | | | | 1,599,999 |
| 95. 8. 24. | 338,710 | 1,500,000 | 1,500,000 | 1,161,290 | 4,500,000 | | | | 4,500,000 |
| 81. 1. 10~ 95. 8. 24. | 383,871 | 1,700,000 | 1,700,000 | 1,316,129 | 5,100,000 | 13,668,850 | 10,661,690 | 24,330,540 | 29,430,540 |
| 94. 3. 22~ 95. 8. 24. | 383,871 | 1,700,000 | 1,700,000 | 1,316,129 | 5,100,000 | | 2,373,820 | 2,373,820 | 7,473,820 |
| 계 | 2,112,904 | 9,400,000 | 11,670,967 | 11,167,735 | 34,351,606 | 25,737,630 | 43,294,520 | 69,032,150 | 103,383,756 |

17

# 서울지방법원 동부지원
# 배 당 표

**95 타경 24757   부동산임의경매**

| 배 당 할 금 액 | 금 | 442,535,917 | |
|---|---|---|---|
| 명 세 | 매 각 대 금 | 금 442,000,000 | |
| | 지 연 이 자 | 금 0 | |
| | 전낙찰잃음 경매표증음 | 금 0 | |
| | 항고보증금 | 금 0 | |
| | 보증금이자 | 금 535,917 | |
| 집 행 비 용 | 금 | 7,577,410 | |
| 실 제 배 당 할 금 액 | 금 | 434,958,507 | |
| 매 각 부 동 산 | 별지기재와같음 | | |

| 채 권 자 | 별지와같음 | (주)한국상업은행 | |
|---|---|---|---|
| 채권금액 원 금 | 103,383,756 | 836,784,885 | |
| 이 자 | 0 | 108,788,599 | |
| 비 용 | 0 | 0 | |
| 계 | 103,383,756 | 945,573,484 | |
| 배 당 순 위 | 1 | 2 | |
| 이 유 | 임금채권자 | 신청채권자 | |
| 채 권 최 고 액 | 75,952,576 | 1,485,000,000 | |
| 배 당 액 | 75,952,576 | 359,005,931 | |
| 잔 여 액 | 359,005,931 | 0 | |
| 배 당 비 율 | 100% | 37.96700% | |
| 공 탁 번 호 (공 탁 일) | 년금제     호 (   .   .   ) | 년금제     호 (   .   .   ) | 년금제     호 (   .   .   ) |

## 1996. 5. 8.

판 사   고   원



1 - 1

416

등 본 입 니 다
200    년 2008.01.14    일
서 울 동                법 원
법원주사

Case 1:19-cv-00626-CV Document 1 Filed 05/03/01 Page 25 of 81

(별지)

## 채 권 자 별    배 당 액

| 채권자 | 청구액 | 배당액 |
|---|---|---|
| 1. 김인준 | 22,317,740 | 13,568,670 |
| 2. 유광숙 | 17,565,800 | 13,568,670 |
| 3. 이영선 | 7,996,450 | 7,748,062 |
| 4. 이성연 | 2,817,157 | 2,817,157 |
| 5. 이두재 | 2,558,064 | 2,558,064 |
| 6. 김은경 | 1,225,805 | 1,225,805 |
| 7. 김원길 | 541,935 | 541,935 |
| 8. 채승혜 | 2,936,003 | 2,936,003 |
| 9. 최미로 | 5,524,745 | 5,524,745 |
| 10. 황영자 | 911,828 | 911,828 |
| 11. 송명숙 | 483,870 | 483,870 |
| 12. 안중일 | 1,599,999 | 1,599,999 |
| 13. 김원영 | 29,430,540 | 15,377,819 |
| 14. 김경영 | 7,473,820 | 7,089,949 |
| 계 | 103,383,756 | 75,952,576 |

417

# 목        록

1. 똥의 건물의 표시 : 서울 성동구 광장동 145-8
   제 23 똥

전유부분의 건물의 표시 : 건물의 번호 : 23 - 4 - 402
                    구      조 : 철근콩크리트조
                    면      적 : 4층 402호
                                196.00평방미터

대지권의 표시 : 토지의 표시 : 서울 성동구 광장동 145-8
                        대 87244 평방미터

대지권의 종류 :  소     유     권

대지권의 비율 :  87244 분지 194







418  8         *180*

"세금, 고귀한 의무이자 아름다운 나눔의 실천입니다."



# 중 부 세 무 서

수신자 김형섭 귀하

(경유)

제  목 정보공개 결정통지서

---

**【별지 제7호서식】**                                                        (앞쪽)

| 접  수  일  자 | 2007.08.13. | | 접 수 번 호 | 2007-26호 |
|---|---|---|---|---|
| 청 구 정 보 내 용 | 안중일 외13인에 대하여 월간건강다이제스트사(203-66-60938)에서 신고한 근로소득세 신고 및 납부내역 | | | |
| 공  개  내  용 | 월간건강다이제스트사에서 신고한 안중일 외 12인에 대한 1992년 이후 근로소득세 관련 전산수록자료(첨부 참조) | | | |
| 비공개(전부또는일부) 내용 및 사유 | | | | |

| 공  개  방  법 | 공개형태 | □열람·시청  ■사본·출력물  □전자파일  □복제·인화물 □기타(              ) |
|---|---|---|
| | 교부방법 | ■직접 방문  □우편  □모사전송  □전자우편 □기타(              ) |

| 공 개 일 시 ( 기 간 ) | | | 공 개 장 소 | |
|---|---|---|---|---|
| 수  수  료  (A) | 우 송 료 (B) | | 수수료감면액 (C) | 계 (A+B-C) |
| 원 | 원 | | 원 | 원 |
| 수 수 료 산 정 내 역 | | | 수수료 납입계좌(입금시) | |

귀하의 정보공개 청구에 대한 결정내용을 공공기관의 정보공개에 관한 법률 제13조 제1항 및 제4항의 규정에 의하여 위와 같이 통지합니다.

2007 년       8 월      14  일

중 부 세 무 서 장

중부세무서

---

★세무주사보   08/13               세무주사   06/13          부가소득세과장   전결 08/14

협조자

시행  부가소득세과-1049     ( 2007.08.14. )     접수          (              )
우

전화        /전송          /          / 공개

16

(뒤쪽)

### ※ 유 의 사 항

○ 정보공개장소에 오실 때에는 이 통지서를 지참하셔야 하며, 청구인 본인 또는 그 정당한 대리인임을 확인하기 위하여 다음과 같은 증명서를 지참하셔야 합니다.
  1. 청구인 본인에게 공개하는 때에는 청구인의 신원을 확인할 수 있는 신분증명서 (주민등록증 등)
  2. 청구인의 법정대리인에게 공개하는 때에는 법정대리인임을 증명할 수 있는 서류와 대리인의 신원을 확인할 수 있는 신분증명서
  3. 청구인의 임의대리인에게 공개하는 때에는 별지 제8호서식의 정보공개위임장과 청구인 및 수임인의 신원을 확인할 수 있는 신분증명서

○ 수수료는 해당 정보를 공개할 때 수입인지(정부기관), 수입증지(지방자치단체) 또는 현금(기타 공공기관)으로 납부하셔야 합니다.

○ 우송공개가 가능하다고 통지된 정보를 우편 등으로 받으시고자 하는 때에는 앞면에 기재된 공개일까지 수수료(공공기관에 따라 수입인지·수입증지 또는 현금)와 우송료(우표 등)를 공공기관에 보내셔야 합니다.

○ 정보공개와 관련한 공공기관의 비공개 또는 부분공개의 결정에 대하여 이의가 있는 경우에는 공공기관의정보공개에관한법률 제18조제1항 및 동법시행령 제18조의 규정에 의하여 공공기관으로부터 공개여부의 결정통지를 받은 날 또는 동법 제11조제5항의 규정에 의한 비공개의 결정이 있는 것으로 보는 날부터 30일 이내에 해당기관에 이의신청을 하실 수 있으며

○ 정보공개와 관련한 공공기관의 결정에 대하여 불복이 있는 때에는 처분이 있음을 안 날부터 90일 이내에 처분청 또는 재결청에 행정심판을 청구하거나 법원에 행정소송을 제기할 수 있습니다.

○ 청구인이 통지된 정보의 공개일후 10일이 경과할 때까지 정당한 사유 없이 그 정보의 공개에 응하지 아니한 때에는 이를 내부적으로 종결 처리할 수 있습니다.

