RECEIVED
SDNY PRO SE OFFICE
2019 FEB -6 AM 11: 45

# Dear Judge.

## Feb. 5, 2019

Concerning of the case # 18CV12230, recently, I found a condition the Federal Court hearing case that " Diversity of Citizenship" cases- where it is alleged that the parties are citizens different states and where the actual damages are in excess of $ 75,000.00.

I would like to submit to the court the detailed amount actual property damages over $ 75,000.00 which I have been deprived by the unfair investigation and judgement with the faked documents in South Korea.

The roughly estimated property damages including the copy right, the intellectual property right and my real estate properties, are over USA $ 200, 000,000.

Sincerely Yours,

God bless you.

Plaintiff of the Docket # 18cv12230

Michael H. Kim



*Pro Se Office*
# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
### 500 PEARL STREET, ROOM 200
### NEW YORK, NEW YORK 10007

Ruby J. Krajick
CLERK OF COURT

## SUBJECT MATTER JURISDICTION
(Should you file your case in federal court?)

Federal courts are courts of limited jurisdiction. In other words, only certain types of cases may be heard in federal court. State courts, on the other hand, are courts of general jurisdiction -- they are permitted to hear a much wider range of claims, including many federal claims.

### Only two types of cases may be heard in federal district court:

1. **"Federal Question" cases- where it is alleged that a federal law has been violated;**

2. **"Diversity of Citizenship" cases - where it is alleged that the parties are citizens of different states and where the actual damages are in excess of $75,000.00.**

IF YOUR CASE DOES NOT FALL INTO ONE OF THESE TWO CATEGORIES, THEN IT DOES NOT BELONG IN FEDERAL COURT. This does not necessarily mean that you do not have a good case. You may have a good case, but it may be a case that a federal court does not have the power to hear. If a federal court cannot hear your case because it does not have jurisdiction over your type of claim, you may be able to file your case in an appropriate state court.

### Federal Question Cases:

A "federal question" case means your case is based on a violation of federal law. See 28 U.S.C. § 1331. The law involved may be from the United States Constitution or it may be one of the laws passed by Congress (typically found in the United States Code or "U.S.C."). If your lawsuit is based on a violation of federal law, it generally does not matter how much or how little you claim in damages (the amount of compensation you are seeking). Here are some examples of cases that involve "federal questions":

Example 1: **Employment Discrimination:** If you believe you have been denied a job or a promotion or are being treated unfairly at your job because of discrimination, then you may be able to bring a lawsuit in federal court. This is a "federal question" case because there are federal laws that prohibit employment discrimination based on race, color, gender, religion, national origin, (42 U.S.C. § 2000-e), age (29 U.S.C. § 621), and disability (42 u.s.c. § 12112).

**Note:** Generally you must exhaust your administrative remedies with the Equal Employment Opportunity Commission (EEOC) before filing such a claim in federal court.

Example 2: **Civil Rights Violations:** If you believe a government official has violated your rights under the United States Constitution, you may sue in federal court. The Civil Rights Act, 42 U.S.C. § 1983, allows such claims to be filed.

1

Example 3: <u>**Copyright Infringement**</u>: If you own the registered copyright to a book, photo, song, or other creative work, and believe that someone has copied it without your permission, you may file a suit in federal court. The claim involves a Federal question because it involves federal copyright laws, 17 U.S.C. § 101.

### Diversity of Citizenship Cases:

A "diversity of citizenship" case is where your case is between citizens of different states. (See 28 U.S.C. § 1332). If your case is based on a violation of state law and not federal law, you can sue in federal court only if you and the people who are suing are citizens of different states, For example, a lawsuit based on a car accident usually involves state law. Therefore, it is not a "federal question" case. But, so long as the plaintiff and the defendants are not from the same state and the damages exceed $75,000.00, a federal court may be able to hear the case.

Diversity of citizenship can sometimes exist when one party to a lawsuit is a citizen of a state and the opposing party is a corporation (28 U.S.C. § 1332(c) (1)), someone who is not a citizen of the United States (28 U.S.C. § 1332(a) (2)) or a foreign country (28 U.S.C.§ 1332(a)(4)).

### There are two other requirements for diversity of citizenship claims in federal court:

1. There must be <u>complete</u> diversity of citizenship. This means that you may not be a citizen of the same state as any of the defendants. For example, you are a citizen of New York. If you are involved in a car accident with one person from New Jersey and one from New York, you cannot sue in federal. Because you are from the same-state as one of the defendants, there is not complete diversity of citizenship and your case cannot proceed in federal court. You may be able to proceed, however, in the appropriate state court.

2. The actual damages must be more than $75,000.00. If the amount you seek to recover is $75,000.00 Or less, you cannot file your action in federal court, even if there is complete Diversity of Citizenship. If you cannot satisfy both of these requirements, your case does not belong in federal court.

The fact that you can bring these types of lawsuits in federal court does not mean that you must bring them in federal court. You can always bring a diversity of citizenship case in a state court and in most cases, you can also bring a federal question case in state court.

### Additional Considerations Before Filing Your Action:

1. Did you exhaust your administrative remedies, if such exhaustion is required? For example, some actions involving employment discrimination, labor law, social security, and personal injury claims against federal defendants must be presented to the appropriate administrative agency before filing a lawsuit in federal district court.
2. Is your action timely? For example, employment discrimination claims generally must be brought within ninety (90) days of receipt of a "Notice of Right To Sue Letter" from the Equal Employment Opportunity Commission.
3. Are you filing your case in the correct federal district court? (See the Pro Se Office's handout on venue.)

# UNITED STATES OF AMERICA

No. 26913976

## CERTIFICATE OF NATURALIZATION

*INS Registration No.* **A074754181**

*Personal description of holder as of date of naturalization:*

*Date of birth:* **NOVEMBER 25, 1937**

*Sex:* **MALE**

*Height:* 5 *feet* 5 *inches*

*Marital status:* **MARRIED**

*Country of former nationality:* **KOREA**



*I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.*

_(Complete and true signature of holder)_

*Be it known that, pursuant to an application filed with the Attorney General, The Attorney General having found that:*

*at:* **LOS ANGELES, CALIFORNIA**

### MICHAEL HYUNGSUP KIM

*then residing in the United States, intends to reside in the United States when so required by the Naturalization laws of the United States; and had in all other respects complied with the applicable provisions of such naturalization laws; and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the*

### US DISTRICT COURT CENTRAL DISTRICT

*at:* **POMONA, CALIFORNIA**

*on:* **FEBRUARY 26, 2002**

*that such person is admitted as a citizen of the United States of America.*


*Commissioner of Immigration and Naturalization*



FORM N-550 REV. 6-91

IT IS PUNISHABLE BY U.S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.