■ 월간다이제스트(203-66-60938)로부터의 근로소득 자료 전산수록 내역

| 번호 | 성명 | 주민등록번호 | 연도 | 수입금액(원) | 소득세(원) | 비고 |
|---|---|---|---|---|---|---|
| 1 | 안종일 | 590410-1396612 | 전산상 월간건강다이제스트로부터의 근로소득자료 미수록 | | | |
| 2 | 김인준 | 560301-1067312 | 92 | 6,288,000 | 28,610 | |
| | | | 93 | 6,686,000 | 29,190 | |
| | | | 94 | 9,000,000 | 83,496 | |
| 3 | 유광숙 | 640415-2010829 | 92 | 6,288,000 | 88,610 | |
| | | | 94 | 9,000,000 | 143,496 | |
| 4 | 이영선 | 660120-2005821 | 92 | 5,250,000 | 42,350 | |
| | | | 93 | 5,505,000 | 51,140 | |
| | | | 94 | 6,600,000 | 72,431 | |
| 5 | 이성연 | 671116-1396612 | 주민번호 오류 | | | |
| 6 | 이두재 | 561020-1622011 | 92 | 4,606,000 | 42,630 | |
| 7 | 김은경 | 650812-2024018 | 전산상 월간건강다이제스트로부터의 근로소득자료 미수록 | | | |
| 8 | 김원길 | 720616-1393117 | 전산상 월간건강다이제스트로부터의 근로소득자료 미수록 | | | |
| 9 | 채승해 | 650111-2010511 | 전산상 월간건강다이제스트로부터의 근로소득자료 미수록 | | | |
| 10 | 최미로 | 690301-2148511 | 전산상 월간건강다이제스트로부터의 근로소득자료 미수록 | | | |
| 11 | 황영자 | 431207-285016 | 주민번호 오류 | | | |
| 12 | 송명숙 | 611210-2249312 | 주민번호 오류 | | | |
| 13 | 김원영 | 470820-1551215 | 92 | 9,825,000 | 125,620 | |
| | | | 93 | 10,250,000 | 126,880 | |
| | | | 94 | 10,500,000 | 123,336 | |
| 14 | 김경영 | 420728-1067215 | 전산상 월간건강다이제스트로부터의 근로소득자료 미수록 | | | |

※ 상기 자료는 국세청 전산망에 수록된 근로소득세 신고자료로써,
 - 동 자료의 전산수록이 1992년부터 가능하게 되어 이전 자료의 조회가 불가능한 점,
 - 원시자료인 신고서의 문서보존기간(5년) 경과로 인하여 수록경위 및 오류여부·자료누락 여부의 검증이 불가한 점을 양해하시기 바랍니다.

*Naked lists of account Book et Payroll*

미지급금 명세 내역

| 연번 | 성명 | 재직기간 | 95년 5월분 | 95년 6월분 | 95년 7월분 | 95년 8월분 | 소계 | 퇴직금 89.3.28 이전 | 89.3.29 이후 | 소계 | 합계 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 계 | 83.7.7~95.8.24 | 2,112,904 | 9,400,000 | 11,670,967 | 11,167,735 | 34,351,606 | 25,737,630 | 43,294,520 | 69,032,150 | 103,383,756 |
| 1 | 김인준 | 86.10.1~95.8.24 | 338,710 | 1,500,000 | 1,500,000 | 1,161,290 | 4,500,000 | 8,410,360 | 9,407,380 | 17,817,740 | 22,317,740 |
| 2 | 유정수 | 86.10.1~95.8.24 | 338,710 | 1,500,000 | 1,500,000 | 1,161,290 | 4,500,000 | 3,658,420 | 9,407,380 | 13,065,800 | 17,565,800 |
| 3 | 이일신 | 91.4.15~95.8.24 | 248,388 | 1,100,000 | 1,100,000 | 851,612 | 3,300,000 | | 4,696,450 | 4,696,450 | 7,996,450 |
| 4 | 이상인 | 94.7.19~95.8.24 | | | 780,645 | 851,612 | 1,632,257 | | 1,184,900 | 1,184,900 | 2,817,157 |
| 5 | 이두재 | 95.5.22~95.8.24 | 419,354 | 1,300,000 | 838,710 | 735,483 | 2,558,064 | | | | 2,558,064 |
| 6 | 김은경 | 95.1.17~95.7.20 | | | 490,322 | 735,483 | 1,225,805 | | | | 1,225,805 |
| 7 | 김일신 | 94.11.9~95.8.24 | | | | 541,935 | 541,935 | | | | 541,935 |
| 8 | 채승혜 | 94.4.21~95.8.24 | | | 950,000 | 735,483 | 1,685,483 | | 1,250,520 | 1,250,520 | 2,936,003 |
| 9 | 최미호 | 90.10.2~95.8.24 | | 600,000 | 750,000 | 580,645 | 1,930,645 | 3,658,420 | 3,594,100 | 3,594,100 | 5,524,745 |
| 10 | 황영자 | 94.3.7~95.8.24 | | | | 193,548 | 193,548 | | 718,280 | 718,280 | 911,828 |
| 11 | 송두숙 | 95.5.15~95.8.24 | | | | 483,870 | 483,870 | | | | 483,870 |
| 12 | 안옥임 | 95.5.25~95.8.24 | | | 361,290 | 1,238,709 | 1,599,999 | | | | 1,599,999 |
| 13 | 김일영 | 81.1.10~95.8.24 | | | 1,700,000 | 1,316,129 | 5,100,000 | 13,668,850 | 10,661,690 | 24,330,540 | 29,430,540 |
| 14 | 김경임 | 94.3.22~95.8.24 | | | 1,700,000 | 1,316,129 | 5,100,000 | | 2,373,820 | 2,373,820 | 7,473,820 |

## 평균임금및 퇴직금 산정서

| 사업자명 | 건강 다이제스트 | 근로자 성명 | 김 인 준 | 생년월일 | | 직 종 | |
|---|---|---|---|---|---|---|---|
| 산정사유발생년월일 | 1995. 8. 24 | 채용년월일 | 1983. 7. 7 | 재직일수 | | 4,432 | |

| 임금지급방법 | 1.월급 2.주급 3.일급 4.시급 5.도급 6.기타 | | 고용형태 | 1.상용 | 2.일용 |
|---|---|---|---|---|---|

### 산 정 내 역

| 평균임금<br>계산기간 | 95. 5.24. 부터<br>95. 5.31. 까지 | 95. 6. 1. 부터<br>95. 6.30. 까지 | 95. 7. 1. 부터<br>95. 7.31. 까지 | 95. 8. 1. 부터<br>95. 8.23. 까지 | 합 계 |
|---|---|---|---|---|---|
| 총 일 수 | 8 일 | 30 일 | 31 일 | 23 일 | 92 일 |
| 기 본 급 | 193,548 | 750,000 | 750,000 | 556,451 | 2,249,999 |
| 수 당 | 193,548 | 750,000 | 750,000 | 556,451 | 2,249,999 |
| | | | | | |
| | | | | | |
| 계 | 387,096 | 1,500,000 | 1,500,000 | 1,112,902 | 4,499,998 |
| 상여금산출식 | ∗ 3/12 | | | 3개월 상여금 | |
| 평균임금계산 | 4,499,998 / 92 = 48,913원 02 전 | | | 3개월 총액 | 4,499,998 |
| 통상임금계산 | | = | | 퇴 직 금 | 17,817,740 |
| 퇴직금 계산 | 48,913.02 x 30 일 x 4,432 / 365 = 17,817,740 | | | 퇴직 전환금 | |
| | | | | 실 지 급 액 | |

위의 사실을 확인함.

1995 . 9 . 4 .

大韓公認勞務士事務所

공인노무사 :

# 평균임금및 퇴직금 산정서

| 사업자명 | 건강 다이제스트 | 근로자 성명 | 류 광 숙 | 생년월일 | | 직 종 | |
|---|---|---|---|---|---|---|---|
| 산정사유발생년월일 | 1995. 8. 24 | 채용년월일 | 1986.10. 1 | | 재직일수 | | 3,250 |
| 임금지급방법 | 1. 월급 2. 주급 3. 일급 4. 시급 5. 도급 6. 기타 | | | | 고용형태 | 1. 상용 | 2. 일용 |

| 산 정 내 역 | | | | | |
|---|---|---|---|---|---|
| 평균임금<br>계산기간 | 95. 5.24.부터<br>95. 5.31.까지 | 95. 6. 1. 부터<br>95. 6.30. 까지 | 95. 7. 1.부터<br>95. 7.31.까지 | 95. 8. 1.부터<br>95. 8.23.까지 | 합 계 |
| 총 일 수 | 8 일 | 3 0 일 | 3 1 일 | 2 3 일 | 9 2 일 |
| 기 본 급 | 193,548 | 750,000 | 750,000 | 556,451 | 2,249,999 |
| 수 당 | 193,548 | 750,000 | 750,000 | 556,451 | 2,249,999 |
| | | | | | |
| | | | | | |
| 계 | 387,096 | 1,500,000 | 1,500,000 | 1,112,902 | 4,499,998 |
| 상여금산출식 | * 3/12 | | | 3개월 상여금 | |
| 평균임금계산 | 4,499,998 / 92 = 48,913 원 02 전 | | | 3개월 총액 | 4,499,998 |
| 통상임금계산 | = | | | 퇴 직 금 | 13,065,800 |
| 퇴직금 계산 | 48,913.02 x 30 일 x 3,250 / 365 = 13,065,800 | | | 퇴직 전환금 | |
| | | | | 실 지 급 액 | |

위의 사실을 확인함.

1995 . 9 . 12 .

공인노무사:



02-3

# 평균임금및 퇴직금 산정서

| 사업자명 | 건강 다이제스트 | 근로자 성명 | 이 영 선 | 생년월일 | | 직 종 | |
|---|---|---|---|---|---|---|---|
| 산정사유발생년월일 | 1995. 8. 24 | 채용년월일 | 1991. 4.15 | 재직일수 | | 1,593 | |
| 임금지급방법 | 1.월급 2.주급 3.일급 4.시급 5.도급 6.기타 | | | 고용형태 | | 1.상용 | 2.일용 |

## 산 정 내 역

| 평균임금<br>계산기간 | 95. 5.24.부터<br>95. 5.31. 까지 | 95. 6. 1. 부터<br>95. 6.30. 까지 | 95. 7. 1.부터<br>95. 7.31. 까지 | 95. 8. 1.부터<br>95. 8.23. 까지 | 합 계 |
|---|---|---|---|---|---|
| 총 일 수 | 8 일 | 30 일 | 31 일 | 2 3 일 | 9 2 일 |
| 기 본 급 | 141,935 | 550,000 | 550,000 | 408,064 | 1,649,999 |
| 수 당 | 141,935 | 550,000 | 550,000 | 408,064 | 1,649,999 |
| | | | | | |
| | | | | | |
| 계 | 283,870 | 1,100,000 | 1,100,000 | 816,128 | 3,299,998 |
| 상여금산출식 | * 3/12 | | | 3개월 상여금 | |
| 평균임금계산 | 3,299,998 / 92 = 35,869 원 54 전 | | | 3개월 총액 | 3,299,998 |
| 통상임금계산 | = | | | 퇴 직 금 | 4,696,450 |
| 퇴직금 계산 | 35,869.54 x 30 일 x 1,593 / 365 = 4,696,450 | | | 퇴직 전환금 | |
| | | | | 실 지 급 액 | |

위의 사실을 확인함.

199 . 9. .

공인노무사: 

# 평균임금및 퇴직금 산정서

| 사업자명 | 건강 다이제스트 | 근로자 성명 | 이 성 연 | 생년월일 | | 직 종 | |
|---|---|---|---|---|---|---|---|
| 산정사유발생년월일 | 1995. 8. 24 | 채용년월일 | 1994. 7.19 | 재직일수 | | 402 | |
| 임금지급방법 | 1.월급 2.주급 3.일급 4.시급 5.도급 6.기타 | | | 고용형태 | 1.상용 | 2.일용 | |

## 산 정 내 역

| 평균임금 계산기간 | 95. 5.24.부터 95. 5.31.까지 | 95. 6. 1.부터 95. 6.30.까지 | 95. 7. 1.부터 95. 7.31.까지 | 95. 8. 1.부터 95. 8.23.까지 | 합 계 |
|---|---|---|---|---|---|
| 총 일 수 | 8 일 | 30 일 | 31 일 | 23 일 | 92 일 |
| 기 본 급 | 141,935 | 550,000 | 550,000 | 408,064 | 1,649,999 |
| 수 당 | 141,935 | 550,000 | 550,000 | 408,064 | 1,649,999 |
| | | | | | |
| | | | | | |
| 계 | 283,870 | 1,100,000 | 1,100,000 | 816,128 | 3,299,998 |
| 상여금산출식 | * 3/12 | | | 3개월 상여금 | |
| 평균임금계산 | 3,299,998 / 92 = 35,869 원 54 전 | | | 3개월 총액 | 3,299,998 |
| 통상임금계산 | = | | | 퇴 직 금 | 1,184,900 |
| 퇴직금 계산 | 35,869.54 x 30 일 x 402 / 365 = 1,184,900 | | | 퇴직 전환금 | |
| | | | | 실 지 급 액 | |

위의 사실을 확인함.

199 .  .  .

大韓公認勞務士事務所

공인노무사:

/4

## 평균임금및 퇴직금 산정서

| 사업자명 | 건강 다이제스트 | 근로자 성명 | 채 승 혜 | 생년월일 | | 직 종 | |
|---|---|---|---|---|---|---|---|
| 산정사유발생년월일 | 1995. 8. 24 | 채용년월일 | 1994. 4. 21 | 재직일수 | | 491 | |
| 임금지급방법 | 1.월급 2.주급 3.일급 4.시급 5.도급 6.기타 | | | 고용형태 | | 1.상용 | 2.일용 |

### 산 정 내 역

| 평균임금 계산기간 | 95. 5.24.부터 95. 5.31. 까지 | 95. 6. 1. 부터 95. 6.30. 까지 | 95. 7. 1.부터 95. 7.31. 까지 | 95. 8. 1.부터 95. 8.23. 까지 | 합 계 |
|---|---|---|---|---|---|
| 총일수 | 8 일 | 3 0 일 | 3 1 일 | 2 3 일 | 9 2 일 |
| 기본급 | 122,580 | 475,000 | 475,000 | 352,419 | 1,424,999 |
| 수 당 | 122,580 | 475,000 | 475,000 | 352,419 | 1,424,999 |
| | | | | | |
| | | | | | |
| 계 | 245,160 | 950,000 | 950,000 | 704,838 | 2,849,998 |

| 상여금산출식 | * 3/12 | 3개월 상여금 | |
|---|---|---|---|
| 평균임금계산 | 2,849,998 / 92 = 30,978 원 23 전 | 3개월 총액 | 2,849,998 |
| 통상임금계산 | = | 퇴 직 금 | 1,250,520 |
| 퇴직금 계산 | 30,978.23 x 30 일 x 491 / 365 = 1,250,520 | 퇴직 전환금 | |
| | | 실 지 급 액 | |

위의 사실을 확인함.

199 5 . 8 . 4 .

공인노무사:



020

## 평균임금및 퇴직금 산정서

| 사업자명 | 건강 다이제스트 | 근로자 성명 | 최 미 로 | 생년월일 | | 직 종 | |
|---|---|---|---|---|---|---|---|
| 산정사유발생년월일 | 1995. 8. 24 | 채용년월일 | 1990.10. 2 | 재직일수 | | 1,770 | |
| 임금지급방법 | 1.월급 2.주급 3.일급 4.시급 5.도급 6.기타 | | | 고용형태 | 1.상용 | | 2.일용 |

### 산 정 내 역

| 평균임금 계산기간 | 95. 5.24.부터 95. 5.31. 까지 | 95. 6. 1. 부터 95. 6.30. 까지 | 95. 7. 1.부터 95. 7.31. 까지 | 95. 8. 1.부터 95. 8.23. 까지 | 합 계 |
|---|---|---|---|---|---|
| 총 일 수 | 8 일 | 30 일 | 31 일 | 23 일 | 92 일 |
| 기 본 급 | 96,774 | 375,000 | 375,000 | 278,225 | 1,124,999 |
| 수 당 | 96,774 | 375,000 | 375,000 | 278,225 | 1,124,999 |
| | | | | | |
| | | | | | |
| 계 | 193,548 | 750,000 | 750,000 | 556,450 | 2,249,998 |
| 상여금산출식 | * 3/12 | | | 3개월 상여금 | |
| 평균임금계산 | 2,249,998 / 92 = 24,456 원 5 전 | | | 3개월 총액 | 2,249,998 |
| 통상임금계산 | = | | | 퇴 직 금 | 3,594,100 |
| 퇴직금 계산 | 24,456.5 x 30 일 x 1,770 / 365 = 3,594,100 | | | 퇴직 전환금 | |
| | | | | 실 지 금 액 | |

위의 사실을 확인함.

199 5 . 9 . 4 .

공인노무사:  

## 평균임금및 퇴직금 산정서

| 사업자명 | 건강 다이제스트 | 근로자 성명 | 황 영 자 | 생년월일 | | 직 종 | |
|---|---|---|---|---|---|---|---|
| 산정사유발생년월일 | 1995. 8. 24 | 채용년월일 | 1994. 3. 7 | 재직일수 | | 536 | |
| 임금지급방법 | 1.월급 2.주급 3.일급 4.시급 5.도급 6.기타 | | | 고용형태 | 1.상용 | | 2.일용 |

### 산 정 내 역

| 평균임금<br>계산기간 | 95. 5.24.부터<br>95. 5.31. 까지 | 95. 6. 1. 부터<br>95. 6.30. 까지 | 95. 7. 1.부터<br>95. 7.31. 까지 | 95. 8. 1.부터<br>95. 8.23. 까지 | 합 계 |
|---|---|---|---|---|---|
| 총 일 수 | 8 일 | 30 일 | 31 일 | 23 일 | 92 일 |
| 기 본 급 | 64,516 | 250,000 | 250,000 | 185,483 | 749,999 |
| 수 당 | 64,516 | 250,000 | 250,000 | 185,483 | 749,999 |
| | | | | | |
| | | | | | |
| 계 | 129,032 | 500,000 | 500,000 | 370,966 | 1,499,998 |
| 상여금산출식 | * 3/12 | | | 3개월 상여금 | |
| 평균임금계산 | 1,499,998 / 92 = 16,304 원 32 전 | | | 3개월 총액 | 1,499,998 |
| 통상임금계산 | = | | | 퇴 직 금 | 718,280 |
| 퇴직금 계산 | 16,304.32 x 30 일 x 536 / 365 = 718,280 | | | 퇴직 전환금 | |
| | | | | 실 지 급 액 | |

위의 사실을 확인함.

199 . 9. .

공인노무사:



## 평균임금및 퇴직금 산정서

| 사업자명 | 건강 다이제스트 | 근로자 성명 | 김 원 영 | 생년월일 | | 직 종 | |
|---|---|---|---|---|---|---|---|
| 산정사유발생년월일 | 1995. 8. 24 | 채용년월일 | 1981. 1.10 | 재직일수 | | 5,340 | |
| 임금지급방법 | 1.월급 2.주급 3.일급 4.시급 5.도급 6.기타 | | | 고용형태 | 1.상용 | | 2.일용 |

### 산 정 내 역

| 평균임금<br>계산기간 | 95. 5.24.부터<br>95. 5.31.까지 | 95. 6. 1.부터<br>95. 6.30.까지 | 95. 7. 1.부터<br>95. 7.31.까지 | 95. 8. 1.부터<br>95. 8.23.까지 | 합 계 |
|---|---|---|---|---|---|
| 총 일 수 | 8 일 | 30 일 | 31 일 | 23 일 | 92 일 |
| 기 본 급 | 219,354 | 850,000 | 850,000 | 630,645 | 2,549,999 |
| 수 당 | 219,354 | 850,000 | 850,000 | 630,645 | 2,549,999 |
| | | | | | |
| | | | | | |
| 계 | 438,708 | 1,700,000 | 1,700,000 | 1,261,290 | 5,099,998 |

| 상여금산출식 | * 3/12 | 3개월 상여금 | |
|---|---|---|---|
| 평균임금계산 | 5,099,998 / 92 = 55,434 원 76 전 | 3개월 총액 | 5,099,998 |
| 통상임금계산 | = | 퇴 직 금 | 24,330,540 |
| 퇴직금 계산 | 55,434.76 x 30 일 x 5,340 / 365 = 24,330,540 | 퇴직 전환금 | |
| | | 실 지 급 액 | |

위의 사실을 확인함.

199√ . ♂ . ↙ .

공인노무사:                    (인)

# 평균임금및 퇴직금 산정서

| 사업자명 | 건강 다이제스트 | 근로자 성명 | 김 경 영 | 생년월일 | | 직 종 | |
|---|---|---|---|---|---|---|---|
| 산정사유발생년월일 | 1995. 8. 24 | 채용년월일 | 1994. 3. 22 | 재직일수 | | | 521 |
| 임금지급방법 | 1.월급 2.주급 3.일급 4.시급 5.도급 6.기타 | | | | 고용형태 | 1.상용 | 2.일용 |

| 산 정 내 역 | | | | | |
|---|---|---|---|---|---|
| 평균임금<br>계산기간 | 95. 5.24.부터<br>95. 5.31. 까지 | 95. 6. 1. 부터<br>95. 6.30. 까지 | 95. 7. 1. 부터<br>95. 7.31. 까지 | 95. 8. 1.부터<br>95. 8.23.까지 | 합 계 |
| 총 일 수 | 8 일 | 3 0 일 | 3 1 일 | 2 3 일 | 9 2 일 |
| 기 본 급 | 219,354 | 850,000 | 850,000 | 630,645 | 2,549,999 |
| 수 당 | 219,354 | 850,000 | 850,000 | 630,645 | 2,549,999 |
| | | | | | |
| | | | | | |
| 계 | 438,708 | 1,700,000 | 1,700,000 | 1,261,290 | 5,099,998 |
| 상여금산출식 | ∗ 3/12 | | | 3개월 상여금 | |
| 평균임금계산 | 5,099,998 / 92 = 55,434 원 76 전 | | | 3개월 총액 | 5,099,998 |
| 통상임금계산 | = | | | 퇴 직 금 | 2,373,820 |
| 퇴직금 계산 | 55,434.76 x 30 일 x 521 / 365 =2,373,820 | | | 퇴직 전환금 | |
| | | | | 실 지 급 액 | |

위의 사실을 확인함.

199∫ . ∮ . ∠ .

大韓公認勞務士 ...

공인노무사: 土 華 承 介 (인)

# Evidence 5

The copy of the fake Certificate of Official Seal
and
the Certificate of Transfer

# Certificate of Official Seal

① Resident ID No.:   371125-1042421          Applicant:      Agent

② Name:              Hyung Sup Kim          /s/Official Registered Seal

③ Address:           Walkerhill Apt. 23-dong, 402-ho, 145-8,
                     Kwangjang-dong, Kwangjin-gu, Seoul
   Move in:          July 23, 1993

This is to certify that the above is true and correct.

August 28, 1995

/s/Officially Sealed

The Ward Office of Kwangjang-dong, Kwangjin-gu, Seoul

12:15 04/05 2000 DAEWOO FAX FA401 PAGE:11

[별지 제13호서식]　　　　　　　　　　　　　　　발급번호 3501 호

| ①주민등록번호 | 371125-1046242 | 인 감 증 명 서 | 본 인 | 印 |
|---|---|---|---|---|

| ②성 명 (한자) | 김 형 성 ( 金 亨 變 ) | 인 감 | |
|---|---|---|---|

| ③ 주 소 이 동 사 항 | | 주　　　소(통/반) | 전　입 | 전　출 |
|---|---|---|---|---|
| | 1 | 서울·광진·광장동 145번지 8호 우방한아파트 23동 402호 | 14/3 95. 7. 23 확인㉑ | . . 확인㉑ |
| | 2 | 이 하 여 백 | / | |
| | 3 | | / | |
| | 4 | | / | |
| | 5 | | / | |
| | 6 | | / | |
| | 7 | | / | |

| 여행중의주소 (국내주소지) | 공 란 | 국적(외국인) | |
|---|---|---|---|
| 국 외 주 소 지 | 공 란 | | |

| 부동산 매수자 | 성 명 (법인명) | | 등록번호 | |
|---|---|---|---|---|
| | 주 소 | | | |

| 비　　고 | |
|---|---|

1. 부동산 매수자란에는 부동산매도용으로 증명을 사용하고자 하는 경우에 한하여 이를 기재하고 부동산매도용 이외의 경우에는 "빈란"임을 표시하여야 합니다.
2. 재외국민이 부동산매도용으로 증명을 신청하는 경우에는 "비고"난에 이전할 부동산명과 그 소재지를 기재합니다.

위 인감은 신고인감과 틀림없음을 증명합니다.
199 5 년 8 월 28 일
서울특별시 광진구 광장동장

# Power of Attorney

① Name of Person Appointed:   Hyang Nam Kim

② National ID Number:   390320 - 2042425

③ Address:   Walkerhill Apt. 23-dong, 402-ho, 145-8, Kwangjang-dong, Kwangjin-gu, Seoul

④ Usage:   -

⑤ Reason:   -

⑥ Relationship:   Wife

This is to cerfify that the above person is appointed  by me as my power of attorney.

August 28, 1995

Grantor:   Hyung Sup Kim
National   ID Number:371125 - 10424421
Address:   Walkerhill Apt. 23-dong, 402-ho, 145-8, Kwangjang-dong, Kwangjin-gu, Seoul

【별지 제12호서식】

| | ☑ 위임장 | |
|---|---|---|
| | ☐ 법정대리인동의서 | |

<table>
<tr><td rowspan="4">위<br>임<br>장</td><td>① 위 임 을<br>받 은 자</td><td>(한글) 김 향 남<br>(한자) 金 香 南</td><td>② 주민등록번호</td><td colspan="2">390320<br>—2042425</td></tr>
<tr><td>③ 주 소</td><td colspan="4">광진구 광장동 우미힐 APT 23—4402호</td></tr>
<tr><td>④ 사용용도</td><td></td><td>⑤ 위임사유</td><td>⑥ 관 계</td><td>형</td></tr>
<tr><td colspan="5">본인의 인감증명서 발급을 위 사람에게 위임합니다.<br><br>199 5 년 8 월 28 일<br><br>위 일 자 : 김 형 선 (인) 민등록번호 371125 10526 21)<br><br>주 소 : 서울·광진·광장동 145 번지 8 호<br>우미힐 아파트 23 동 402호</td></tr>
</table>

| 동<br>의<br>서 | 앞 면의 인감신고자에 대한 인감증명서 발급을 동의 합니다.<br>199    년    월    일<br><br>법정대리인 :             (인) (주민등록번호          —          )<br>관   계 :         주 소 : |
|---|---|
| 영사<br>확인<br>관란 | 위 사실을 확인합니다.<br>199    년    월    일<br>재외공관(영사관)              [서 명] |
| 세경<br>무유<br>서란 | 199    년    월    일<br>세무서장              [직 인] |

※ 유의사항
1. 위임장 또는 법정대리인의 동의서에는 작성연월일을 기재하며, 유효기간은 위임 또는 동의일부터 기산하여 6월입니다.
2. 2부 이상의 인감증명서를 발급받고자 하는 경우에는 각각의 증명서식에 위임장 또는 동의서를 작성하여야 합니다.
3. 재외국민이 증명을 신청하는 경우에는 재외공관을 경유하여야 하며, 부동산권리 이전용인 경우에는 관할 세무서를 경유하여야 합니다.
4. 법정대리인이 증명발급을 위임받은 경우에는 동의서의 작성을 생략할 수 있습니다.

21012-03911일
'93.11.11승인

182㎜ × 257㎜
신문용지54g/㎡

# Certificate of Transfer

Assignee:

Address:     17-tong 2-ban, 664-36 Yoksam-dong, Kangnam-gu, Seoul
Name:        Byung Jung Lee

The following right of Trademark is owned by me and will be transferred the whole right to the above assinee on Sept. 20, 1995.

## Contents of the Right of Trademark

| Number | Classification and Items |
|--------|--------------------------|
| 177689 | No. 52, same as the original document |
| 213356 | No. 52, same as the original document |

Grantor:     (The present owner of the right of Trademark)
Address:     Walkerhill Apt. 23-dong, 402-ho, 145-8, Kwangjang-dong,
             Kwangjin-gu, Seoul

Hyung Sup Kim /s/ Offical Registered Seal
(371125-1042421)

# 양 도 증

양수인

주　소 : 서울특별시 강남구 역삼동 664번지 36호 17통 2반

성　명 : 이　병　정

　　　　다음의 상표권은 본인의 소유인 바, 1995년　9월 20일자로 그 상표권의
전부를 위 양수인에게 양도합니다.

다　음

| 상표 등록번호 | 상품구분 및 지정상품 |
|---|---|
| 제177689호 | 제52류 원부기재와 같음 |
| 제213356호 | 제52류 원부기재와 같음 |

양도인 (현상표권자)

주　　소 : 서울특별시 광진구 광장동 145번지 8호 워커힐아파트 23동 402호

김　형　섭

(371125 - 1042421)

     

# Evidence 6

The History of the Registration
regarding the Trademark of Kun Kang Digest

# The History of the Registration
## regarding the Trademark of Kun Kang Digest

(511) Classfication of Item: 16
(220) Application No. (Date): 4019890030173 (Nov. 30, 1989)
(731) Applicant: Hyung Sup Kim
(111) Registration No. (Date): 4002133560000 (May 2, 1991)
(260) Notice No. (Date):4019910002614 (Feb. 20, 1991)

Related Notice No. 5020010005966
Status of Registration: Registered
Final Decision (Date):Registration decided (General) (Apr. 9, 1991)
Retroactive classification (Date): Nov. 30, 1989


Type: Domestic Trademark, Korean Trademark, General



Trademark

Information of Applicant

| No. | Name | Address | Nationality |
|-----|------|---------|-------------|
| 1.  | Hyung Sup Kim | Eunpyung-gu, Seoul | Korea |

Information of Agent

| No. | Name | Address | Nationality |
|-----|------|---------|-------------|
| 1.  | Dae Shik Lee(919980003080) | Kangnam-gu, Seoul | Korea |

The Right of Trademark

| No. | Contents | |
|---|---|---|
| 1 | Date of Application: Nov. 30, 1989 | Application No.: 40-1989-0030173 |
| | Date of Notice: Feb. 20, 1991 | Notice No.: 40-1991-0002614 |
| | Date of Decision: Apr. 9, 1991 | Item Classification No.:1 |
| | Type of Item or Type of Service: 052:Magazine | |
| | Period of Duration: May 2, 2021 | Date of Registration: May 2, 1991 |
| 2 | (Renewal of Duration) | |
| | Date of Application: Jun. 21, 2001 | Application No.:50-2001-0005966 |
| | Date of Decision: Oct. 29, 2001 | Item Classification No.:1 |
| | Type of Item: 16: Magazine (Monthly, Information of health) | Date of Registration: Jan. 29, 2002 |
| 3 | (Renewal of Duration) | Application No.:2011-5055297 |
| | Date of Application: Mar. 15, 2011 | |
| | Date of Decision: Oct. 29, 2001 | |
| | Item Classification No.:1 | |
| | Type of Item: 16: Magazine (Monthly, Information of health) | Date of Registration: Mar. 15, 2011 |

Person who has the Right of Trademark

| No. | Contents |
|-----|----------|
| # 1 | (Person who has the right to register)<br>Hyung Sup Kim<br>Kwangjin-gu, Seoul<br><div align="right">Date of Registration: May 2, 1991</div> |
| # 2 | (Registration of Provisional Seizure/Attachment)<br>Registration No.:     95 Ka Dan 9920<br>     Eastern Branch of Seoul District Court<br>Registered Person:     Hyung Sup Kim<br>     Eunpyung-gu, Seoul<br>Registration Holder:     Sang Kyu Park<br>     Kangdong-gu, Seoul<br>Date of Registration:     Sept. 12, 1995<br>Reason of Registration:   Provisional Seizure/Attanchment<br>Purpose of Registration: Registration of Provisional Seizure/Attachement<br><div align="right">Date of Registration: Sept. 18, 1995</div> |
| # 3 | (Transfer of the Right)<br>Registered Person:     Hyung Sup Kim<br>     Eunpyung-gu, Seoul<br>Registration Holder:     Byung Jung Lee<br>     Kangnam-gu, Seoul<br>Date of Registration:     Sept. 20, 1995<br>Reason of Registration:   Transfer<br><div align="right">Date of Registration: Oct. 26, 1995</div> |
| # 4 | (Registration of Disposition)<br>Registration No.:     2007 Ka Hap 1007<br>     Daejun District Court<br>     Prohibition of disposition of trademark right<br>Registered Person:     Byung Jung Lee<br>     Kangnam-gu, Seoul<br>Registration Holder:     Hyung Sup Kim<br>     Mapo-gu, Seoul<br>Date of Registration:     Aug. 14, 2007<br>Reason of Registration:   Decision of Disposition<br>Purpose of Registration: Record of Prohibition of disposition of<br>     trademark right<br><div align="right">Date of Registration: Aug. 21, 2007</div> |

| | |
|---|---|
| # 5 | (Transfer of the Whole Right)<br>Registered Person:     Byung Jung Lee<br>                             Kangnam-gu, Seoul<br>Registration Holder:    Chung Sook Lee<br>                             Kangnam-gu, Seoul<br>Reason of Registration:  Transfer<br>Purpose of Registration: Registration to transfer the whole right<br><br>Date of Registration: Aug. 6, 2008 |
| # 6 | (Canceled notice registration)<br>Registration No.:        2008 Ka Hap 12686<br>                           Daejun District Court<br>                           Revoke trademark transfer registration<br>Date of Registration:    Dec. 11, 2008<br>Reason of Registration:  Causing the invalidation of trademark transfer<br>                           registration lawsuit filed<br>Purpose of Registration: Received the trademark rights of the above 1 on Oct. 26, 1995 (No. 1995-0003742)<br>Canceled notice registration of the trademark rights received on Aug. 6, 2008 (No. 2008-0176380)<br>Date of Registration: Aug. 12, 2009 |

## 서지정보

| | |
|---|---|
| (511) 상품분류 | 16분류(7판) |
| (220) 출원번호(일자) | 4019890030173(1989.11.30) |
| (731) 출원인 | 김형섭 |
| (111) 등록번호(일자) | 4002133560000(1991.05.02) |
| (260) 출원공고번호(일자) | 4019910002614(1991.02.20) |
| (112) 등록공고번호(일자) | |
| (641) 원출원번호(일자) | |
| (300) 우선권주장번호(일자) | |
| 관련출원번호 | 5020010005966 |
| 등록상태 | 등록 |
| 최종처분(일자) | 등록결정(일반)(1991.04.09) |
| 소급구분(일자) | (1989.11.30) |
| 심판사항 | |
| 구분 | 국내상표, 한글상표, 일반 |
| 이의신청 일자 | |
| 이의신청 상태 | |
| 이의신청 대상 | |



## 출원인 정보

| 번호 | 이름(코드) | 주소 | 국적 |
|---|---|---|---|
| 1 | 김형섭(419950296481) | 서울특별시 은평구… | KR |

## 대리인 정보

| 번호 | 이름(코드) | 주소 | 국적 |
|---|---|---|---|
| 1 | 이대식(919980003080) | 서울특별시 강남구 강남대로 ***, ***호 (역삼동, 우신빌딩) | KR |

## 등록사항

<div align="right">[ 등록원부신청 ]  [ 출 력 ]</div>

> ⚠ · 본 등록정보는 참고용으로 법적증빙자료로 사용할 수 없습니다.
> · 데이터 이관에 따른 소요기간(1일)으로 인하여 등록원부와 일부 차이가 발생할 수 있으며, 일부 정보(실시권, 부기, 상세
>   주소 등)를 제공하지 않고 있습니다.
> · 법적증빙자료로 활용하시거나 더 자세한 정보를 보시려면 등록원부를 발급받아 사용하시기 바랍니다.

| 상표 등록번호 | 40-0213356-0000 |
| --- | --- |

### 권 리 란

| 표시번호 | 사항 | |
| --- | --- | --- |
| 1번 | 출원 연월일 : 1989년 11월 30일 | 출 원 번 호 : 40-1989-0030173 |
| | 출원공고 연월일 : 1991년 02월 20일 | 공 고 번 호 : 40-1991-0002614 |
| | 등록결정(심결)연월일 : 1991년 04월 09일 | 상품류구분수 : 1 |
| | 지정상품 또는 지정 서비스업        제052류 : 잡지(건강정보를실은월간지) | |
| | 존속기간(예정)만료일 : 2021년 05월 02일 | |
| | | 1991년 05월 02일 등록 |
| 2번 | (상표권존속기간갱신등록) | |
| | 출원 연월일 : 2001년 06월 21일 | 출 원 번 호 : 50-2001-0005966 |
| | 등록결정연월일 : 2001년 10월 29일 | 상품류 구분수 : 1 |
| | 지정 상품 :        제16류 : 잡지(건강정보를실은월간지) | |
| | | 2002년 01월 29일 등록 |
| 3번 | (상표권존속기간갱신등록) | |
| | 신청 연월일 : 2011년 03월 15일 | 신 청 번 호 : 2011-5055297 |
| | 상품류구분수 : 1 | |
| | 지정 상품 :        제16류 : 잡지(건강정보를실은월간지) | |
| | | 2011년 03월 15일 등록 |

### 상 표 권 자 란

| 순위번호 | 사항 | |
| --- | --- | --- |
| 1번 | (등록권리자) 김형섭 서울시광진구... | |
| | | 1991년 05월 02일 등록 |

| 순위번호 | 사항 |
|---|---|

**2번**

(가압류등록)

사건의 표시 : 서울지방법원동부지원95카단9920
상표권가압류

등록 의무자 : 김형섭
서울특별시 은평구...

등록 권리자 : 박상규
서울특별시 강동구...

등록원인일자 : 1995년 09월 12일          등 록 원 인 : 가압류

등록의 목적 : 가압류기입등록

1995년 09월 18일 등록

---

**3번**

(권리의 이전등록)

등록 의무자 : 김형섭
서울시광진구...

등록 권리자 : 이병정
서울특별시 강남구...

등록원인일자 : 1995년 09월 20일          등 록 원 인 : 양도

1995년 10월 26일 등록

---

**4번**

(가처분등록)

사건의 표시 : 대전지방법원 2007카합 1007 상표
권처분금지가처분

등록 의무자 : 이병정
서울특별시 강남구...

등록 권리자 : 김형섭
서울 마포구...

등록원인일자 : 2007년 08월 14일          등 록 원 인 : 가처분 결정

등록의 목적 : 상표권처분금지가처분 기입등록

2007년 08월 21일 등록

---

**5번**

(권리의 전부이전등록)

등록 의무자 : 이병정
서울특별시 강남구...

등록 권리자 : 이정숙
서울특별시 강남구...

등 록 원 인 : 양도

등록의 목적 : 권리의 전부이전등록

2008년 08월 06일 등록

---

**6번**

(말소예고등록)

사건의 표시 : 대전지방법원 2008가합 12686 상표
권이전등록말소

등록원인일자 : 2008년 12월 11일          등 록 원 인 : 원인무효를 원인으로 하는 상표권
이전등록말소 청구의 소 제기

등록의 목적 : 위 1. 상표권에 관하여 1995. 10. 26.
접수 제1995-0003742호, 2. 상표권
에 관하여 2008. 8. 6. 접수 제2008-
0176380호에 대한 말소등록의 예고

2009년 08월 12일 등록

# Evidence 7

The Confirmation Letter from the Consul
at Consulate General of the Republic of Korea
in Los Angeles, California, U.S.A.

# Request of Confirmation

**Contents of the Confirmation:**

I would like to ask you to confirm the followings:

When a foreign resident who possesses the nationality of the Republic of Korea and a citizen of the resident country requests the third party to exercise the property rights (including intellectual property rights and trademark rights) of the Republic of Korea (Republic of Korea), the Power of Attorney and the use of the official seal of foreign residents shall be legally valid only in the form provided in the overseas Consulate General (including seal client's name and purpose of use) and the contents described in the seal confirmed by the relevant overseas Korean Consulate General.

Date: May 3, 1999

Applicant:    Hyung Sup Kim (DOB: Nov. 25, 1937)
Address:      P.O. Box 18
              Brainardsville, NY 12915
              U.S.A.
Tel.:         (718)271-3186

# 확 인 서

## 확인 내용

　　대한민국의 국적을 소유한 해외 거주자로서 본 국내의 재산권 및 지적 재산권의 행사를 제 3자에게 의뢰할 시, 동 행사에 필요한 "위임장"과 "해외 거주자의 인감 도장"의 사용은, 해외 공관에 비치된 양식( 인감 의뢰인 명기 및 사용목적 포함)에 의거, 해당 한국 영사관에 의해 공증 확인된 것에 한하여 법률적 효력을 갖게된다는 것을 확인해 주시기 바랍니다.

### 위의 사실을 확인함

1999년 5월 3일

확인 신청인:　김　형　섭 (Mr. Hyung Sup Kim.　1937년 11월 25일 생 )
　　　　　　주소: P.O.Box 18, Brainardsville, NY 12915 USA
　　　　　　전화: ( 718 ) 271-3186




# Letter of Confirmation

Revkim:          2000-0124
Received by:     Consulate General of the Republic of Korea
                 at Los Angeles, California
Re.:             Consul of General Affairs for Overseas Koreans
Sent by:         Rev. Hyung Sup Kim
                 1532 S. Brookhurst Road. #2, Fullerton, CA 92833,
                 U.S.A.
                 Tel. (714)441-1434

                 Rev. Kyung Hak Yoon
                 3350 Wilshire Blvd. #615, California, Loa Angeles, CA 90010,
                 U.S.A.
                 Tel. (213)487-3688
Subject:         Confirmation of procedures related to the power of attorney
                 related to the property right (including intellectual property and
                 trademark rights)

1. Please check the following.

2. When a foreign resident who possesses the nationality of the Republic of
Korea and a citizen of the resident country requests the third party to
exercise the property rights (including intellectual property rights and
trademark rights) of the Republic of Korea (Republic of Korea), the Power of
Attorney and the use of the official seal of foreign residents shall be legally
valid only in the form provided in the overseas Consulate General (including
seal client's name and purpose of use) and the contents described in the seal
confirmed by the relevant overseas Korean Consulate General.

I confirm that the above is true and correct

Jan. 24, 2000.

Revkim: 2000-0124

수  신: 대한민국 라성(Los Angeles) 총영사

참  조: 교포 민원 서류 담당관

발  신: 김 형 섭 목사

1532 S. Brookhurst Rd. # 2, Fullerton, CA 92833 USA

Tel. ( 714 ) 441-1434

윤 경 학 목사

3350, Catlina, Wilshire Blv. # 615, LA, 90010,USA

Tel. ( 213 ) 487-3688

제  목: 대한민국 해외 거주자의 본국내 재산권(지적 재산권
및 상표권 포함) 행사와 관련한 위임장 과 인감 사
용 위임에 관련된 절차상의 확인의 건


1. 다음 사항을 확인해 주시기 바랍니다.

2. "대한민국의 국적을 소유한 해외거주자및 거주 해
당국의 시민으로서 본 국내(대한민국)의 재산권(지적 재산권
및 상품권 포함)의 행사를 제 3자에게 의뢰할 시, 동 행사에
필요한 "위임장"과 "해외 거주자의 인감도장"의 사용은, 필히
해외 공관에 비치된 양식 ( 인감 의뢰인 명기 및 사용목적
포함)에 의거, 기재한 내용을 해당 대한민국 주재 공관에 의
해 공증 확인된 것에 한하여 법률적 효력을 갖는다."


## 위와 같이 실시하고 있을을 확인함

서기 2000년   1월 24일





# Evidence 8

The Decision of Daejun District Court

# DAEJUN DISTRIC COURT of Korea

## 8th Civil Affair Department

## Decision

**Case # 2007 Gahap1007  The ban on disposal dispose of the trademark**

**Creditor**   Kim Hung-Sup (American name: Michael H. Kim.USA citizen )
Address: 425-5  A-hyun-dong, Mapo-ku, SK Hurv Blue  Build
Building 603

**Debtor**     Name :   Lee Byung Jung (490316-1551017)
Address : 664-36Yuksam-dongKang Nam-gu, Seou ,Korea,


### The Prinspal Clause

The Principal debtor ( Lee Byugjung ) should not attempt the following  activities regarding the transfer of the  trademark right, establishing of the right of pledge, setting of the exclusive license, the permission of commercial usage, and  a non-exclusive license to any disposal of other acts.


### The Reasons why

the disposition in this case of the trademark application for provisional disposition has a reasonable reason to sleep feed deposit guarantee insurance policy (Seoul guarantee insurance co., Ltd. Securities No. 126-052-2007177005460 Ho) shall be determined as the present order.


### 2007.8. 14.

The chief Judge    Jin Chang Soo     ( Seal )
Judge    Cho Won Kyung  ( Seal )
Judge    Kim Jae Ryung    ( Seal)

- 1.  This injunction decision is determined on the basis of the materials submitted by the creditor's calling
- 2. The debtor can make an objection against the decision in this court.

### This is the original text.

**The annected**

### The Annexed Paper List 1

## The Original Book of the Trade Mark Registration

| Number of Trade mark Registration | 0213356 Ho |
|---|---|

| What's the right | | |
|---|---|---|

| Indication #          Details | | Trade Mark |
|---|---|---|
| Number !    Day/month/year of application | ˥ 11-30-1989 | |
| Application # | 1989-0030173 | 40-89-030173 |
| Date of public notice | 02-20-1991 | |
| Number of | | |
| Public notice | 1991-0002614 | Kun Kang Digest , Monthly |
| Date of Registration | | |
| Decision | 04-09-1991 | |
| Number of item | 1 | 월간 |
| Date of trade mark | | 킨강 CHOREWS |
| Registration | 05-02-1991 | Kum Kang means" health" |
| Duration | 05-02-2011 | in Korea |
| Designated Service | je 052 ( magazine) | |

-Number2

Renewal Date

Trade mark of continued

Existence

| | | |
|---|---|---|
| Date of application | 06-21-2001 | application # 2001-0005966 |
| Date of Registration decision | 10-29-2001 | Item section # 1 |
| Designated  service item | je 16 ryu ( Monthly Health information  Magazine) | |
| | Date of registration | 01-29-2002 |

**End**



# 대 전 지 방 법 원
## 제8민사부
## 결 정

사 건   2007카합 1007       상표권처분금지가처분

채 권 자   김 형 섭
        서울 마포구 아현동 425-5 에스케이허브블루빌딩 603호

채 무 자   이 병 정 (490316-1551017)
        서울 강남구 역삼동 664-36

### 주 문

채무자는 별지 기재 상표권에 대하여 양도, 질권·전용사용권의 설정, 통상사용권의

허락 기타 일체의 처분행위를 하여서는 아니된다.

피보전권리의 내용   원인무효에 기한 말소등록절차이행청구권

### 이 유

이 사건 상표권처분금지가처분 신청은 이유 있으므로 담보로 공탁보증보험증권(서울보증

보험주식회사 증권번호 제 126-052-200717005460호)을 제출받고 주문과 같이 결정한다.

2007. 8. 14.

재판장 판사   진 창 수

판사   조 원 경

판사   김 재 령

※ 1. 이 가처분 결정은 채권자가 제출한 소명자료를 기초로 판단한 것입니다.
  2. 채무자는 이 결정에 불복이 있을 경우 가처분이의나 취소신청을 이 법원에
     제기할 수 있습니다.

정 본 입 니 다
2007 년 8 월 21일

별지목록 1

# 상표등록원부

| 상 표 등 록 번 호 | 제 0213356 호 | | |
|---|---|---|---|
| **권 리 란** | | | |
| 표시번호 | 사        항 | | 상        표 |
| 1번 | 출원연월일 | 1989년 11월 30일 | |
| | 출원번호 | 1989-0030173 | |
| | 공고연월일 | 1991년 02월 20일 | |
| | 공고번호 | 1991-0002614 | |
| | 등록결정(심결)연월일 | 1991년 04월 09일 | |
| | 상품류구분수 | 1 | |
| | 상표권 등록일 | 1991년 05월 02일 등록 | |
| | 존속기간(예정)만료일 | 2011년 05월 02일 | |
| | 지정상품 또는 지정 서비스업 | 제052류 ██████████████████ | |



```
                        40-89-030173

                    월간
                    건강 다이제스트
```

**2번 (상표권존속기간갱신등록)**

출원 연월일 :2001년 06월 21일       출원 번 호 :2001-0005966
등록결정연월일 :2001년 10월 29일       상품류구분수 :1
지 정 상 품 : 제16류 :잡지(건강정보를실은월간지)

2002년 01월 29일 등록

== 이 상 ==

# Evidence 9

The copies of the cover pages of
Kun Kang Digest published illegally by
Yong Ik Kim and Chung Sook Lee

천하를 얻고도 건강을 잃으면 무슨 소용이 있겠는가

The Kun Kang Digest is a leading monthly health magazine for better life. See, read and act.

건강 다이제스트

THE HUMAN MAGAZINE: FOR YOUR BETTER HEALTH AND BETTER LIFE

03월호

경제의학과 경락의 비밀

성균관대학 · 지도자의 인간조건

10권 / 여여오

값 2.500원

Case 1:18-cv-12230-CM   Document 4   Filed 01/30/19   Page 67 of 81



# 건강다이제스트

## 1996년 10월 여유호

**목차안내**

■ 정신건강 가이드 / 여유, 행복, 사랑의 계절

■ 오늘 당장 실천해야 한다 ·········· 17
■ 흡혈을 날씬이란 ·········· 17

■ 건강전선 / NEW HEALTH FRONT ·········· 18

### 10월의 특집
■ 10월의 특집 / 결혼의사와 치솝의 비결 ·········· 조립 미미 24
■ 결혼애여성 / 의사와 영수와 ·········· 에드워드 팅 14
■ 피부관리 / 장미의 치료의 5단계 ·········· 렛 카스타 36
■ 갱주전라 / 누나속의 노출렬의 ·········· 한스루물리 32
■ 이달의 건강인 / 테니스로 건강지킨 조상상 총장 ·········· 정종순 38

### 상의대학
■ 성의대학 제15강의 / 지도자의 인간조건 ·········· 스크리젠서 28
■ 부활기 / 담스빅과 그 합병증, 23년 투병기 ·········· 송순수 40
■ 신 척수별 / 성체 착수술오라는 조화상병 ·········· 노구치 유키오 44
■ 만드는 실문 시험 / 추석물 연구가 이연재라 ·········· 이정래 48
■ 일찍 발명할 / 갑상치료 28년, 후기정 야시 ·········· 정종순 52
■ 성인별 이들이 치료된다 / 암노병과 바노류의 반오십로 ·········· 미구라원 58
■ 핫뉴리 / HEALTH HOT LINE ·········· 64

### 1분 건강 침병
■ 정신건강 / 웃음은 만병에게 경쇄시킨다 ·········· 31
■ 성운동 / 동운로, 자발로조로 일하라 ·········· 35
■ 술파 약(술이) 악효를 강화게 한다 ·········· 99
■ 둔 / 안정 소변 눈이 더 나쁘다냐 ·········· 129
■ 저어건강 / 백감이, 두라에 없가두라 ·········· 157

### 가정 건강법
■ 방죽의 영양 / 신동, 인스턴트식이 반복된다 ·········· 168
■ 상태운동배 / 낙시로 속마음 읽는다 ·········· 55
■ 위기정보 / 新귀치수용송, 등 ·········· 100
■ 바다세톤의 약호 / 바다세용은 안병 통치약 ·········· 160

### 가정 건강법
■ 초소건강별 / 입모에 오소금 ·········· 변칠부 78
■ 자연요법 / 발뒤사 건강요법 ·········· 정종순 82
■ 특별기록 - 계절건강(1) / 아해진 기후 실수자 - 정종순 86
■ 특별기록 - 계절건강(2) / 환절기 건강행의 요령 - 송순수 90
■ 물리나 월병(1) / 경최에 대조 울바나 ·········· 정종순 94
■ 물리나 월병(2) / 가성형 울바나 ·········· 송순수 96
■ 물을 마시자 / 늘바로 좋은요법 ·········· 이쇼미 104
■ 임시 생운수 / 찰드근주속에 명의가 있다 ·········· 이원정 108
■ 이달의 요리 / 다이어트 다쉬친다 ·········· 편집부 126

### 건강대학
■ 제1교실 / 이쇼 좋기 30년 경험답-1 ·········· 인천력 132
■ 제2교실 / 저라의 장명효과 ·········· 산통론 150
■ 제3교실 / 다이어트에 알드가가 있다 ·········· 송순수 154

■ 남성의학정보별 / 선의성 발기부전의 자가진단법 ·········· 운무성 162
■ 뉴이계별 / 은성을 바꾸는 6째 유머법 ·········· 다카하시 164
■ 남월앗주기 & 운용보 ·········· 169

■ 건강미용박스 / HEALTH & BEAUTY ·········· 171
■ 인간와 및, 생명와 및 / ·········· 로바드 숲터 178

### 이달의 메세지

> 인생은 날마다 사용할 수 있는 귀한 선물이다.
> 좋아들도나거나 사라지지 않으며
> 유용과 보석을 생각정 모이두는
> 상자 속에 넣아두는 것도 아니다.

■ 발간 New 건강다이제스트는 한국파스퇴르 휴바건강연구생을 운수합니다.
대표전화 : (02)702-6333 · 편집부 : (02)702-6332, 영업부 : (02)702-6333
인쇄인 : 오우태 · 인쇄소 : 삼성인쇄(주)

■ 발간 New 건강다이제스트는 한국파스퇴르 후바건강연구생을 운수합니다.
● 발행/편집 : 1996년 10월 1일 발행 통권10호 · 책13일 날말 · 정가 2,500원 발행 및 공급처
· 07442 : 1996년 10월 1일 발행 통권10호 · 책13일 날말 · 정가 2,500원 발행 및 공급처
■ 발간 New 건강다이제스트는 : 주소 : 서울시 송신구 초상동 초상동 초상빌딩 3층 ☎ 140-0120





10
11



월간 **건강다이제스트**

천하를 얻고도 건강을 잃으면 무슨 소용이 있겠는가

www.ikunkang.com

한국도서출판 건강다이제스트 한국

**2019** **2**

젊어지는 식사법
암 예방 식사법

면역력 높이는 마법의 채소음료
신묘일까? 효능일까? 신기한 꿀복이

값 4,000원



ISSN 1227-0067

9 771227 00601 4

# CONTENTS 2019년 2월 결산호



## Hot Issue

신년특별기획 1 | 2019년에는…자연스러운 삶을 사는 9가지 지혜 | 문종환    32

신년특별기획 2 | 젊어지는 시소에서 양 백발 사소까지 시소탑 47가지 | 문종환    42

신년특별기획 3 | 열정으로 불사른은 21가지 '맛' 회복법 | 정유경    54

2월 건강제안 | 쉽고 돌길 매월 막아주는 돌이 없이 볼까? 이상헌    10

2월 건강제안 | 결핵에 대한 진실과거짓…갑기로 오인하기 쉬운 질병 리스트 | 박진선    12

영양과 건강법칙 | 세가지 주목하는 신장병 포르투갈 양의 본유석협진병 번저수 교수 | 정유경    16

명의에게 듣는다 | 박날경 명의 건강이 받치는 수술 간수 1위 '백내장' 백방으로…    22

'급명하고 자료이트 노출 최소화 해보세요' | 현진영    24

자료신은 자료신기 자료분 재소 과일 많이 드세요' | 최태훈    26

2019년 희망가 | C형 간염~간경화~간암 사슬 끊어내고 10년 건강단 씨 인생 역주기 이은혜    60

패혈제화 | 안마혀 보이는…눈도, 고름을 깨끗하는…미방이 채소음을 읽기 쉽으로…이인혜    64

건강주의보 | 1부 온 되고 질 살만든 색도 만드는 10가지 습관 정유경    68

건강명칭 | '담배 따주고도 오래 살리다' 정말일까? 김용일    72

찾아인

건강원 발행일 매월 1일 발행 사업 2호 통권 427기 벤행 1월 별행 | 창기4,000원

2019년 2월 1일 발행 사업 2호 통권 427기 별행 1월 별행 | 장기14,000원

발행 및 등인처 : 별간 건강다이제스트 | 주소 : 서울시 용산구 효창원로70길 46(효창동, 대신빌딩 3층) [우] 04317

편간건강다이제스트 www.ikunkang.com 또는 한글도메인 건강다이제스트를 바로으로

등아가면 조회 수 있습니다. E-mail : diegest@chol.com

별간 건강다이제스트는 반전도신청자 윤라날건강협을 준수합니다.

별간 건강다이제스트 대표화 : (02)702-6333 · 편간부 : (02)702-6332

편간투고신고부 : (02)702-6331·팩스 : (02)702-6334

겨울철에 건강다이제스트, 한국  www.ikunkang.com

## Special Theme

이몸과 이몸서이 | 섹스 거쪽하는 남편 or 아내 사람이 언도 줄어든 법 | 정유경    34

인영봄면의 신병 이야기 | 상태로~상태영 신장병이 '딱~확' | 강명섭    36

냉한 박사의 매력의 운동처방법 | 겨울철 낯의 예방에 도움 되는 운동들 | 나영무    38

이영의 필사랑드 | 미세먼지 제독하는 브로콜리로 만든 건강요리 2가지 | 오은경    40

박진봄할사의 체육이야기 | 척추를 살리는…척추를 알리는…운동이 약 된돋 | 박진영    44

행복태피체 | 아주 직전 전체으로 직심 365일 만들기 | 하나핀    46

장수봐스리크 | 대사중후군 건느 사세 3가지 | 박민수    48

묘이봐서다 | 공부도 도독 5만향 현엽한 대처법 | 정유경    50

비노각톡 탁토리 설법 | '프레디 마지막' 영음 숙여 베이즈 포바이~왜? | 이영진    52

치어나그리 | 보여의 대응사 인상 재대보 비건업 | 김은미    56

두드레입마 | 보여의 대응사 인상 재대보 비건업 | 김은미    58

돌게포작인식은돈본부 강지봉의 맨도 사람 | 시봄영향에 박사 하위 1호 소자의 채성효 박사 | 강지봉    62

## Health Life

신년기획 | 갈물성이? 홍중암까? 알아두면 도움 되는 신기한 꿈풀이 | 우봉구    66

벡부체에서 보내는 건강 시크릿 | 햇마토 블도초 노화에서 문화협증 막겠파기 | 정봉조    70

인구제보콤테 | 눈깜고 간 잡지루 프로그램 '확' 줘서 얼아보기 | 문종환    72

It…

이럼의 돈체 | 현대을 부르는 2019년 2월 건강 윤세 | 부정구    154

기운강화 | 기암을 일반 건강자수도 '쏙쏙' | 이성헌    160

연예봄건강법 | 식품을 믿는 최고의 사봄 '결'실 이세요? | 경병우    162

두근두근 보음음 치어베임방의 은음 가드닌기 전공품    164

날발 못하기    166

올름만    170





한 집 자 문 위 원






서울대학교 의과대학
윤순우 명예교수
• 서울대병원 비교방 과장
• 대한비교방학회 회장
(예산야) 의학박사

신상우 서울병원
배철수 교수
• 성공회대병원 외과부장
불제외과 과정

인제대학교 의과대학
노정윤교수
• 주예방의학교실
• 서울대학교 의과대학
• 세세병원학팀

건강서비스노한카아나
이유은 교수
• 가정병원 전임의
• 가정의학과 전문의
• 한양병원 상설소계병원
• 대연병원병원 회장

MBC 파리어메드 전임
(2010-2012년)
• 건강친드 제자, 미교,
길등도본 전유과
• 유교 사서 (2월 100개 여혼이기)

서울시 북부 서울병명
강재철 의리부원장
• 중양병명 의료서
• 대한노인병병병이성
• 중앙외과길병 의과교수
• 북의회정관전병원 전문이

인체내 이사 서울병명
강재철 의리부원장
• 행원병명 박사
• 가정병명 전임의
• 행원병명원 학장사 상서병원
• 2017년 이후대조 조소 준
없겨 빛은 중왕이조소

# Evidence 10

The Exit Order

[ 별지 제123호 서식 ]

<div style="text-align:right">

번호
No. SU-CH-10-003395

</div>

# 법 무 부
# MINISTRY OF JUSTICE

<div style="text-align:right">

2010년 03월 25일
Date

</div>

# 출 국 명 령 서
# EXIT ORDER

1. 성 명    KIM MICHAEL HYUNGSUP      성별   남
   Name in Full                                    Sex

2. 생년월일    1937.11.25        3. 국 적    미   국 ( UNITED STATES )
   Date of Birth                       Nationality

4. 직 업
   Occupation

5. 대한민국내주소    서울 마포구 아현동 437-3 고려아카데미텔 919호, 010-7117-9562
   Address in Korea

6. 출국기한      2010.04.24
   Deadline of Departure

7. 행동범위                        8. 출두의무   등록증, 출국명령서 반납
   Area of Movement                       Duty of Appearance

9. 기 타
   The Others

출입국관리법 제 68조제1항의 규정에 의하여 위 사람의 출국을 명령합니다.

Pursuant to Paragraph 1, Article 68 of the Immigration Law, the

above-mentioned person is ordered to leave the Republic of Korea.

# 서울출입국관리사무소장
# Chief, SEOUL IMMIGRATION OFFICE



# Evidence 11

The Statements of the Witnesses:
Kyung Young Kim
Doo Jae Lee
Young Sun Lee
Seung Hye Chae

# Statements of the Witness

Name of Witness:    Kyung Young Kim
Address:    731-3 (28/7), Daerim-dong, Youngdeungpo-gu, Seoul
Tel:    017-219-8834

I served as Executive Director of the Kun Kang Digest Corporation in 1995. In connection with the complaint filed with the Chief of the Office of the Chungbu Regional Labor Office on September 4, 1995, I have never filed a complaint with the employer, Kim Hyung-seop, nor have I made a power of attorney to file a complaint with Joong Il An. I confirm that the seal of the person identified in No. 13 on the complaint is not mine.

Sept. 23, 2007

/s/Offcial Sealed by

Kyung Young Kim

Attached with the copy of my Resident ID Card

# 확    인    서

확인인: 김 경 영 ( 주민등록번호: 420728-1067215 )
주소:    서울시 영등포구 대림 동 731-3 (28/7)
전화:      017-219-8834

　　　상기 확인인은 1995년 월간 건강 다이제스트 사 상무로 재직한
사람으로서, 1995년 9월 4일자, 서울중부지방 노동 사무소장 앞으로 제
출된 별첨 고발장과 관련, 사업주(월간 건강다이제스트 발행인 김형섭)
를 고발한 사실이 없고, 또 안중일( 주민등록번호: 590410-1396612 )
에게 사업주를 고발하도록 위임한 사실도 없으며, 고발장 위임자 명단
의 13번에 기재된 본 확인인의 인장도 본인 것이 아님을 확인합니다.

2007년 9월 23일

위 확인인: 김 경 영

12







13

# Statements of the Witness

Name of Witness:     Doo Jae Lee (Resident ID No: 561020-1622011)

Address:                    230-1 (16/7), Yangpyung-dong 4-ka, Youngdeungpo-gu,
                                 Seoul

Tel:                           011-781-4563

I have not worked as an employee of Kun Kang Digest from May 1, 1995 to
August 24, 1995. Therefore, I have confirmed that I did not accuse Hyung Sup
Kim Hyung-sup in relation to the accounts payable during this period, and
that I did not give the power of attorney to Joong Il An to accuse Hyung Sup
Kim.

July 14, 2007

/s/Offcial Sealed by

Doo Jae Lee

Doo Jae Lee told Hyung Sup Kim that the seal on the complaint was not his
at his house at 7:00 am on July 16, 2007.

# 사실 확인서

성명: 이 두 재 ( 주민등록번호: 561020-1622011 )

주소: 서울특별시 영등포 구 양평동 4가 230-1 (16/7) 301호

전화: 011-781-4563

 상기 인은 1995년 5월 1일부터 1995년 8월 24일 까지 월간 건강다이제스트 직원으로 재직한 사실이 없었기 때문에 , 이 기간 동안의 미지급금과 관련하여   당시 건강다이제스트 사장 김형섭을 상대로 고소 고발 한 사실이 없고, 또 안중일 씨에게도 고소를 위임한 사실이 없음을 확인합니다.

2007년 7월 14일

위 확 인 자        이    두    재

 

※ 이두재씨는  २००7년 9월16일 오전 7시  상기주소 자택에서
 사실확인서에  서명하기 전에  고소인 위임장에 날인된 인장도 자기것이
아니며   날인한 사실도 없다고 되고소인(김형섭)에게  말했습니다.

141

IU

Z3

# Statements of the Witness

Name of Witness:   Young Sun Lee (Resident ID No: 660120-2005821)
Address:           Joogong Apt. 908 dong 804 ho,
                   672 Kojan-dong, Danwon-gu, Ansan-city,
                   Kyunggi-do
Tel:               016-774-6450

I have not worked as an employee of Kun Kang Digest from May 1995 to August 24, 1995. Therefore, I have confirmed that I did not accuse Hyung Sup Kim Hyung-sup in relation to the accounts payable during this period, and that I did not give the power of attorney to Joong Il An to accuse Hyung Sup Kim.

July 12, 2007

/s/Offcial Sealed by

Young Sun Lee

# 사 실 확 인 진 술 서

성 명: 이 영 선(660120-2005821)
경기도 안산시 단원구 고잔동 672번지
주공아파트 908동 804호
전화: 016-774-6450

상기 본인은 1995년 5월부터 동년 8월24일까지
월간 "건강 다이제스트"사에 재직한
사실조차도 없으며 미지급 급여나 퇴직금과 관련하여
김형섭사장(당시 건강 다이제스트사 사장)을 상대로
고소나 고발을 한 사실조차 없었고  또한
안중일씨에게도 고소를 위임한 사실조차도 없었슴을
사실 그대로 확인 합니다.

2007년 7월 12일

사실 확인 진술인  

15

z5
original

# Statements of the Witness

Name of Witness:     Seung Hye Chae (Resident ID No: 650111-2010511)
Address:             Baekhyung Maeul Joogong Apt. 2905 dong 1204 ho,
                     584 Dongbaek-dong, Kiheung-gu, Yongin-city,
                     Kyunggi-do
Tel:                 017-225-9744

I already left Kun Kang Digest Co. in 1994. I have worked again as an
employee of Kun Kang Digest from May 1, 1995 to August 24, 1995. However,
I have confirmed that I did not accuse Hyung Sup Kim Hyung-sup in relation
to the accounts payable during this period, and that I did not give the power
of attorney to Joong Il An to accuse Hyung Sup Kim.

July 13, 2007

/s/Offcial Sealed by

Seung Hye Chae

# 사실 확인서

성명: 채승혜   주민등록번호: 650111-2010511 )

주소: 경기도 용인시 기흥 구 동백 동 584(1/17)

　　　백형마을 주공아파트 2905-1204

전화: 017-225-9744


　　　상기 인은 1994년에 이미 월간 건강다이제스트 사를 퇴사하여, 1995년 5월 1일부터 1995년 8월 24일 까지 월간 건강다이제스트 직원으로 재직한 사실이 없었기 때문에 은 있으나, 이 기간 동안의 미지급금 및 퇴직금과 관련하여   당시 건강다이제스트 사장 김형섭을 상대로 고소 고발 한 사실이 없고, 또 안중일 씨에게도 고소를 위임한 사실이 없음을 확인합니다.


2007년 7월 13일


위 확 인 자　　　채　승　혜

16　　　　　　　　　　　　24