# U.S. District Court

## Southern District of New York ( Foley Square)

## Civil Docket for Case #: 1- 18-CV-12230-UA

## Complaint ( continued )

**1. Plaintiff: Michael H. Kim** ( U.S.A. citizen. 82 years old )

**Address: 6192 State Route 374, Chateaugay, NY 12820**

**E-mail: michaelkim2222@gmail.com    Tel: ( 518 ) 380-3977**

**Evidence-1: copy of Michael H. Kim's U.S.A. citizenship and the Korean Family Bible Church, Christian Prayer Center Inc.**

**2.** This complaint case is basically related with the copyright infringement( federal copyright laws, 17U.S.C.-101) of the plaintiff.

**3.** The plaintiff is asking total $ 271 million US dollars to the following defendants.

# 1. Defendant-1 Seung Hwa Kang:

The plaintiff is asking $ 42 million  US dollars to this defendant.

    **1) Address: 314 Ho ( CHungwoo Building) 536 Bunji, Do-hwa Dong, Mapo Gu, Seoul, South Korea.**

    **2) Korean Address:서울특별시 마포구 도화동 536 번지 314 호 ( 정우빌딩) 대한공인노무사 사무실. 강승화 공인 노무사.**

    **3) Crimes:**

        **(1)    the counterfeiter of the payroll account book**

        **(2)    Fraud and Violation of public license law**

1

(3)    the plaintiff was sentenced for 2 years( actual service: 1year 2 month) of jail service sentenced  by Sang-pil Um, the judge of the Seoul District Court because of the faked payroll account book.But it was totally illegal judgement.

(4)    The faked account payroll book papers were found recently, 6 month ago, from the court archives after 2 years jail service of the plaintiff had been finished.

(5)    During the trial of this case, the plaintiff and his court appointed lawyer could not find the faked payroll book.

(6)    The Judge Um permitted to make the whole copies of the faked documents which were submitted by the defendants

(7)    the faked account payroll book which was discovered after the jail service of the plaintiff was finished.

(8)    The Judge, Sang Pil Um, permitted In Joon Kim and Won Young Kim, both of criminal, to make the whole copies of this case.

2

(14 )We can see the counterfeited payroll account book was edited several times in different formats which made the plaintiff confusing .Evidences added.

(9)   The plaintiff could not understand why the Judge, Sang-pil Um, permitted In-Joon Kim and Won Young Kim to make the whole copies of the documents of the case. According to the judge Um's approval of copying papers, two Kims insisted  that they were victims of the case.

(10)   The above two Kims were criminals. They were criminals who illegally used the plaintiff's seal steak  and seal certificate to transfer the trademark of the Kun Kang Digest to Byung Jung Lee.

(11)   They also destroyed the whole original payroll account book of the Kun Kang Digest.

(12)   Even the two Kims refused to appear as witnesses before the court which the plaintiff asked.

(13)   The Judge Um announced publically that two Kims refused to appear before the court in written letter to the judge.

3

(14) But two Kims abruptly showed up one month later before the court without any notice to the plaintiff and his lawyer.

(15) The court appointed lawyer, Mr Yang Yu Won, said to the plaintiff whispered that he was not ready to question Won Young Kim.

(16) The Judge Um was definitely trying to protect Won Young Kim and took sides with him in every steps of the trial.

(17) Even the judge Um did not give the chance to plead no-guilty speech of the plaintiff.

(18) The judge Um finally ordered the court clerk to shut down the microphone to stop the plaintiff's not-guilty speech.

(19) It was suggested that the judge's permission to make whole copies of documents of the case meant the protecting attitude of the judge for Won Young Kim.

(20) The plaintiff reasoned that after two Kims found out the counterfeited account payroll book during copying papers,

(21) they decided to remove the fake payroll book from the filled documents through the cooperation of the inner connection criminal circle of the court which belong to the organized crime ring.

4

# 2. Defendant-2: Chung Sook Lee:

**3.** The plaintiff is asking $ 45 Million US dollars to this defendant.

1) Office Address: HyoChang Won Ro 70 Gil 46 ( Dae shin Building 3rd Floor, Hyochang Dong ) Yong San Gu, Seoul, South Korea.

2) **Korean Address:** 대한민국 서울특별시 용산구 효창원로 70 길 46 ( 효창동 대신빌딩 3 층 ) 건강다이제스트 이 정숙

3) **Korean Address:** 대한민국 서울특별시 강남구 남부 순환로 3032 한보미도맨션 107 동 406 호 (대치동) 이정숙

4) Crimes:

(1) Flagrant delict of illegal pirating the trade mark of the Kun Kang Digest

(2) Home Address: Hanbo Mido Mansion 107 Dong 406 ho,( DaeChi Dong) 3032 Namboo Soonhwan Ro, Kang Nam Gu, Seoul, South Korea.

(3) Infringing of the copy right

(4) Counterfeit of the personal checks

(5) Usurpation of plaintiff's property

(6) Blackmail

(7) Threatening

(8) This defendant is a fake publisher of the Kun Kang Digest who did not get the permission to get the publishing right from the original publisher, Michael H. Kim.

5

(9)     The Kun Kang Digest has been  a best seller health magazine being published in Seoul for 30 years. This defendant has violated the copy right, intellectual property right, trademark right owned by the plaintiff  for 15 years.

(10)    his defendant also forged the plaintiff's personal checks of $ 1,200,000 US dollars colluded together In-jun Kim, the general manager of the Kun Kang Digest and Won Young Kim ( her  husband, 5 years ago  died).

(11)    his defendant made $ 56 million US dollars gross income for  last 24 years together with her husband, Won Young Kim, died,  from the illegal operation of the Kun Kang Digest magazine.

(12)    Even though Yong Ik Kim was a faked publisher of the Kun Kang Digest for 10 years, most income of the company was deposited into the account of Chung Sook Lee's.

(13)    The average monthly income of the Kun Kang Digest was estimated at $ 200,000 US dollars.

# 4. Defendant-3 Byung Jung Lee( Residence # 4903416-155101 :

The plaintiff is asking $ 24 million US  dollars to this defendant.

## 1) Address: 37-1, 38 Gil, Taeheran Ro, Kang Nam Gu, Seoul, South Korea.

## 2) Korean Address: 대한민국 서울특별시 강남구 태해란로 38 길 37-1 (역삼동)  이병정

## 3) Crimes:

(1) Illegal transfer of the trade mark of the Kun Kang Digest

6

(2) Illegal usage of the Seal and seal certificate of plaintiff

(3) Fraud

(4) Infringement of copy right

(5) Infringement of the property right

(6) Infringement of the magazine sales income & threatening

(7) violation of the court verdict

4) The plaintiff never met this defendant and never agreed to transfer the trademark of the Kun Kang Digest registered in the Patent Office of Korea

5) Therefore, this defendant illegally possessed the trademark of the Kun Kang Digest magazine by using the faked transfer certificate of the plaintiff.

6) This defendant also illegally transferred the Kun Kang Digest trade mark to Chung Sook Lee, the

present publisher of the Kun Kang Digest.

7) That transfer was against the judge's verdict which

prohibited the transfer of the trade mark to

anybody.

8) This defendant permitted illegally using the Kun Kang trade mark to Yong Ik Kim who was a closer friend of him and a faked publisher of the Kun Kang Digest for 10years.

9) This defendant insisted that he possessed the trademark of the Kun Kang Digest by giving $ 80,000 US dollars to the plaintiff, but the insistence was totally false.

10) Actually, this defendant was a scapegoat of his

7

friend, Won Young Kim who was a husband of Chung Sook Lee,defendant-2 and died 5 years ago.

11) But because of the faked and illegal transfer of the trademark of the Kun Kang Digest owned by the plaintiff, the plaintiff suffered lots of mental problems and financial difficulties.

# 5. Defendant-4 Yong Ik Kim( Residence# 460502-1654811:

**The plaintiff is asking** $22 million US dollars to this defendant.

1) Address: 823 Dong 608 Ho, Hyundai Apt., 335 Yatap Dong , Bundang Gu, Sung Nam city, Kyung Ki Do, South Korea.

2) Korean Address: 대한민국 경기도 성남시 분당구

야탑동 335, 현대아파트 823 동 608 호 김용익

3) Crimes:
   (1) Infringement  of the copyright
   (2)  Fraud of design and editing right
   (3) Infringement of the intellectual property right
   (4) Violation of patent right
   (5) Obstruction of plaintiff's business
   (6) This defendant published the imitation of the Kun Kang Digest for 10 years as a same size and same design and same editing.

8

    (7)   **This defendant published the faked Kung Kang Digest magazine on the model of the original Kun Kang Digest published by the plaintiff in size, in editing, in design and even in the contents except the word "New" on the left upper corner of the magazine cover.**

    (8)   **This defendant committed the critical violation of the copy right of the plaintiff for 10 years.**

# 6. Defendant-5: In-Jun Kim( Residence #560301-1067312: $ 44 million US dollars

    1) **Address: Hyochang won Ro, 70 Gil 46 ( Daeshin Building 3rd Floor, Hyochang Dong ) Yong San Gu, Seoul, South Korea.**

    2) **Korean Address: 대한민국 서울특별시 용산구 효창원로 70 길 46 ( 효창동 대신빌딩 3 층 건강다이제스트) 김인준**

    3) **Home Address:**

       **대한민국 서울시 광진구 중곡 2 동 159 의 1 김인준**

    4) **Crimes: infringement of copy rights**

       **(1) Accomplice of the counterfeit of the payroll**

9

account book of the Kun Kang Digest.

(2) Counterfeit of the personal checks of plaintiff's

(3) Destroyer of the original payroll account book

(4) Counterfeiter of the letter of plaintiff

(5) Accomplice of illegal transfer of trademark of Kun Kang Digest

(6) Illegal usage of the seal and seal certificate of plaintiff

(7) This defendant is a flagrant delict who is using illegally the trade mark of the Kun Kang Digest as a staff clerk r of the company ( 1982-2019)

5) This defendant was a felony criminal who destroyed all the original  payroll account books of the employees of the Kun Kang Digest.

6) This defendant conspired to counterfeit the faked payroll account books of the Kun Kang Digest employees together Defendant-1, Seung Hwa Kang who was a licensed labor service agent.

7) This defendant was a criminal of  issuing  illegally the plaintiff's personal checks of $ 300,000 US dollars together with Chung-Sook Lee, Defendant-2 without the plaintiff's authorization.

8) This defendant also submitted the faked letter of the plaintiff's which was not to publish the Kun Kang Digest magazine anymore  to the

**10**

Ministry of cultural, sports and traveling  of the Korean Government.

9) This letter was totally faked and false. The plaintiff never wrote such a fake letter.

10)    The plaintiff wanted to publish the Kun Kang Digest magazine continuously as a founding publisher of the magazine.

11)    This defendant also colluded with Defendant-3, Byung Jung Lee, in order to make a illegal transfer of the trademark of the Kun Kang Digest by using the plaintiff's seal steak  and seal certificate.

12)    This defendant is still working since 1995 in the Kun Kang Digest company as a general –manager of the company.

13)    This means that In-Jun Kim is a major criminal who helped in depriving of the plaintiff's intellectual property right, copy right and the other assets of the plaintiff's.

# 6. Defendant-6 Joong Il An:

# Plaintiff is asking  $ 38 million US dollars

1) Address: Joogong Apt. A-8 Dong 108 Ho, Bisan 2 Dong, Anyang city, Kyung Ki Do, South Korea.

11

**2) Korean Address:** 대한민국 경기도 안양시 비산 2 동 주공 A-8 동 108 호 안중일

**3) Crimes:**

    **(1)   Illegal representative of faked employees**

    **(2)   Faked employee**

    **(3)   Fraud**

    **(4)   This defendant sued the plaintiff illegally as a representative of the 13 faked employees of the Kun Kang Digest.**

    **(5)   The plaintiff never employed this defendant.**

    **(6)   The plaintiff had paid all the wages and the retirement allowances of the regular employees of the Kun Kang Digest without delay.**

    **(7)    But this defendant counterfeited the  unpaid wages and allowances and usurped illegally.**

    **(8)    The faked payroll account book that was submitted to Seoul District Prosecute by Joong-il An was the faked payroll account book  counterfeited by Seung-Hwa Kang( Defendant-1).**

# 7.Defendant-7 Hyun Sung Kim: $ 5 million US dollars.

1) **Address: Hyochang won Ro, 70 Gil 46 ( Daeshin Building 3rd Floor, Hyochang Dong) Yong San Gu, Seoul, South Korea.**

2) **Korean Address: 대한민국 서울 특별시 용산구 효창원로 70 길 46 ( 대신 빌딩 효창동 건강다이제스트) 김현성**

## 3) Crimes:

(1) **Infringement of copy right anda flagrant delict in using the trade mark of the Kun Kang Digest as editor –in-chief**

(2) **accomplice with his mother, Chung Sook Lee, the publisher of the Kun Kang Digest.**

(3) **This defendant is threatening continuously to the plaintiff.**

**13**

## 8. Defendant-8: The Government of Republic of Korea ( South Korea):

Plaintiff is asking $ 55 million US dollars to this defendant.

1) **Address: Sejong Ro 1 Bunji, Chong Ro Gu, Seoul, South Korea.**

2) **Korean Address**: 대한민국 서울특별시 종로구 세종로 1 번지 청와대 문재인 대통령

3) **Crimes:**

    (1)   **Torturing investigating about plaintiff**

    (2)   **Infringement of human right**

    (3)   **Infringement of free residence right**

    (4)   **Obstruction of the business right**

    (5)   **Unfair treatment of U.S.A. senior citizen.**

    (6)   **The plaintiff was brutally tortured by the Korean government especially by policemen.**

    (7)   **The policeman, Pyung Jin Kong, of the Kwang-jin police station in Seoul, tortured the plaintiff by handcuffing the plaintiff on the both hands, when the plaintiff had the investigating interview with the policeman, Kong, concerning the illegal issuing of the plaintiff's personal checks by issued by In-Jun Kim, the general manger of the Kun Kang Digest without the authorization of the plaintiff.**

14

(8)   The amount of the illegal issued checks was estimated on $ 300,000 US dollars. All the checks were issued by In-jun Kim, who had the plaintiff's registered seal steak , while the plaintiff was staying in the United States.

(9)   The policeman Kong intimidated to the plaintiff if the plaintiff  was denying  the check issuing, he would arrest the plaintiff. .But the plaintiff denied strongly  the issues of the faked checks.

(10)  The policeman Kong did not accept the plaintiff's no-guilty appeals.

(11)  The plaintiff at that time was accused by In-uon Kim and Won Young Kim who were members of the organized crime rings in Seoul, and criminals  of the illegal issues of the plaintiff's checks.

(12)  Subsequently, the policeman Kong reported the investigating report that the plaintiff admitted the plaintiff's guilty of issuing the illegal checks to  Yong ok Park of the Dong-Boo prosecute office in Seoul.

(13)  When the plaintiff had an investigating interview with Yong Ok Park, investigator, of the Dong-Boo Prosecute Office,  the investigator did not show up the illegally issued checks which was illegal.

(14)  The plaintiff strongly protested about that illegal investigating attiutde and

15

      denied the made-up report reported by the
      policeman Kong.

(15) But the investigator, Park,  disregarded the
      plaintiff's no guilty appeal.

(16) Eventually, the investigator Park applied  the pre-
      detention order to the Dong-Boo District Court,

(17) But the woman Judge, Mrs. Kim, dismissed the
      prosecutor's pre-detention order of the Dong Boo
      District Prosecute Office.

(18) On the next day after the Judge's dismiss, the
      plaintiff went to the Kim-po International Air Port
      to leave Korea, but the Exit and Entry Control
      Bureau of the Korean government stopped the
      plaintiff to leave Korea.

(19) The departure-stop-order of the plaintiff to leave
      Korea lasted 4 years.

(20) It was said that the departure-stop-order of the
      plaintiff was originated from the revenge of the
      Dong-Boo prosecute Office concerning the dismiss
      decision of the pre-detention order by the Judge.

(21) This departure-stop-order was the indisputable
      violation of the freedom of residence for the
      American senior citizen who suffered a great
      torture physically and mentally .

(22) The another torture to the plaintiff was happened in the Yong-San Police Station in Seoul.

(23) When Soon Kyu Kang, a police investigator of the police station, had an investigating interview of the complaint filed by In-Jun Kim, Defendant -5,

(24) Policeman Kang tortured the plaintiff with handcuffing on both hands of the plaintiff and insulted the plaintiff saying "son of bitch" and threatened the plaintiff to be detained in the police cell, if the plaintiff would deny the issues of the checks. Evidences of checks lists.

(25) The investigator Kang who intentionally took sides with In-Jun Kim, reported the faked interview report to the prosecutor, Jong-o Kim, of the Nam-Boo Prosecute Office in Seoul.

(26) Eventually, the prosecutor Kim dismissed the complaint of the plaintiff against In-Jun Kim who issued illegally the personal checks of the plaintiff.

17

## 9. Defendant-9 the Korean Consulate-General in New York: $ 12 million US dollars.

1) Address: Sejong Ro 1 Bunji, Chong Ro Gu, Seoul, South Korea.

2) Korean Address: 대한민국 서울특별시 종로구 세종로 1 번지 청와대 문재인 대통령

3) Crimes:

   (1) Infringement of U.S.A. citizen's Building property right. I Evidences- 10  added  )

   (2) Obstruction of the plaintiff's business

   (3) Violation of U.S postal law

   (4) Deprivation of right time  presentation to the judge of the Korean court

   (5) Infringement of human right

   (6) The Korean Consulate-General of New York intentionally delayed the delivery of the important notice-letter which was delivered through the diplomatic pouch of the Korean Government.

   (7) The Korean Administration Court in Seoul asked the plaintiff to appear before  the court for pleading for the plaintiff's building damages

18

located at 105, Gil Dong, Kang Dong Gu, Seoul, South Korea. The letter was delivered in the name of Sang Bum Kim of the Consulate –General, But the letter was delayed for 60 days.

(8) Because of this delivery delay , the plaintiff could not attend the court on the day of pleading to the court in Korea.

(9) Eventually, the plaintiff's appeal was dismissed, and lost the building of the value of $ 148million US dollars.

(10) The plaintiff tried to sue the Korean Consulate-General of New York,

(11) but because of the diplomatic immunity, the law-suit against the Korean consulate-General was impossible.

(12) Therefore, the Korean Government should be responsible for the compensation.

# 7 7.The final appeal of the plaintiff

1) The plaintiff is an innocent U.S.A. senior citizen ( 81 years old) who wants to live a happy life in the United States peacefully.

2) The plaintiff has tried to do almost everything to take back the illegally deprived copy right and real estate properties owned by the plaintiff in Korea.

3) The plaintiff sent the letters for the fair investigation of the illegally deprived copyright this to the President Dae-Joong Kim of South Korea and appealed to the Supreme Public Prosecutor's office of Korea so many times. Evidences added.

4) But every attempts by the plaintiff has been denied because the Korean Government investigators and the criminal defendants of the complaint of the plaintiff's case colluded to defeat the plaintiff.

5) Every documents submitted to the court by the defendants were 100 % counterfeited and faked.

6) Therefore, the plaintiff filed this complaint as the final attempt to protect the plaintiff's copyright by the U.S.A. Court as a U.S.A. senior citizen, 81 years old.

7) The most Korean lawyers in Korea recommended to the plaintiff that in order to win this case, the plaintiff should file this case in the U.S,A. Court because the plaintiff is a U.S.A. citizen.

8) The plaintiff seriously wants to get help from a court appointed lawyer if possible.

20

9) The plaintiff is an old U.S.A senior citizen whose life has been devastated in mentally as well as physically. Medical records added.

10)  The plaintiff was tortured in Korea by the Korean police and prosecutors and was put into jail for 2 years without the correct evidences.

11)  Dear judge. Please decide the best judgement for this case.

July 28. 2019

The plaintiff:  Michael H. Kim

6192 State Route 374, Chateaugay, NY 12920 U.S.A.

E-mail: michaelkim2222@gmail.com

Tel: 518-380-3977

**Evidence-1: copy of the USA citizenship of the plaintiff and the Korean Family Bible Church, Christian Prayer Center Inc.**



No. 26913976

UNITED STATES OF AMERICA

CERTIFICATE OF NATURALIZATION

Personal description of holder as of date of naturalization:

Date of birth: NOVEMBER 25, 1937

Sex: MALE

Height: 5 feet 5 inches

Marital status: MARRIED

Country of former nationality: KOREA



INS Registration No.: A074754181

I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.



(Complete and true signature of holder)

Be it known that, pursuant to an application filed with the Attorney General

The Attorney General having found that:

MICHAEL HYUNGSUP KIM

then residing in the United States, intends to reside in the United States (or, so required by the Naturalization Laws of the United States, and had in other respects complied with the applicable provisions of such naturalization laws and was entitled to be admitted to citizenship, such person having taken the oaths of allegiance in a ceremony conducted by the

US DISTRICT COURT CENTRAL DISTRICT

at: POMONA, CALIFORNIA

on: FEBRUARY 26, 2002

that such person is admitted as a citizen of the United States of America.

Commissioner of Immigration and Naturalization

IT IS PUNISHABLE BY U.S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

FORM N-550 (REV. 6-91)



Dr. Michael Kim, Healing Minister
6192 St. Rte. 374, Chateaugay, NY 12920

HEALING MINISTRY OF LORD
ATTN: REV. MICHAEL H. KIM, PH.D
6192 STATE ROUTE 374
CHATEAUGAY NY 12920

Enclosed is the information you requested. Your payment of
$30.00 is hereby acknowledged.

If the name on the enclosed document(s) does not match exactly
with the name of the entity you requested, this office does not
have a record of the exact name you requested.  The document(s)
provided appear(s) to be of sufficient similarity to be the
entity requested.

201104270425    02

Y. S. DEPARTMENT OF STATE
ISION OF CORPORATIONS AND STATE RECORDS                    ALBANY, NY 12231-000

                              FILING RECEIPT
==================================================================================
TITY NAME      : KOREAN FAMILY BIBLE CHURCH, CHRISTIAN PRAYER CENTER INC.

CUMENT TYPE    : DOMESTIC (NOT-FOR-PROFIT) CORPORATIO   TYPE: B   COUNTY: SCHO

RVICE COMPANY  : ** NO SERVICE COMPANY **                    SERVICE CODE: 00
==================================================================================
LED: 10/21/1996  DURATION: PERPETUAL   CASH #: 961021000232   FILM #: 96102100022

DRESS FOR PROCESS                                           EXIST DAT
                                                            ---------
E CORPORATION                                               10/21/199
J. BOX 98
PERANCE, NY 12066-0098

GISTERED AGENT



==================================================================================
FILER                     FEES        100.00   PAYMENTS      100.0

REV. HYUNG SUP KIM        FILING   :   75.00   CASH    :       0.(
P.O. BOX 98               TAX      :    0.00   CHECK   :     100.(
                          CERT     :    0.00   BILLED  :       0.(
ESPERANCE, NY 12066-0098  COPIES   :    0.00
                          HANDLING :   25.00
                                               REFUND  :       0.(
==================================================================================
-1025 (11/89)

# STATE OF NEW YORK

# DEPARTMENT OF STATE

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on May 2, 2011.

Daniel E. Shapiro
First Deputy Secretary of State

Rev. 06/07



A 191—Certificate of Incorporation: Not-for-Profit Corporation Law: 7-87        © 1979 BY JULIUS BLUMBERG, INC.,
PUBLISHER, NYC 10013

# Certificate of Incorporation

F 96 10 21 000 225

### of

## Korean Family Bible Church, Christian Prayer Center Inc.

### under section 402 of the Not-for-Profit Corporation Law

IT IS HEREBY CERTIFIED THAT:

(1) The name of the corporation is

## Korean Family Bible Church, Christian Prayer Center Inc.

(2) The corporation is a corporation as defined in subparagraph (a)(5) of section 102 (Definitions) of the Not-for-Profit Corporation Law.

(3) The purpose or purposes for which the corporation is formed are as follows:

1) To fulfill Jesus Christ Doctrine As Presbyterian

2) To worship for Korean-American families

3) To provide facilities for praying & fasting

4) To operate Christian Praying & Training Center

5) To publish Christian newspapers and magazines

6) To train Christian missionaries

7) To run Christian schools and Seminary

The corporation, in furtherance of its corporate purposes above set forth, shall have all the powers enumerated in section 202 of the Not-for-Profit Corporation Law, subject to any limitations provided in the Not-for-Profit Corporation Law or any other statute of the State of New York. Nothing herein shall authorize this corporation, directly or indirectly, to engage in, or include among its purposes, any of the activities mentioned in Not-for-Profit Corporation Law, section 404 (b)-(u).

(4) The corporation shall be a Type B corporation pursuant to section 201 of the Not-for-Profit Corporation Law. (In the case of Type A, B and C corporations set forth the names and addresses of at least 3 initial directors. Type C corporation must set forth the lawful public or quasi-public objective which each business purpose will achieve.)

Directors

Rev. Hyung Sup Kim    77 Main St. Esperance, NY 12066
Edward T. Kim         98-76 Queens Blvd. Rego Park
                      NY 11374
Tae Sung Kim          98-76 Queens Blvd. Rego Park
                      NY 11374

(5) The office of the corporation is to be located in the County of    Schoharie    State of New York.

77 Main St. Esperance, NY 12066

(6) The Secretary of State is designated as agent of the corporation upon whom process against it may be served. The post office address to which the Secretary of State shall mail a copy of any process against the corporation served upon him is

P.O.Box 98
Esperance, NY 12066-0098

*(7) State and Federal exemption.*

State and Federal exemption language for Type B and C corporations seeking tax exemption.

Notwithstanding any other provisions of these articles, the corporation is organized exclusively for one or more of the purposes as specified in §501(c)(3) of the Internal Revenue Code of 1954, and shall not carry on any activities not permitted to be carried on by a corporation exempt from Federal income tax under IRC §501(c)(3) or corresponding provisions of any subsequent Federal tax laws.

No part of the net earnings of the corporation shall inure to the benefit of any member, trustee, director, officer of the corporation, or any private individual (except that reasonable compensation may be paid for services rendered to or for the corporation), and no member, trustee, officer of the corporation or any private individual shall be entitled to share in the distribution of any of the corporate assets on dissolution of the corporation.

No substantial part of the activities of the corporation shall be carrying on propaganda, or otherwise attempting to influence legislation [except as otherwise provided by IRC §501(h)] or participating in, or intervening in (including the publication or distribution of statements), any political campaign on behalf of any candidates for public office.

In the event of dissolution, all of the remaining assets and property of the corporation shall, after necessary expenses thereof, be distributed to another organization exempt under IRC §501(c)(3), or corresponding provisions of any subsequent Federal tax laws, or to the Federal government, or state or local government for a public purpose, subject to the approval of a Justice of the Supreme Court of the State of New York.

In any taxable year in which the corporation is a private foundation as described in IRC §509(a), the corporation shall distribute its income for said period at such time and manner as not to subject it to tax under IRC §4942, and the corporation shall not (a) engage in any act of self-dealing as defined in IRC §4941(d), retain any excess business holdings as defined in IRC §4943(c), (b) make any investments in such manner as to subject the corporation to tax under IRC §4944, or (c) make any taxable expenditures as defined in IRC §4945(d) or corresponding provisions of any subsequent Federal tax laws.

3

F 961021000225

IN WITNESS WHEREOF, the undersigned incorporator, or each of them if there are more than one, being at least nineteen years of age, affirm(s) that the statements made herein are true under the penalties of perjury. Dated 1996. 10 58

**Rev. Hyung Sup Kim**

Signature

77 Main St. Esperance, NY 12066

_____
Address

_____
Type name of Incorporator

Signature

_____
Address

I, the undersigned Justice of the Supreme Court of the State of New York ____ Judicial District, do hereby approve the foregoing Certificate of Incorporation.

Dated Oct. 28, 1996

J.S.C.

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED OCT 21 1996

TAX $ 0

BY: JW

SCHOHARIE

---

**Certificate of Incorporation**

of

**Korean Family Bible Church, Christian Prayer Center Inc.**

under Section 402 of the Not-for-Profit Corporation Law

Rev. Hyung Sup Kim
P.O. Box 98
Esperance, NY 12066-0098
(5 0 8) 8 4 75 9 9 7 6

Filed By:

Office and Post Office Address

961021000752

# *STATE OF NEW YORK*

# *DEPARTMENT OF STATE*

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on May 2, 2011.

Daniel E. Shapiro
First Deputy Secretary of State

Rev. 06/07

F 051129000 709

New York State
Department of State
Division of Corporations, State Records
and Uniform Commercial Code
41 State Street
Albany, NY 12231
www.dos.state.ny.us

# CERTIFICATE OF AMENDMENT
## OF THE
## CERTIFICATE OF INCORPORATION
### OF
### Korean Family Bible Church, Christian Prayer Center Inc.

(Insert Name of Domestic Corporation)

Under Section 803 of the Not-for-Profit Corporation Law

FIRST: The name of the corporation is: _____

**Korean Family Bible Church, Christian Prayer Center Inc.**

If the name of the corporation has been changed, the name under which it was formed is: _____

_____          _____         _____

SECOND: The date of filing of the certificate of incorporation with the Department of State is:
**October 21, 1996** _____

THIRD: The law the corporation was formed under is: __          _____   _____
**Section 402 of the Not-Profit-Corporation Law**

FOURTH: The corporation is a corporation as defined in Section 102(a)(5) of the Not-for-Profit
Corporation Law. The corporation is a Type __ **B** __ corporation. If the corporate purposes are
being enlarged, limited or otherwise changed, the corporation shall be a Type_____ corporation.

FIFTH: The amendment effected by this certificate of amendment is as follows: (Set forth each
amendment in a separate paragraph providing the subject matter and full text of each amended paragraph. For example, an
amendment changing the name of the corporation would read as follows "Paragraph First of the Certificate of Incorporation relating
to the corporate name is hereby amended to read in its entirety as follows. First  The name of the corporation is   (new name) .. ")

Paragraph ___ **1** ___ __ of the Certificate of Incorporation relating to __ _____
**the name of the corporation** _____
**( Korean Family Bible Church, Christian Prayer Center Inc. )** _____

is hereby [check the appropriate box(es)] ☐ added to read in its entirety as follows or ☒ amended
to read in its entirety as follows: __ **Healing Ministry of Lord  Inc** -

_____

_____

_____

DOS-1553 (Rev 12/04)

/

SIXTH: The Secretary of State is designated as agent of the corporation upon whom process against it may be served. The address to which the Secretary of State shall forward copies of process accepted on behalf of the corporation is: _____

<u>6192 State Route   374, Chateaugay, NY  12920</u>

SEVENTH: The certificate of amendment was authorized by: [*Check the appropriate box*]

☑ The amendment was authorized by a vote of a majority of the members at a meeting.

☐ The amendment was authorized by the unanimous written consent of the members entitled to vote thereon.

☐ The amendment was authorized by a vote of a majority of the entire board of directors. The corporation has no members.

_____
      (Signature)

**Michael H. Kim, President**
_____
      (Name and Title of Signer)

F051129000709

# CERTIFICATE OF AMENDMENT
## OF THE
## CERTIFICATE OF INCORPORATION
### OF
## Korean Family Bible Church, Christian Prayer Center Inc.

*(Insert Name of Domestic Corporation)*

Under Section 803 of the Not-for-Profit Corporation Law

Filer's Name __ **Michael H Kim** _____

Address ___ **6192  State  Route  374** _____

City, State and Zip Code **Chateaugay, NY  12920** _____

NOTE. This form was prepared by the New York State Department of State  It does not contain all optional provisions under the law. You are not required to use this form. You may draft your own form or use forms available at legal stationery stores  The Department of State recommends that all documents be prepared under the guidance of an attorney  Please be sure to review Section 804 and Section 404 of the Not-for-Profit Corporation Law to determine if any consents or approvals are required to be attached to this certificate of amendment. The certificate must be submitted with a $30 filing fee

*For Office Use Only*

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED NOV 2 9 2005
TAX $ _____
Y: _____ _____
*Schoharie*

3

757

# STATE OF NEW YORK

# DEPARTMENT OF STATE

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on May 2, 2011.

Daniel E. Shapiro
First Deputy Secretary of State

Rev. 06/07

M 385—Certificate of Amendment of Certificate of Incorporation :
Not-for-Profit Corporation Law : 141

COPYRIGHT 1972 BY JULIUS BLUMBERG, INC. LAW BLANK PUBLISHERS

# Certificate of Amendment of the Certificate of Incorporation of

## Korean Family Bible Church, Christian Prayer Center Inc.

### under section 803 of the Not-for-Profit Corporation Law

IT IS HEREBY CERTIFIED THAT:

F 961031 000 422

(1) The name of the corporation is

Korean Family Bible Church, Christian Prayer Center Inc.

(2) The certificate of incorporation was filed by the department of state on the ___21st___ day of ___October___ 19 96.

The corporation shall be a Type **B** corporation pursuant to section 201 of the Not-for-Profit Corporation Law.

(3) The certificate of incorporation of this corporation is hereby amended to effect the following change*

\* Purposes of this incorporation are amended to include (8) operations of church graveyard.

1) To fulfill  Jesus Christ Doctrine As Presbyterian
2) To worship for Korean–American families
3) To provide facilities for praying & fasting
4) To operate Christian Praying & Training Center
5) To publish Christian newspapers and magazines
6) To train Christian missionaries
7) To run Christian schools and Seminary
8) To operate church graveyard

*that the Corporation is a corporation as defined in section 102 a6 of not for profit law*

See forth the subject matter of each provision of the certificate of incorporation which is to be amended or eliminated and the full text of the provision(s). If any, which are to be substituted or added. If an amendment provides for a change of issued shares, the number and kind of shares changed, the number and kind of shares resulting from such change and the terms of change. If an amendment makes two or more such changes, a like statement shall be included in respect to each change.



(4) The amendment to the certificate of incorporation was authorized: *Incorporators*

    *first, by vote of the board of directors.*

    * *first, by unanimous written consent of all the directors.*

    * *and then at a meeting of shareholders by vote of a majority of all the outstanding shares entitled to vote thereon.*

    * *and then by unanimous written consent of the holders of all the outstanding shares entitled to vote thereon.*

    * *and then at a meeting of shareholders by vote of*
      *of all the outstanding shares entitled to vote thereon as required by the certificate of incorporation.*

\* STRIKE OUT WHERE INAPPLICABLE

IN WITNESS WHEREOF, this certificate has been subscribed this 27 day of OCT, 1996 by the undersigned who affirm(s) that the statements made herein are true under the penalties of perjury.

| Type name | Capacity in which signed | Signature |
|---|---|---|
| Rev. Hyung Sup Kim | Incorporator | |

961031000422

## Certificate of Amendment of the Certificate of Incorporation of

Korean Family Bible Church, Christian Prayer Center Inc.

under section 803 of the Not-for-Profit Corporation Law

**STATE OF NEW YORK**
**DEPARTMENT OF STATE**
FILED   OCT 3 1 1996
TAX $
BY:   R.M.

Rev. Hyung Sup Kim
P.O.Box 98
Esperance,NY 12066-0098

Filed By:

Address:

SCHO. Co.

961031000441

3

# STATE OF NEW YORK

# DEPARTMENT OF STATE

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on May 24, 2011.

Daniel E. Shapiro
First Deputy Secretary of State

Rev. 06/07

F 0511290007 09

New York State
Department of State
Division of Corporations, State Records
and Uniform Commercial Code
41 State Street
Albany, NY 12231
www.dos.state.ny.us

# CERTIFICATE OF AMENDMENT
## OF THE
## CERTIFICATE OF INCORPORATION
## OF
### Korean Family Bible Church, Christian Prayer Center Inc.

(Insert Name of Domestic Corporation)

Under Section 803 of the Not-for-Profit Corporation Law

FIRST: The name of the corporation is: _____

**Korean Family Bible Church, Christian Prayer Center Inc.**

If the name of the corporation has been changed, the name under which it was formed is: _____

SECOND: The date of filing of the certificate of incorporation with the Department of State is:
**October 21, 1996** _____

THIRD: The law the corporation was formed under is: ___ _____
**Section 402 of the Not-Profit-Corporation Law**

FOURTH: The corporation is a corporation as defined in Section 102(a)(5) of the Not-for-Profit Corporation Law. The corporation is a Type ___ **B** ___ corporation. If the corporate purposes are being enlarged, limited or otherwise changed, the corporation shall be a Type_____ corporation.

FIFTH: The amendment effected by this certificate of amendment is as follows: (Set forth each amendment in a separate paragraph providing the subject matter and full text of each amended paragraph. For example, an amendment changing the name of the corporation would read as follows "Paragraph *First* of the Certificate of Incorporation relating to *the corporate name is hereby amended* to read in its entirety as follows. *First The name of the corporation is*   *(new name)* .. ")

Paragraph ___**1**___ of the Certificate of Incorporation relating to _____
**the name of the corporation**
**( Korean Family Bible Church, Christian Prayer Center Inc. )** _____

is hereby [check the appropriate box(es)] [ ] added to read in its entirety as follows or [✗] amended
to read in its entirety as follows: _ **Healing Ministry of Lord  Inc** -

DOS-1553 (Rev  12/04)

SIXTH: The Secretary of State is designated as agent of the corporation upon whom process against it may be served. The address to which the Secretary of State shall forward copies of process accepted on behalf of the corporation is: _____

**6192 State Route   374, Chateaugay, NY  12920**

SEVENTH: The certificate of amendment was authorized by: [*Check the appropriate box*]

☑ The amendment was authorized by a vote of a majority of the members at a meeting.

☐ The amendment was authorized by the unanimous written consent of the members entitled to vote thereon.

☐ The amendment was authorized by a vote of a majority of the entire board of directors. The corporation has no members.

_____          **Michael H. Kim, President**
          (Signature)                                            (Name and Title of Signer)

F05112900070 9

# CERTIFICATE OF AMENDMENT
## OF THE
## CERTIFICATE OF INCORPORATION
### OF
## Korean Family Bible Church, Christian Prayer Center Inc.

*(Insert Name of Domestic Corporation)*

Under Section 803 of the Not-for-Profit Corporation Law

Filer's Name __ **Michael H Kim**

Address ___ **6192  State  Route  374**

City, State and Zip Code ___ **Chateaugay, NY  12920**

NOTE. This form was prepared by the New York State Department of State  It does not contain all optional provisions under the law. You are not required to use this form. You may draft your own form or use forms available at legal stationery stores  The Department of State recommends that all documents be prepared under the guidance of an attorney  Please be sure to review Section 804 and Section 404 of the Not-for-Profit Corporation Law to determine if any consents or approvals are required to be attached to this certificate of amendment. The certificate must be submitted with a $30 filing fee

*For Office Use Only*

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED  NOV 2 9 2005
TAX $        0
Y:        pae

*Schoharie*

3

757



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### APPLICATION FOR CHANGE OF NAME

As part of the naturalization process, you have the opportunity to legally change your name. If you would like to change your name, complete lines 1, 2, 3, and 4. Please print clearly and press firmly (USE INK ONLY). If you do not want to change your name, complete lines 1, 3, and 4 only. (WRITE "N/A" ON LINE 2).

Name on your Alien Registration Card (Green Card):

1. KIM ___ HYUNG SUP ___
   (Last)        (First)        (Middle)

Name you would like on your Naturalization Certificate (if different):

2. MICHAEL ___ HYUNGSUP ___ KIM
   (First)        (Middle)        (Last)

3. Alien Registration Card (Green Card) Number: A 7__-75__ 1 8 1

4. Date of Birth: __11__ , __25__ , __1937__
   (Month)    (Day)    (Year)

### IMPORTANT INFORMATION

Your copy of this application, along with your Certificate of Naturalization, which you will receive upon taking the oath of allegiance, will verify that you elected to change your name. Your Certificate of Naturalization bears your new name as changed per Order of the Court.

### FOR OFFICIAL USE ONLY

_____ Granted        _____ Denied

Dated: __11   7   2002__

N-5 (1/96)

☆ U.S. GOVERNMENT PRINTING OFFICE 1997-579-722

APPLICANT (COPY)

**Evidence-13:**

1. This two Korean copies showed that In-Joon Kim, defendant-5 of this case, and Won Young Kim, the husband of the present publisher of the Kun Kang Digest,  were permitted to make the whole documents copies of the plaintiff's case by the judge, Sang-pil Um. The judge stamped his own seal on the permit paper.

2. But the major problem was happened after making the copies of this case by above the above  two guys,

3. The original payroll account book counterfeited by Seng Hwa Kang, defendant-1, was disappeared during the actual trial in the court.

4. The plaintiff and the ourt appointed lawyer, Yang Ryu Won, never saw this faked payroll account book during the trial,

5. The judge, Sang-pil Um, also never showed the faked payroll accounted book to the plaintiff and the court appointed lawyer of the plaintiff,

28

6. The judge read the counterfeited payroll account book without showing to the plaintiff and the court appointed lawyer, Yang Ryu Won of the plaintiff.

7. The plaintiff and the plaintiff lawyer protested to the judge about the unfair practice of the judgement process.

8. The plaintiff tried to appeal the payroll account book was not true and counterfeited,

9. The judge, Um, did not permit the plaintiff's appeal speech in the court.

Michael H. Kim

29

[B1352]

## 피해자 재판기록 열람복사 신청서

| 신 청 인 | 성 명 | 김인준 | 전화번호 (휴대전화) | 610-1160-6633 |
|---|---|---|---|---|
| | 전자우편 | | 팩스 | |
| | 피해자와의 관계 | 본인 | 소명자료 | |
| 신 청 구 분 | | ☐ 열람 | ☑ 복사 | |

| 대상 기록 | 사건번호 | 사 건 명 | 재판부 |
|---|---|---|---|
| | 2007고단2842 | | 서관 317호 |
| 복사할 부분 | 2009고단6432 2008고단624 (병합) | | 형사3단독 (복사매수 1 매) |

| 사용 용도 | 참고자료 |
|---|---|

| 복사 비용 | 원 ( 매×50) | (수입인지 첨부란) |
|---|---|---|

| 사용목적의 제한 또는 조건의 부과 | 20 . . 재판장 판 사 ㊞ |
|---|---|

| 영수일시 | 2008. 8. 28 : | 영수인 김인준 |
|---|---|---|

※ 작성요령

1. 영수인란은 서명 또는 기명날인하여야 합니다.

2. 법원복사기로 복사하는 경우에는 1장당 50원의 복사비용을 수입인지로 납부하여야 합니다.

3. 재판장의 열람·등사 허가·불허가, 사용목적 제한이나 조건 부과에 대하여는 불복할 수 없습니다.

2008. 09. 28

3431

[B1352]

| | | | | 허 | 부 |
|---|---|---|---|---|---|

# 피해자 재판기록 열람복사 신청서

| 신 청 인 | 성 명 | 기 인 영 | | 전화번호<br>(휴대전화) | 011-213-6433 |
|---|---|---|---|---|---|
| | 전자우편 | | | 팩스 | |
| | 피해자와의<br>관계 | 본 인 | | 소명자료 | |
| 신 청 구 분 | ☐ 열람 | | ☑ 복사 | | |
| 대 상 기 록 | 사 건 번 호 | 사 건 명 | | 재 판 부 | |
| | 2001 고단 2464 | | | 제3단독 | |
| 복사할 부분 | 2005 고단 6432<br>2008 고단 624(병합) | 기초의제 공소장 | | (복사매수 / 매) | |
| 사 용 용 도 | 참고자료 | | | | |
| 복 사 비 용 | 원<br>( 매×50) | | (수 입 인 지 첩 부 란) | | |
| 사용목적의<br>제한 또는<br>조건의 부과 | 20 . . . 재판장 판 사 ㉞ | | | | |
| 영 수 일 시 | 2008. 8. 29. : | | 영 수 인 | | |

※ 작성요령

1. 영수인란은 서명 또는 기명날인하여야 합니다.

2. 법원복사기로 복사하는 경우에는 1장당 50원의 복사비용을 납부하
   여야 합니다.

3. 재판장의 열람·등사 허가 · 불허가, 사용목적 제한이나 조건 부과에 대하여는
   불복할 수 없습니다.

No.
2008 08. 29
서울중앙지방법원
수입인지과납부함

# Evidence-14:

1. This copy of the evidence was the first complaint of the plaintiff against the following criminals filed by the plaintiff to the Seoul District Prosecute inSeoul, Korea.

2. Criminal of the accused:

   1) Won Young Kim, resident# 470820-1551215, died 4 years ago, who was the husband of the present publisher of the Kun Kang Digest, Chung Sook Lee, defendant-2 of the this present case. His cirmes were killing threatening to the plaintiff, faking documents of the Kun Kang Digest enrollment registered.

   2) Yong Ik Kim, the faked publisher of the Kun Kang Digest who was a friend of the Won Young Kim,

   3) In-Joon Kim who was the criminal of counterfeiting the faked payroll account book together colluded with Seung Hwa Kang, defendant -1 of the case. This Kim was the criminal who helped

30

to transfer the trade mark of the Kun Kang Digest to Byung Jung Lee. This Kim also submitted the faked no-publishing of the Kun Kang Digest letter of the plaintiff's to the Public Affair Ministry of the Korean Government, then staff-clerk of handling of payroll account book of the Kun Kang Digest. This kim illegally issued the plaintiff's personal checks estimated totally at $ 500,000 USA dollars without the plaintiff's authorization.

4) Byung –jun Lee who was a faked illegal transfer of the Kun Kang Digest trade mark by suing the faked deed of plaintiff's transfer and plaintiff's registered seal.

5) Sung Kyu Park was faked accuser against the plaintiff.

6) Hyang Nam Kim who was the wife of the plaintiff, but she gave the plaintiff's officially registered seal and four certificates of the in-gam to hie younger brother, Won Young Kim, without authorization of

31

the plaintiff. She agreed that she gave the plaintiff's official seal to her brother.

6) But In-joon Kim, defendant-5,  later insisted that he took the plaintiff' official seal steak from the safety box in the Kun kang Digest Office, located 50-15, Chang-choong Dong, Seoul, Korea.

6) Eventually, my wife and I divorced because of her illegal giving of the plaintiff' official seal steak and the official seal certificate papers issued by the local municipal office at Jayang Dong, Seoul, Korea.


3. The final result of this plaintiff's complaint  was dismissed by the prosecutor, Moon Ho Park of the Seoul District Prosecute Office. It was totally unfair That the prosecutor, Moon Ho Park dismissed this case because of the unknown address of the plaintiff in the United States of America.

5. Even thought the plaintiff notified to the prosecutor, Park, through the lawyer of the plaintiff, Jung-il Lee,

32

that the address of the plaintiff was 6192 State Route 374, Chateaugay, NY 12920 USA.

6. But the prosecutor, Park, disregarded the plaintiff's clear address and he dismissed the  plaintiff's complaint without fair reasons.

7. It is justly said that the Republic of Korea( South Korea) is not the state of law and justice.

8. The South Korea is corrupted in every field including the courts as well as the prosecute.

Michael H. Kim

33

**Evidences-15:**

1. This copy of the evidences was the faked lists of the bounced checks of the plaintiff's.
2. These checks were issued by In-Joon Kim, defedndant-5and Chung-sook Lee, the present publisher of the Kun Kang Digest, of this case without the plaintiff's authorization.
3. The total estimated was $ 300,000 USA dollars ( 346,747, 800 Won, Korean currency 25 years ago).
4. The plaintiff never issued these checks bounced.
5. Chung Sook Lee, the present publisher of the Kun Kang Digest and In-Joon Kim, the director of the Kun Kang Digest company cashed these all checks illegally and possessed for their private usage.
6. The Most of the checks were issued after the plaintiff left South Korea to the United States.
7. The plaintiff boarded on the Korean Air Line at Kimpo International Airport at 8:00 am to go to the JFK International Airport in New York on the day of Aug 15th ( Sunday) 1995.
8. But the criminals, In Joon Kim and Chung Sook Lee counterfeited one check, list# 6, 20,000,000 won, w

Korean currency, issued on the date of Aug 15, 1995.

9. But this check issue was totally faked to justify the counterfeit of the legal issue of the plaintiff of the check to Yun-Bok Kim, who was a friend of Won Young Kim, the husband of the present publisher of the Kun Kang Digest.

10.     Won Young Kim ,died 4 years ago, who tried to escape from the all counterfeited documents responsibilities such as the publisher of the Kun Kang Digest, illegal possessor of the Kun Kang Digest trade mark and the running  of the Kun Kang Digest Company as a president.

11.     Byung Jung Lee, illegal possessor of the Kun Kang Digest trade mark, faked publisher of the Kun Kang Digest, In-Joon Kim and Chung Sook Lee were all accomplices with criminal ,Won young Kim.

Michael H. Kim

김원영·김인순) 제시난건                    ( 피의자 : 기ᄂ 호ᄂ 외5)

| 순위 | 수표기호 | 액면금 | 실제발행일자 | 발생일자 | 제시일자 | 부도사유 | 비 고 |
|---|---|---|---|---|---|---|---|
| 1 | 마가01320951 | 15,000,000 | 백제전축 | 95.8.23. | 95.8.24. | 무거래 | 삼성동(상업 |
| 2 ✳ | 01320952 | 3,538,800 | 태평양기획 | 95.10.13 | 95.10.13 | 〃 | 〃 |
| 3 | 01320955 | 34,000,000 | | 95.9.21 | 95.10.17 | 〃 | 〃 제시경과 |
| 4 | 01320954 | 20,000,000 | | 95.9.12 | 95.9.25 | 〃 | |
| 5 | 04381104 | 6,950,000 | 성정건령 | 95.9.29 | 95.9.15 | 〃 | 국민·목포지점 |
| 6 | 03523488 | 20,000,000 | 긴연복 | 95.8.15 | 95.8.16 | 〃 | |
| 7 | 03523461 | 25,000,000 | 감박여 | 95.10.16 | 95.9.7 | 〃 | 〃 |
| 8 | 03523485 | 10,000,000 | 긴연복 | 95,8,14 | 95.8.14, | 〃 | |
| 9 | 04381112 | 19,000,000 | 대아지암 | 95.9.6. | 95.9.5. | 〃 | |
| 10 | 04381107 | 20,000,000 | 김홍곽 | 95.8.30. | 95.8.30 | 〃 | |
| 11 | 03523190 | 16,250,000 | 긴홍케 | 95,9,18 | 95.8.30 | 〃 | |
| 12 | 04381115 | 10,980,000 | 긴홍곽 | 95.9.11. | 〃 | 〃 | 〃 |
| 13 | 03523186 | 20,000,000 | 태평양 종합산업 | 95.8.28 | 95.8.28 | 〃 | |
| 14 | 04381108 | 25,000,000 | 이길겸 | 95,8,26 | 95.8.26. | 〃 | |
| 15 | 03523490 | 10,000,000 | 긴연복 | 95.8.24. | 95.8.24 | 〃 | |
| 16 | 04381111 | 12,000,000 | 긴연복 | 95.8.22 | 95.8.22 | 〃 | |
| 17 | 04381106 | 38,000,000 | 갱홍규 | 95.9.21. | 95.8.21. | 〃 | |
| 18 | 03523467 | 23,000,000 | 삼화양견 | 95.8.17. | 95.8.17 | 〃 | |
| 19 | 03523484 | 18,029,000 | 삼화양견 | 95.8.18 | 95.8.18 | 〃 | |
| | 합계금 | 346,747,800 | | | | | |

**Evidences-10.**

The obstruction about  the plaintiff's legal action of the Korean Consulate g-General of New York.

1. The Korean Consulate-General of New York ( Address: 460 Park Ave ( Bet 57 & 58 St. # 6F, New York, NY 10022 ) violated the U.S.A. postal law.
2. The plaintiff was badly damaged in the property right by the Korean Consulate-General of New York which delayed the court notice-letter delivery to the plaintiff  for seven months indicated in the evidences.
3. Even though the Korean Administration Court in Seoul sent a notice- letter to the plaintiff to be appeared at the court on June 2, 2006 thorough the Korean Diplomatic Boucher of the Korean Consulate-General,
4. The Korean Consulate-general was keeping the letter for seven  months in the Consulate-General office.
5. Then, the Korean Consulate General delivered the letter to the plaintiff on February 14, 2007 after seven months later from the date of the arrival of the letter in the Consulate-General office.

6. . Because of the above delayed letter, the plaintiff asked to the Korean Court to postpone the date to be appeared, but The Korean Court rejected the plaintiff's appeal,

7. Eventually, the 7 story Building owned by the plaintiff was auctioned to the another buyer.

8. The plaintiff lost the property right of the building which of market price was estimated at $ 1,400,000 U.S.A. Dollars at that time, 20 years ago.

9. Even though the plaintiff tried to sue the Korean Consulate-General and the staff of the Consul, Sung-Bum Kim to  the  U.S.A District court,

10.     Because the Korean Consulate-General of New York  had a privilege of diplomatic immunity, the plaintiff could not file the complaint against the Korean Consulate-General.

11.     The plaintiff added the copies of the evidences in this file.

July 22. 2019.

Michael H. Kim

The Plaintiff of the case.

# Notice of Confirmation
# Content of Certified Mail

**Document # 2007-03-07**
**Notice Date: 03-06-2007**

**To: Consul-General Moon at New York**
## Korean Consulate General
### 460 Park Avenue, 6ᵗʰ Floor, New York, N.Y. 10022
**Att: Vice Consul Park Seung Woo and Mr. Seong Beom Kim**

**From: Michael H. Kim** ( U.S.A citizen. Korean name: 김 형 섭 )
**Address: 6192 State Route 374, Chateaugay, N.Y. 12920**

**Subject:**
**Request of explaining  the reason of the 7 month –delayed**
**delivery of the court  notice  for  the plea schedule to me.**

서울행정법원 변론기일 통지서( 사건번호: 2006 구합 4134)를 왜? 7 개월
이상 영사관에서 억류, 본인에게 지연송달했는지에 대한 해명 요구

1. 귀 총영사관은 본인 소유 건물 인접지역의 신축공사로 인한 붕괴위험의
   피해를 당해 영업이 중단된 본인 건물에 대한 안전진단 소송과 관련,

2. 서울 행정 법원으로부터 동 사건에 대한 본인과 본인의 법정 대리인
   ( 김향남) 에게 보낸 변론기일 통지서를 2006 년 8 월 2 일 수령했음에도
   불구하고,

3. 무려 7 개월 이상 상기 통지서를 영사관에서 불법하게 억류, 변론기일이 훨씬
   경과한 후인 2007 년 2 월 14 일자 로 본인에게 송달함으로서 본인과 본인의
   처 ( 김향남)의 통신의 자유와 권리를 현저하게 침해, 미국의 통신법을 위배
   했을 뿐 아니라.

1

3) 법률구조공단 이 무른 구급차는 졸도한 본인의 처를 1 시간 이상 산에 방치한후 병원에 입원 시켰고

4) 법원판사는 본인의 처를 고의로 범죄자로 만들어 구속하려했고

5) 영업장앞에서 밤낮으로 공포분위기를 조성한 자들을 고발해도 경찰은 신고 접수 마저 거부했고

6) 심지어 정체불명의 남자가 교회까지 미행, 신앙의 자유까지 방해를 받는 등 생존권의 위협을 받아 재산권 ( 목욕탕)환수투쟁을 포기하고 미국으로 왔다고 고백하고 있는바,

15. 본인의 처가 당한 지난 10 년의 인생은 한마디로 요약하여 옆집의 " 불법공사"로 야기된 " 강간 강도" " 인권유린" "불법행정" " 불법재판" "공갈과 협박" " 살인위협"등 무법천지요 살인 지옥에서 살았다 해도 과언이 아니며,

16. 따라서 이번사건은 단순한 본인의 개인 재산피해에 국한 하지 않고, 미국 시민권자 의 한국내 재산을 불법박탈한 국제적 범죄행위요 연약한 여자를 강간하고 불법강금한 폐륜적인 인권 탄압사건이기 때문에,

17. 사건의 귀추를 예의 주시하고 있던 중, 귀 영사관의 변론 기일 통지서 송달 지연 사건을 보고, 동 송달 지연사건이 일개 직원의 실수라기 보다는 본인 재산권에 대한 한국의 불법적인 음모와 일연의 연관이 있다고 간주,

18. 동 송달지연 변론 통지서를 받은 즉시 귀 영사관 담당관 ( 김성범)에게 전화를 하여 " 송달 지연 사유"를 문서로 해명해 줄것을 요청한바 있으며,

19. 그 응답으로 별첨 사본과 같은 서신을 받았으나, 한 마디로 말해서 납득이 안가는 형식적이고 무책임한 해명으로 일관했기 때문에 다시 이 확인 통지서를 송부하는 바이고,

20. 귀 직원의 서신에 의하면, 서울 행정 법원 변론 통지서의 영사관 수령일이 2006 년 8 월 2 일이었다고 되어 있는데, 그럼에도 불구하고,

21. 본인에게 발송한 일자는 무려 7 개월이 경과한 2007 년 2 월 9 일이며 본인이 이 통지서를 접수한 날은 2007 년 2 월 14 일 이었는바 ( 접수증 사본 별첨),

22. 이것은 본인이 변론 기일 통지서를 수령하고도 변론기일에 참석치 않았다는 구실을 만들려는 계략의 일환으로 의심허지 않을 수 없기 때문에 그 진상을 밝히기 위해 수사 당국에 수사를 의뢰할 수 밖에 없고,

23. 특히 미국내의 우편은 7 일 이내면 어디든지 도착할 수 있는데, 왜? 이렇게

3

6)  불법건축을 자행 ,본인과 본인의 처에게 막대한 재정적 정신적 사회적
    피해를 입인 건축주 김제자와 동 불법건축을 자행한 건축업자 들 전원

6)  우리측의 정당한 주장을 묵살하고 비밀리에 본인 건물에 대한 강제
    불법 경매를 집행케 한 서울동부법원과 담당판사 ( 김민기 )와 경매
    6 계 관련자 전원

7)  본인의 처가 당한 강도 강간 사건의 신고를 받고도 몇 년이 지난
    현재까지 전혀 수사에 성의를 보이지 않고 있는 강동 경찰서와 한국
    경찰청

8)  이상의 모든 불법 행위를 사전 예방하고 법질서를 준행, 외국인의
    재산권을 보호하고 민주시민의 인권보장에 앞장 서야할 총체적인
    책임은 바로 대한민국 정부에 있기 때문에,

30. 본인과 본인의 처는 한국정부와 상기 관련 기관 및 관련자 전원을 상대로 그
    동안 입은 재정적, 정신적, 사회적 피해를 보상 받을 권리가 있다고 판단,


31.     미국 검찰과 법원 그리고 유엔 인권위원회에 제소할
        방침임을 정중히 통고하는 바입니다.



**03-06-2007**

Subscribed and sworn to before
me on March 6, 2007.

통고인: 마이클 김

Rev. Michael H. Kim, Ph.D
6192 St.Rte.374, Chateaugay, NY 12920

첨부 서류:

1.  영사관 송달 서류담당관( 김성범) 서한 사본과 행정사건 진행사본
2.  서울 행정법원 변론기일 통지서 사본 과 박부영사 서한 사본
3.  서울 행정 법원 변론기일 통지서 본인 접수증 사본
4.  증거물을 불법폐기한 서울시 직원 ( 이명박시장 당시)의 자술서 사본

DANIELLE MORGAN
Notary Public, State of New York
No. 01MO6128338
Qualified in Franklin County
Commission Expires June 13, 2009

5

KOREAN CONSULATE GENERAL
460 PARK AVENUE, 6TH FLOOR
NEW YORK, N.Y. 10022

김 영 철

Kim  Hyang – Nam
6192 State Route 374
Chteaugay, NY 12920

6192 State Route 374
Chateaugay, NY 12920 USA
원고1    김형섭(대리인 김향남)

**\*2096812183064\***   000-000
2 0 9 6 8 1 2 - 1 8 3 0 6 4
(행정과 제6행정부)

서울행정법원

# 변 론 기 일 통 지 서

사  건      2006구합 4134      위험건축물안전진단이행청구각하처분취소

원  고      김형섭(대리인 김향남)

피  고      서울특별시강동구청

위 사건   변론 기일이 다음과 같이 2회 지정되었으니 출석하시기 바랍니다.

일  시      2006 . 10 . 18 . 14:00
            2006 . 10 . 25 . 14:00

장  소      제203호 법정

                    2006 .  6 .  2 .

              법 원 주 사 보   김   대     

주의 1. 출석할 때에는 주민등록증 또는 공공기관 발행의 신분증을 가져오시기
       바랍니다.
   2. 소송대리인이 선임되어 있더라도 기일에는 되도록 당사자 본인(당사자가
       법인 또는 단체인 경우에는 대표자 또는 실무책임자, 당사자가 여러 명인
       경우에는 의사결정을 할 수 있는 주된 당사자)도 출석하시기바랍니다.
   3. 이 사건에 관하여 제출하는 서류에는 사건번호(2006구합 4134      )를
       기재하시기 바랍니다.
   4. 사건진행에 관하여 안내를 받고자 하는 경우에는 자동응답전화(ARS)를
       이용할 수 있습니다. 자동응답전화번호는 지역번호 없이 1588-9100입니다.
   5. 대법원 홈페이지(www.scourt.go.kr)를 이용하시면 재판기일등 각종
       정보를 편리하게 열람할 수 있습니다.

   *  주차시설이 협소하오니 대중교통을 이용하여 주시기 바랍니다.

                    담당 재판부 : 제6행정부

                      전  화 : 02-3479-3139



**KOREAN CONSULATE GENERAL**
NEW YORK, N.Y.

Kim, Hyang-Nam
6192 State Route 374                    February 15, 2006
Chteaugay, NY 12920

안녕하십니까?
주뉴욕총영사관 송달서류 담당 김성범입니다.
송달서류 진행현황을 아래와 같이 알려드립니다.


—        아            래       —


법원명 : 서울행정법원
사건번호 : 2006 구합 4134 위험건축물안전진단이행청구각하처분취소
원고 : 김형섭 (대리인 김향남)
피고 : 서울특별시 강동구청
당관 서류 수령일 : 2006년 8월 2일
당관 서류 송부일 : 2007년 2월 9일


해당변론기일은 첨부와 같이 연기되었으며, 당관에서 송달서류(변론기일통지서) 접수시 즉시
피송달인에게 송달조치토록 하겠습니다.
기타 다른 문의사항이 있으시면 언제든지 212-486-3951로 연락주시기 바랍니다.
불편을 끼쳐드려 죄송합니다. 감사합니다.



                                    Sincerely Yours,

                                    김 성범

첨부 : 행정사건 진행내역 각 1부.            Seong Beom Kim


HEAD OFFICE: 335 EAST 45TH STREET, NEW YORK, N.Y. 10017 • (646) 674-6000
VISA & PASSPORT SECTION: 460 PARK AVE., 6TH FLOOR, NEW YORK, N.Y. 10022 • (646) 674-6000

▸ 본 사이트에서 제공된 사건정보는 법적인 효력이 없으니 참고자료로만 활용하시기 바랍니다.
보다 상세한 내용은 해당 법원에 문의하시기 바랍니다.

**사건일반내역**    **사건진행내역**        [ » 인쇄하기 ]  [ » 나의 사건 검색하기 ]

▸ 사건번호 : 서울행정법원 2006구합4134

▶ **기본내역**   **» 청사배치**

| 사건번호 | 2006구합4134 | 사건명 | 위험건축물안전진단이행청구각하<br>처분취소 |
|---|---|---|---|
| 원고 | 김형섭(대리인 김향남) | 피고 | 서울특별시강동구청 |
| 재판부 | 제 6행정부 다 (전화:02-3479-3139) | | |
| 접수일 | 2006.02.02 | 종국결과 | |

▶ **진행내역**

| 일 자 | 내 용 | 기 일<br>결 과 |
|---|---|---|
| 2006.10.18 | 변론기일(법정 203호 14:00) | |
| 2006.10.26 | 변론기일(법정 203호 14:00) | 연기 |
| 2007.04.25 | 변론기일(법정 203호 15:00) | 연기 |
| 2007.05.02 | 변론기일(법정 203호 15:00) | |

▲ TOP

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

ON-055

KIM, HYANG NAM
6192 STATE ROUTE 374
CHTEAUGAY, NY 12920

**2. Article Number**
*(Transfer from service label)*

7003 1010 0002 8035 3254

PS Form 3811, February 2004     Return Receipt     102595-02-M-1540

---

**COMPLETE THIS SECTION ON DELIVERY**

**A. Signature**

X _____  ☒ Agent  ☐ Addressee

**B. Received by ( Printed Name)**    **C. Date of Delivery**

Michael Kim    2-14-07

**D. Is delivery address different from Item 1?** ☐ Yes
If YES, enter delivery address below: ☒ No

**3. Service Type**
- ☒ Certified Mail
- ☐ Registered
- ☐ Insured Mail
- ☐ Express Mail
- ☐ Return Receipt for Merchandise
- ☐ C.O.D.

**4. Restricted Delivery? (Extra Fee)** ☐ Yes

# THE UNITED STATES OF AMERICA

No. 26913976

FORM N-550 REV. 6-91





Personal description of holder as of date of naturalization:

Date of birth: NOVEMBER 25, 1937

Sex: MALE

Height: 5 feet 5 inches

Marital status: MARRIED

Country of former nationality: KOREA

INS Registration No. A074754181

I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.

_____
Complete and true signature of holder



Be it known that, pursuant to an application filed with the Attorney General

The Attorney General having found that:

MICHAEL HYUNGSUP KIM

then residing in the United States, intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the

at: LOS ANGELES, CALIFORNIA

US DISTRICT COURT CENTRAL DISTRICT

at: POMONA, CALIFORNIA

on: FEBRUARY 26, 2002

that such person is admitted as a citizen of the United States of America.

Commissioner of Immigration and Naturalization

IT IS PUNISHABLE BY U. S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

**SENDER: COMPLETE THIS SECTION**

- ■ Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*on-off*

KIM, HYANG NAM
6192 STATE ROUTE 374
CHTEAUGAY, NY 12920

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☒ Agent
                    ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
Michael Kim                        274-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☒ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7003 1010 0002 8035 3254

PS Form 3811, February 2004     Return Receipt     102595-02-M-1540

# 변론 기일 연기 신청서
### 사건 번호: 2006 구합 4134.
### 원고 Michael H Kim ( 대리인 김향남 )
## Request for Deferment of the Pleading Date
### Case #: 2006 Guhap 4134

문서번호: 제 2007-03-12

수 신: **서울 행정 법원 장**

주소: ( 137-750 ) 서울 특별시 서초구 서초로 219

## To: President of Seoul District Adminitration Court

참 조: 제 6 행정부 및 법원 주사보 김 대성

From 발신자: **Michael H. Kim**

**Address: 6192 State Route 374, Chateaugay, N.Y. 12920 USA**

**Date of issue: 03-12-2007**

**Docu # 2007-03-12**

제 목: 사건 2006 구합 4134 에 대한 변론 기일 연기 요청

**Subject: Request for Deferment of the Pleading Date of Case # 2006 Guhap 4134**

본인, **Michael H. Kim** ( U.S.A.citizen. 구 한 국명: 김형섭. )은 상기 사건의 원고로서 다음의 긴급사유 때문에 변론 기일의 연기가 불가피함을 본인 변호사의 공증을 얻어 삼가 신청하오니 청허하여 주시기 앙망합니다.

# 연기 신청 사 유
## Reasons for Deferment



1.   상기 사건( 2006 구합 4134 ) 과 관련,

2.   사건의 핵심인 본인 소유건물이 2006 년 3 월에 이미 비밀리에 불법 경매 ( Illegal , secret auction) 집행 된 사실을 최근에 인지하였고,

3.   경매에 따른 사전 사후 통고도 없이 불법경매하였으며, 본 재판의 핵심인 위험증거물이 당해 건물의 개축으로 전면 소실되었으며,

18829

4.    건물내에 보관되어 있던 본인과 본인 처의 사유물이 행방 불명되어 모든 가족사항(조상사진등)과 막중한 본인 사유물이 상실되었고,

5.    경매의 사전담합( **Secret preliminary compromise for auction.** 한국자산공사. 서울 동부지법원. 경매계 담당 직원 및 판사. 강동구청. 건축주. 건축설계사. 경매당첨자 등 )의 흔적이 농후하며,

6.    이 명박 전 서울시장 재직시 개최된 서울시 행정심판위원회에 본인의 대리인 (김향남)이 제출한 550 페이지의 핵심증거자료를 행정심판위원들에게 제출도 하지않고 부당하게 사전 폐기, 우리의 청구가 기각당한 사건이 발생하였으며( **Illegal Destruction of Evidences of the jeopardy building of mine),**

7.    특히 상기 증거물의 행방과 환수를 요구하는 과정에서 본인의 처( 김향남)를 시청직원들이 폭력으로 시청의 창고에 불법 감금( **Illegal detention** ) 하고 인권( **An outrage upon personal rights** )을 유린한 사건이 자행되었으며,

8.    뉴욕 총영사관에서는 본인에게 신속히 전달해야할 귀 행정법원의 변론기일 통지서를 무려 7 개월이나 억류한후 본인에게 송달함으로서 미 연방통신법을 위반 ( **Violence of USA communications Act** )했을 뿐 아니라 본인의 한국내 재산권 불법박탈에 결정적 원인 제공했으며,

9.    급기야 본인의 처 (김 향남)는 비밀리에 본인의 목욕탕( 사건 핵심건물)이 경매되었다는 소식을 접하고, 미국에서 졸도 병원에 입원했으며, 그 후 우울증과 신체적 고통으로 계속 미국 병원에서 치료중인 사태가 발생 하는 등 한 가정이 심한 불행에 처해 있는바,

10.    이러한 엄청난 음모와 인권 유린, 증거물 불법파기, 경매의 담합, 미국시민권자의 재산권 불법 박탈, 사유재산권 침해, 가정의 행복 파괴, 범죄인의 비호 등 도저히 용납할 수 없는 불법행위등이 발생하였기 때문에,

11.    본인은 미국 시민권자로서 한국내 본인의 재산권을 환수 보호하고 본인의 처가 당한 인권유린행위등이 다시는 재발하지 않게 하기 위해,

2

12.  상기 일련의 불법사건에 대한 전면 수사를  미국 연방수사국(FBI)과 미중앙정보국( CIA), 미의회, 미국 정부 그리고 한국 수사당국에 요청하고 있기 때문에 상기 사건에 대한 수사당국의 수사가 어느정도 종결 될 때 까지,

13.  상기 사건에 대한 귀 법원의 변론기일의 연기가 불가피함을 본인의 미국 변호사 공증을 받아 정중히 신청하오니 양지하시어 청허하여 주시기 바라오며,

14.  동 신청서를 접수한 후 1 개월 내에 연기여부를 본인에게 통지해 주시면 감사하겠습니다.

끝

**03-12-2007**

**원고( 신청인) : Michael H. Kim ( Korean name: 김  형  섭 )**

별첨:

1.  변론기일 통지서 불법 억류 지연 발송과 관련 뉴욕총연사관에 보낸 본인의 항의 공문 사본 ( 공증된 문서)

2.  서울시 행정심판위원회에 제출된 우리측 증거물 폐기에 대한 담당직원 자술서 사본과 본인 처의 참고 증언 사본

3.  미국명 **Michael H. Kim** 과  **Hyung sup Kim** ( 김형섭)의 동일인 증명서 사본

4.  뉴욕 총영사관에서 7 개월 동안 억류했다가 본인에게 지연 송부한 행정법원 변론통지 사건에 대한 영사관의 해명과  송달 접수일의 사본

*Subscribed before me*
*March 12, 2007*

*Kimberly A Savage*

KIMBERLY A. SAVAGE
Notary Public, State of New York
No. 4956826
Qualified in Franklin County
Commission Expires October 2, _____

3



朴明相 김영남
846-674-6000

2600 PARK AVENUE, 6TH FLOOR
NEW YORK, N.Y. 10022

**CERTIFIED MAIL**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7003 1010 0002 8035 3254

KIM, HYANG NAM
6192 STATE ROUTE 374
CHTEAUGAY, NY 12920

UNITED STATES
POSTAL SERVICE

0000
12920



"혁신하는 공무원이 성공하는 정부를 만듭니다."

# 주 뉴욕총영사관

수신자   외교통상부장관 (영사서비스과 과장)
(경유)
제목      송달서류 송부

2007. 3. 8  15. 65

공조번호 : 2006 - 1942
사건번호 : 서울행정법원 2006구합4134 위험건축물안전진단이행청구각하처분취소
              (피송달인 : 김향남)

대호, 송달서류를 피송달인에게 붙임과 같이 송부하였음을 알려드립니다.

붙임 : 1. 송달보고서 1부.
        2. 송달공한 사본 1부.
        3. 송달증서 원본 1부. 끝.

2007. 4/3
5/2  )기알에
관항니껏봉



주 뉴욕총영사관

★영사             박승우      ★부총영사   이기천      ★총영사   문봉주    박승우
협조자
시행  뉴욕 - 509
우                460 Park Ave. 6th Fl., New York, NY 10022    /   http://www.koreanconsulate.org
전                        (2007.2.26)                        접수
                     1-212) 421-3028              /   swpark92@mofat.go.kr   /   비공개(2)

# 송달결과보고서

송달촉탁법원 : 서울행정법원

사  건  명 : 2006구합4134 위험건축물안전진단이행청구가

위사건의 소송서류 송달에 대하여 다음과 같이 보고 합니다

1.  (1)송달을 받을 사람의 주소및 성명

　　　*성명 : 김향남 (KIM, HYANG NAM)

　　　*주소 : 6192 STATE ROUTE 374, CHTEAUGAY, NY 12920

　(2)송달할서류  답변서, 변론기일통지서

2. 위서류를 다음과 같이 송달하였습니다.

　(1)송달받을 사람의 성명 및 본인(송달받을사람)과의 관계: 기타

　(2)송달장소 : 6192 STATE ROUTE 374, CHTEAUGAY, NY 12920

　(3)송달년월일  2007년02월14일

　(4)송달방법(해당란에 표기하고 기관의 경우에는 구체적으로 기재)

　　우편

3. 위서류는 다음의 사유로 송달되지 않았습니다.

　　* 송달

4. 첨부

　*송달비용 : 5.12

　*  답변서, 변론기일통지서

　　　　　　　　　영사기관    주 뉴욕 총영사관    영사 (인)

PARK SEUNG WOO
VICE CONSUL

2007. 2. 9.

**To :  김향남 귀하**


    I, Consul of the Republic of Korea, am transmitting to you the judicial documents sent from the judicial authorities concerned * in Korea.   Your presence at the court in Korean at the designated date or your reply to the court is cordially requested.


    서울행정법원으로부터 당관에 의뢰된 심판서류(청구인:김형섭)를 별첨과 같이 송부하오니 귀하께서는 지정기일에 관계 법원에 직접 출두하거나 또는 귀하의 의사를 관계 법원에 회신하여 주시기 바랍니다.


1. 사건번호,명(Case no, Subject) : 2006구합4134 위험건축물안전진단이
                                              행청구각하처분취소

2. 공조번호 : 2006 - 1942

3. 심리기일 Hearing date :

           Issuing court :


    첨부 : 1. 답변서, 변론기일통지서. 끝.



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ $0.87 | 0007 |
| Certified Fee | $2.40 | 04   Postmark Here |
| Return Reciept Fee (Endorsement Required) | $1.85 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.12 | 02/09/2007 |

Sent To
Street, Apt. No or PO Box No
City, State, Zi

**KIM, HYANG NAM**
**6192 STATE ROUTE 374**
**CHTEAUGAY, NY 12920**

PS Form 3800

Sincerely,

PARK SEUNG WOO
VICE CONSUL

**Evidence -11: The Copies of the illegal payroll account** book counterfeited by Seung Hwa Kang, Defendant -1, with the collusion os In-Joon Kim, Defendant-5 and Won Young Kim who was the husband of Chung-Sook Lee, the present publisher of the Kun Kang Digest magazine.

1. This Evidence -11 showed that Choong-il An, Defendant-6,  sued the plaintiff as the complaint of 13 complaints,
2. But the representative complainant, Choong –Il An, of the bill of indictment was not an employee of the Kun Kang Digest,
3. The plaintiff never know The complainant, An,
4. Among the 13 complainants, the first number # -1 , defendant -5,  In Joon Kim, registered resident# 560301-1067312, at Choongkok Dong 159-8, Kwang-jin Gu, Seoul, Korea, was only one man who signed with his original seal on this bill of

5. indictment that meant In-Joon Kim colludied with Seng Hwa Kang, Defendant-1, in making the counterfeited payroll book of the employees of the Kun Kang Digest magazine company owned by the plaintiff.

6. In-Joon Kim was the staff clerk of the Kun Kang Digest who handled the original payroll account book of the Kun Kang Digest employees,

7. But in order to make the destruction of evidences, In-Joon Kim destroyed the original payroll account book of the Kun Kang Digest with the help of Won Young Kim, who was the husband of Chung-Sook Lee, the publisher of the Kun Kang Digest and died 4 years ago,

8. Among those complainants, the list # 13, Kim, Kyung Young, the list # 2, Ryu, Kwang Sook, the list # 3, Lee, Young Sun, the list # 5, Lee, Doo-jae, the list # , the list # 8, all denied that he sued the plaintiff ,

9. Except the list # 1, the list # 12, Won Young Kim who was the husband of the present publisher of

10. the Kun Kang Digest advocated the faked the complaint in the court,

11. Won Young Kim also was not the employee of the Kun Kang Digest,

12. But judge, Sang-pil Um publically protected Won Young Kim's faked insistence against the plaintiff in the court.

13. The plaintiff's not guilty appeal speech that Won Young Kim's insistence was not true,   was totally rejected by the judge in the court.

14. That was the total violation of the free speech law of  an American citizen.

15. Furthermore, according to the copy of the complaint paper of this case, 12 seals were same size and same shapes that meant that those seals were faked by the defendant-1, Seung Hwa Kang and defendant-5, In-joon Kim.

16. In conclusion, the plaintiff totally denied the above complaint, because the complaint was counterfeited basically and criminally.

The plaintiff: Michael H. Kim



# 고　　　발　　　장

처리기한 1995. 11. 0 2

## 고발인(근로자 대표)

| 성　　　명 | 안　중　일 |
|---|---|
| 주민등록번호 | 590410 - 1396612 |
| 주　　　소 | 경기도 안양시 비산 2동 주공 A  8동 108호 |

## 피 고 발 인

| 사 업 체 명 | 월간 건강다이제스트사 |
|---|---|
| 주　　　소 | 서울시 중구 장충동 1가 50 - 15 |
| 대 표 자 명 | 김　형　섭 |

## 고 발 사 실

1. 고발인(근로자 대표) 안중일 외 13명은 95년 8월 24일 월간 건강다이제스트사의 부도로 인

하여 임금과 퇴직금을 받지 못하여 고발하오니 귀사무소의 선처로 임금등을 지급받을 수 있도

록 조치바랍니다.

1 9 9 5 . 9 . 4

고발인 대표　　안　중　일



| 신　원 | 소장 | | | | |
|---|---|---|---|---|---|
| 접수일자 | 1995. 9. 04 | | | | |
| 처리과 | 근로감독과 | 이상복 | | | |

서울중부지방노동사무소  소장  귀하

## 대 표 자 선 임 서

수 임 인

| 성    명 | 안 증 일 | | |
|---|---|---|---|
| 주민등록번호 | 590410 - 1396612 | | |
| 주    소 | 경기도 안양시 비산2동 주공A 8동 108호 | | |
| 입 사 일 | 95. 5. 25 | 퇴 사 일 | 95. 8. 24 |

--- 위 임 사 항 --

위임자 김인준을 포함한 13명의 근로자들은 월간 건강다이제스트사 (사업주 김형섭)의 부도처리후 임금청산에 관한 일체의 모든 권한을 상기 안증일에게 위임자 본인들을 대리하여 권리를 행사하여 줄 것을 위임합니다.

1 9 9 5.  8.

월간  건강다이제스트사
중구 장충동 1가 50 -15                                    사문서위조

## 위 임 자  명 단

| 연번 | 성 명 | 입사일 | 퇴직일 | 주민등록번호 | 주    소 | 확인 |
|---|---|---|---|---|---|---|
| 1 | 김인준 | 83. 7. 7 | 95. 8.24 | 560301-1067312 | 광진구 중곡동 159-8 | |
| 2 | 류광숙 | 86.10. 1 | 95. 8.24 | 640415-2010829 | 동대문구 이문1동 289 - 26 | |
| 3 | 이영선 | 91. 4.15 | 95. 8.24 | 660120-2005821 | 동대문구 이문2동 59-36 | |
| 4 | 이성연 | 94. 7.19 | 95. 8.24 | 671116-1396612 | 성동구 능동 320-10 | |
| 5 | 이두재 | 95. 5.22 | 95. 7.20 | 561020-1622011 | 중구 장충동 1가 50-15 | |
| 6 | 김은경 | 95. 1. 7 | 95. 8.24 | 650812-2024018 | 노원구 상계동 666 주공A 1005동 1109 | |
| 7 | 김원길 | 94.11. 9 | 95. 8.24 | 720616-1393117 | 경기도 이천군 대월면 초지리 450 | |
| 8 | 채승혜 | 94. 4.21 | 95. 8.24 | 650111-2010511 | 노원구 상계동 혁구빌라B 201 | |
| 9 | 최미로 | 90.10. 2 | 95. 8.24 | 690301-2148511 | 양천구 목동 497-13 | |
| 10 | 황영자 | 94. 3. 7 | 95. 8.24 | 431207-285016 | 동대문구 이문2동 257-144 | |
| 11 | 송명숙 | 95. 5.15 | 95. 8.24 | 611210-2249312 | 동대문구 이문3동 253-11 | |
| 12 | 김원영 | 81. 1.10 | 95. 8.24 | 470820-1551215 | 강남구 개포 주공A 440- 102 | |
| 13 | 김경영 | 94. 3.22 | 95. 8.24 | 420728-1067215 | 구로구 구로 256-1 구로A 16동 405 | |

## 평균임금및 퇴직금 산정서

| 사업자명 | 건강 다이제스트 | | 근로자 성명 | 김 인 준 | 생년월일 | | | 직 종 | |
|---|---|---|---|---|---|---|---|---|---|
| 산정사유발생년월일 | 1995. 8. 24 | | 채용년월일 | 1983. 7. 7 | | 재직일수 | | 4,432 | |
| 임금지급방법 | 1.월급 2.주급 3.일급 4.시급 5.도급 6.기타 | | | | | 고용형태 | | 1.상용        2.일용 | |

| 산 정 내 역 | | | | | |
|---|---|---|---|---|---|
| 평균임금<br>계산기간 | 95. 5.24.부터<br>95. 5.31. 까지 | 95. 6. 1. 부터<br>95. 6.30. 까지 | 95. 7. 1.부터<br>95. 7.31. 까지 | 95. 8. 1.부터<br>95. 8.23. 까지 | 합 계 |
| 총 일 수 | 8 일 | 30 일 | 31 일 | 23 일 | 92 일 |
| 기 본 급 | 193,548 | 750,000 | 750,000 | 556,451 | 2,249,999 |
| 수 당 | 193,548 | 750,000 | 750,000 | 556,451 | 2,249,999 |
| | | | | | |
| | | | | | |
| 계 | 387,096 | 1,500,000 | 1,500,000 | 1,112,902 | 4,499,998 |
| 상여금산출식 | * 3/12 | | | 3개월 상여금 | |
| 평균임금계산 | 4,499,998 / 92 = 48,913원 02 전 | | | 3개월 총액 | 4,499,998 |
| 통상임금계산 | = | | | 퇴 직 금 | 17,817,740 |
| 퇴직금 계산 | 48,913.02 x 30 일 x 4,432 / 365 = 17,817,740 | | | 퇴직 전환금 | |
| | | | | 실 지 급 액 | |

위의 사실을 확인함.

199₅ . 9 . 4.

大韓公認勞務士事務所

공인노무사 :

미지급 임금 급여 내역

| 연번 | 성 명 | 재직기간 | 95년 5월분 | 95년 6월분 | 95년 7월분 | 95년 8월분 | 소 계 | 89.3.28 이전 | 89.3.29이후 | 소 계 | 합 계 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 합 | 계 | | 2,112,904 | 9,400,000 | 11,670,967 | 11,167,735 | 34,351,606 | 25,737,630 | 43,294,520 | 69,032,150 | 103,383,756 |
| 1 | 김임준 | 83.7.7 / 95.8.24 | 333,710 | 1,500,000 | 1,500,000 | 1,161,290 | 4,500,000 | 8,410,360 | 9,407,380 | 17,817,740 | 22,317,740 |
| 2 | 유광숙 | 86.10.1 / 95.8.24 | 338,710 | 1,500,000 | 1,500,000 | 1,161,290 | 4,500,000 | 3,658,420 | 9,407,380 | 13,065,800 | 17,565,800 |
| 3 | 이윤신 | 91.4.15 / 95.8.24 | 248,388 | 1,100,000 | 1,100,000 | 851,612 | 3,300,000 | | 4,696,450 | 4,696,450 | 7,996,450 |
| 4 | 이성인 | 94.7.19 / 95.8.24 | | | 780,645 | 851,612 | 1,632,257 | | 1,184,900 | 1,184,900 | 2,817,157 |
| 5 | 이두재 | 95.5.22 / 95.8.24 | 419,354 | 1,300,000 | 838,710 | | 2,558,064 | | | | 2,558,064 |
| 6 | 권은경 | 95.1.17 / 95.8.24 | | | 490,322 | 735,483 | 1,225,805 | | | | 1,225,805 |
| 7 | 김원길 | 94.11.9 / 95.8.24 | | | | 541,935 | 541,935 | | | | 541,935 |
| 8 | 채승혜 | 94.4.21 / 95.8.24 | | | 950,000 | 735,483 | 1,685,483 | 1,250,520 | | 1,250,520 | 2,936,003 |
| 9 | 최미토 | 90.10.2 / 95.8.24 | | 600,000 | 750,000 | 580,645 | 1,930,645 | 3,594,100 | | 3,594,100 | 5,524,745 |
| 10 | 황영자 | 94.3.7 / 95.8.24 | | | | 193,548 | 193,548 | 718,280 | | 718,280 | 911,828 |
| 11 | 송명수 | 95.5.15 / 95.8.24 | | | | 483,870 | 483,870 | | | | 483,870 |
| 12 | 안중일 | 95.5.25 / 95.8.24 | | | 361,290 | 1,238,709 | 1,599,999 | | | | 1,599,999 |
| 13 | 김현인 | 81.1.10 / 95.8.24 | 383,871 | 1,700,000 | 1,700,000 | 1,316,129 | 5,100,000 | 13,668,850 | 10,661,690 | 24,330,540 | 29,430,540 |
| 14 | 김경인 | 94.3.22 / 95.8.24 | 383,871 | 1,700,000 | 1,700,000 | 1,316,129 | 5,100,000 | | 2,373,820 | 2,373,820 | 7,473,820 |

# 평균임금및 퇴직금 산정서

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 사업자명 | 건강 다이제스트 | 근로자 성명 | 류 광 숙 | 생년월일 | | 직 종 | |
| 산정사유발생년월일 | 1995. 8. 24 | 채용년월일 | 1986.10. 1 | 재직일수 | 3,250 | | |
| 임금지급방법 | 1. 월급 2. 주급 3. 일급 4. 시급 5. 도급 6. 기타 | 고용형태 | 1. 상용 2. 일용 | | | | |

| 산 정 내 역 | | | | | |
|---|---|---|---|---|---|
| 평균임금 계산기간 | 95. 5.24. 부터 95. 5.31. 까지 | 95. 6. 1. 부터 95. 6.30. 까지 | 95. 7. 1. 부터 95. 7.31. 까지 | 95. 8. 1. 부터 95. 8.23. 까지 | 합 계 |
| 총 일 수 | 8 일 | 3 0 일 | 3 1 일 | 2 3 일 | 9 2 일 |
| 기 본 급 | 193,548 | 750,000 | 750,000 | 556,451 | 2,249,999 |
| 수 당 | 193,548 | 750,000 | 750,000 | 556,451 | 2,249,999 |
| | | | | | |
| | | | | | |
| 계 | 387,096 | 1,500,000 | 1,500,000 | 1,112,902 | 4,499,998 |
| 상여금산출식 | * 3/12 | | | 3개월 상여금 | |
| 평균임금계산 | 4,499,998 / 92 = 48,913 원 02 전 | | | 3개월 총액 | 4,499,998 |
| 통상임금계산 | = | | | 퇴 직 금 | 13,065,800 |
| 퇴직금 계산 | 48,913.02 x 30 일 x 3,250 / 365 = 13,065,800 | | | 퇴직 전환금 | |
| | | | | 실 지 급 액 | |

위의 사실을 확인함.

1995 . 9 . 4 .

공인노무사: (인)

# 평균임금및 퇴직금 산정서

| 사업자명 | 건강 다이제스트 | 근로자 성명 | 이 영 선 | 생년월일 | | 직 종 | |
|---|---|---|---|---|---|---|---|
| 산정사유발생년월일 | | 1995. 8. 24 | 채용년월일 | 1991. 4. 15 | 재직일수 | | 1,593 |
| 임금지급방법 | | 1.월급 2.주급 3.일급 4.시급 5.도급 6.기타 | | | 고용형태 | 1. 상용 | 2. 일용 |

| 산 정 내 역 | | | | | |
|---|---|---|---|---|---|
| 평균임금<br>계산기간 | 95. 5.24.부터<br>95. 5.31. 까지 | 95. 6. 1. 부터<br>95. 6.30. 까지 | 95. 7. 1.부터<br>95. 7.31. 까지 | 95. 8. 1.부터<br>95. 8.23. 까지 | 합 계 |
| 총 일 수 | 8 일 | 30 일 | 31 일 | 23 일 | 92 일 |
| 기 본 급 | 141,935 | 550,000 | 550,000 | 408,064 | 1,649,999 |
| 수 당 | 141,935 | 550,000 | 550,000 | 408,064 | 1,649,999 |
| | | | | | |
| | | | | | |
| 계 | 283,870 | 1,100,000 | 1,100,000 | 816,128 | 3,299,998 |
| 상여금산출식 | ＊ 3/12 | | | 3개월 상여금 | |
| 평균임금계산 | 3,299,998 / 92 = 35,869 원 54 전 | | | 3개월 총액 | 3,299,998 |
| 통상임금계산 | = | | | 퇴 직 금 | 4,696,450 |
| 퇴직금 계산 | 35,869.54 x 30 일 x 1,593 / 365 = 4,696,450 | | | 퇴직 전환금 | |
| | | | | 실 지 급 액 | |

위의 사실을 확인함.

199   . 9.  .

공인노무사:



## 평균임금및 퇴직금 산정서

| 사업자명 | 건강 다이제스트 | 근로자 성명 | 이 성 연 | 생년월일 | | 직 종 | |
|---|---|---|---|---|---|---|---|
| 산정사유발생년월일 | 1995. 8. 24 | 채용년월일 | 1994. 7.19 | 재직일수 | | | 402 |
| 임금지급방법 | 1. 월급 2. 주급 3. 일급 4. 시급 5. 도급 6. 기타 | | | 고용형태 | 1. 상용 | | 2. 일용 |

### 산 정 내 역

| 평균임금<br>계산기간 | 95. 5.24.부터<br>95. 5.31. 까지 | 95. 6. 1. 부터<br>95. 6.30. 까지 | 95. 7. 1.부터<br>95. 7.31. 까지 | 95. 8. 1.부터<br>95. 8.23. 까지 | 합 계 |
|---|---|---|---|---|---|
| 총 일 수 | 8 일 | 3 0 일 | 3 1 일 | 2 3 일 | 9 2 일 |
| 기 본 급 | 141,935 | 550,000 | 550,000 | 408,064 | 1,649,999 |
| 수 당 | 141,935 | 550,000 | 550,000 | 408,064 | 1,649,999 |
| | | | | | |
| | | | | | |
| 계 | 283,870 | 1,100,000 | 1,100,000 | 816,128 | 3,299,998 |
| 상여금산출식 | * 3/12 | | | 3개월 상여금 | |
| 평균임금계산 | 3,299,998 / 92 = 35,869 원 54 전 | | | 3개월 총액 | 3,299,998 |
| 통상임금계산 | = | | | 퇴 직 금 | 1,184,900 |
| 퇴직금 계산 | 35,869.54 x 30 일 x 402 / 365 = 1,184,900 | | | 퇴직 전환금 | |
| | | | | 실 지 급 액 | |

위의 사실을 확인함.

199$\int$ . 9 . 6 .

大韓公認勞務士事務所

공인노무사:

## 평균임금및 퇴직금 산정서

| 사업자명 | 건강 다이제스트 | 근로자 성명 | 채 승 혜 | 생년월일 | | 직 종 | |
|---|---|---|---|---|---|---|---|
| 산정사유발생년월일 | 1995. 8. 24 | 채용년월일 | 1994. 4. 21 | | 재직일수 | | 491 |
| 임금지급방법 | 1.월급 2.주급 3.일급 4.시급 5.도급 6.기타 | | | | 고용형태 | 1.상용 | 2.일용 |

### 산 정 내 역

| 평균임금<br>계산기간 | 95. 5.24.부터<br>95. 5.31. 까지 | 95. 6. 1. 부터<br>95. 6.30. 까지 | 95. 7. 1.부터<br>95. 7.31. 까지 | 95. 8. 1.부터<br>95. 8.23. 까지 | 합 계 |
|---|---|---|---|---|---|
| 총 일 수 | 8 일 | 3 0 일 | 3 1 일 | 2 3 일 | 9 2 일 |
| 기 본 급 | 122,580 | 475,000 | 475,000 | 352,419 | 1,424,999 |
| 수 당 | 122,580 | 475,000 | 475,000 | 352,419 | 1,424,999 |
| | | | | | |
| | | | | | |
| 계 | 245,160 | 950,000 | 950,000 | 704,838 | 2,849,998 |
| 상여금산출식 | ＊ 3/12 | | | 3개월 상여금 | |
| 평균임금계산 | 2,849,998 / 92 = 30,978 원 23 전 | | | 3개월 총액 | 2,849,998 |
| 통상임금계산 | | = | | 퇴 직 금 | 1,250,520 |
| 퇴직금 계산 | 30,978.23 x 30 일 x 491 / 365 = 1,250,520 | | | 퇴직 전환금 | |
| | | | | 실 지 급 액 | |

위의 사실을 확인함.

199  .  .  .

공인노무사:



## 평균임금및 퇴직금 산정서

| 사업자명 | 건강 다이제스트 | 근로자 성명 | 최 미 로 | 생년월일 | | 직 종 | |
|---|---|---|---|---|---|---|---|
| 산정사유발생월일 | 1995. 8. 24 | 채용년월일 | 1990. 10. 2 | 재직일수 | | | 1,770 |
| 임금지급방법 | 1.월급 2.주급 3.일급 4.시급 5.도급 6.기타 | | | 고용형태 | 1. 상용 | | 2. 일용 |

| 산 정 내 역 | | | | | |
|---|---|---|---|---|---|
| 평균임금<br>계산기간 | 95. 5.24.부터<br>95. 5.31. 까지 | 95. 6. 1. 부터<br>95. 6.30. 까지 | 95. 7. 1.부터<br>95. 7.31. 까지 | 95. 8. 1.부터<br>95. 8.23. 까지 | 합 계 |
| 총 일 수 | 8 일 | 30 일 | 31 일 | 23 일 | 92 일 |
| 기 본 급 | 96,774 | 375,000 | 375,000 | 278,225 | 1,124,999 |
| 수 당 | 96,774 | 375,000 | 375,000 | 278,225 | 1,124,999 |
| | | | | | |
| | | | | | |
| 계 | 193,548 | 750,000 | 750,000 | 556,450 | 2,249,998 |
| 상여금산출식 | * 3/12 | | | 3개월 상여금 | |
| 평균임금계산 | 2,249,998 / 92 = 24,456 원 5 전 | | | 3개월 총액 | 2,249,998 |
| 통상임금계산 | = | | | 퇴 직 금 | 3,594,100 |
| 퇴직금 계산 | 24,456.5 x 30 일 x 1,770 / 365 = 3,594,100 | | | 퇴직 전환금 | |
| | | | | 실 지 급 액 | |

위의 사실을 확인함.

199   .   .   .

공인노무사:                    (인)

## 평균임금및 퇴직금 산정서

| 사업자명 | 건강 다이제스트 | 근로자 성명 | 황 영 자 | 생년월일 | | 직 종 | |
|---|---|---|---|---|---|---|---|
| 산정사유발생년월일 | 1995. 8. 24 | 채용년월일 | 1994. 3. 7 | | 재직일수 | | 536 |
| 임금지급방법 | 1.월급 2.주급 3.일급 4.시급 5.도급 6.기타 | | | | 고용형태 | 1.상용 | 2.일용 |

### 산 정 내 역

| 평균임금<br>계산기간 | 95. 5.24. 부터<br>95. 5.31. 까지 | 95. 6. 1. 부터<br>95. 6.30. 까지 | 95. 7. 1.부터<br>95. 7.31. 까지 | 95. 8. 1. 부터<br>95. 8.23. 까지 | 합 계 |
|---|---|---|---|---|---|
| 총 일 수 | 8 일 | 3 0 일 | 3 1 일 | 2 3 일 | 9 2 일 |
| 기 본 급 | 64,516 | 250,000 | 250,000 | 185,483 | 749,999 |
| 수 당 | 64,516 | 250,000 | 250,000 | 185,483 | 749,999 |
| | | | | | |
| 계 | 129,032 | 500,000 | 500,000 | 370,966 | 1,499,998 |
| 상여금산출식 | ＊ 3/12 | | | 3개월 상여금 | |
| 평균임금계산 | 1,499,998 / 92 = 16,304 원 32 전 | | | 3개월 총액 | 1,499,998 |
| 통상임금계산 | = | | | 퇴 직 금 | 718,280 |
| 퇴직금 계산 | 16,304.32 x 30 일 x 536 / 365 = 718,280 | | | 퇴직 전환금 | |
| | | | | 실 지 급 액 | |

위의 사실을 확인함.

199.  .  .

공인노무사 :



## 평균임금및 퇴직금 산정서

| 사업자명 | 건강 다이제스트 | 근로자 성명 | 김 원 영 | 생년월일 | | 직 종 | |
|---|---|---|---|---|---|---|---|
| 산정사유발생년월일 | 1995. 8. 24 | 채용년월일 | 1981. 1.10 | | 재직일수 | | 5,340 |
| 임금지급방법 | 1.월급 2.주급 3.일급 4.시급 5.도급 6.기타 | | | 고용형태 | 1.상용 | | 2.일용 |

### 산 정 내 역

| | 95. 5.24.부터<br>95. 5.31.까지 | 95. 6. 1. 부터<br>95. 6.30. 까지 | 95. 7. 1.부터<br>95. 7.31. 까지 | 95. 8. 1.부터<br>95. 8.23.까지 | 합 계 |
|---|---|---|---|---|---|
| 평균임금<br>계산기간 | | | | | |
| 총 일 수 | 8 일 | 3 0 일 | 3 1 일 | 2 3 일 | 9 2 일 |
| 기 본 급 | 219,354 | 850,000 | 850,000 | 630,645 | 2,549,999 |
| 수 당 | 219,354 | 850,000 | 850,000 | 630,645 | 2,549,999 |
| | | | | | |
| | | | | | |
| 계 | 438,708 | 1,700,000 | 1,700,000 | 1,261,290 | 5,099,998 |
| 상여금산출식 | ✳ 3/12 | | | 3개월 상여금 | |
| 평균임금계산 | 5,099,998 / 92 = 55,434 원 76 전 | | | 3개월 총액 | 5,099,998 |
| 통상임금계산 | = | | | 퇴 직 금 | 24,330,540 |
| 퇴직금 계산 | 55,434.76 x 30 일 x 5,340 / 365 = 24,330,540 | | | 퇴직 전환금 | |
| | | | | 실 지 급 액 | |

위의 사실을 확인함.

199⁵ . ⁷ . ⁄⁄ .

공인노무사:                                    (인)

## 평균임금및 퇴직금 산정서

| 사업자명 | 건강 다이제스트 | 근로자 성명 | 김 경 영 | 생년월일 | | 직 종 | |
|---|---|---|---|---|---|---|---|
| 산정사유발생년월일 | 1995. 8. 24 | 채용년월일 | 1994. 3. 22 | | 재직일수 | | 521 |
| 임금지급방법 | 1.월급 2.주급 3.일급 4.시급 5.도급 6.기타 | | | | 고용형태 | 1. 상용 | 2. 일용 |

### 산 정 내 역

| 평균임금<br>계산기간 | 95. 5.24.부터<br>95. 5.31.까지 | 95. 6. 1. 부터<br>95. 6.30. 까지 | 95. 7. 1.부터<br>95. 7.31. 까지 | 95. 8. 1.부터<br>95. 8.23.까지 | 합 계 |
|---|---|---|---|---|---|
| 총 일 수 | 8 일 | 3 0 일 | 3 1 일 | 2 3 일 | 9 2 일 |
| 기 본 급 | 219,354 | 850,000 | 850,000 | 630,645 | 2,549,999 |
| 수 당 | 219,354 | 850,000 | 850,000 | 630,645 | 2,549,999 |
| | | | | | |
| | | | | | |
| 계 | 438,708 | 1,700,000 | 1,700,000 | 1,261,290 | 5,099,998 |
| 상여금산출식 | ＊3/12 | | | 3개월 상여금 | |
| 평균임금계산 | 5,099,998 / 92 = 55,434 원 76 전 | | | 3개월 총액 | 5,099,998 |
| 통상임금계산 | = | | | 퇴 직 금 | 2,373,820 |
| 퇴직금 계산 | 55,434.76 x 30 일 x 521 / 365 =2,373,820 | | | 퇴직 전환금 | |
| | | | | 실 지 급 액 | |

위의 사실을 확인함.

1995 . 9 . ℓ .

大韓公認勞務士 ○○○事務所

공인노무사: ○ ○ ○ ○    (인)

미지급 및 지급 금액 내역

| 연번 | 성명 | 제작기간 | 미지급 | | | | | 지급금액내역 | | | 합계 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 95년 5월분 | 95년 6월분 | 95년 7월분 | 95년 8월분 | 소계 | 89.3.28 이전 | 89.3.29 이후 | 소계 | |
| | 합 | 계 | 2,112,904 | 9,400,000 | 11,670,967 | 11,167,735 | 34,351,606 | 25,737,630 | 43,294,520 | 69,032,150 | 103,383,756 |
| 1 | 김인옥 | 83.7.7 / 95.8.24 | 338,710 | 1,500,000 | 1,500,000 | 1,161,290 | 4,500,000 | 8,410,360 | 9,407,380 | 17,817,740 | 22,317,740 |
| 2 | 유숭수 | 86.10.1 / 95.8.24 | 338,710 | 1,500,000 | 1,500,000 | 1,161,290 | 4,500,000 | 3,658,420 | 9,407,380 | 13,065,800 | 17,565,800 |
| 3 | 이영신 | 91.4.15 / 95.8.24 | 248,388 | 1,100,000 | 1,100,000 | 851,612 | 3,300,000 | | 4,696,450 | 4,696,450 | 7,996,450 |
| 4 | 이상인 | 94.7.19 / 95.8.24 | | | 780,645 | 851,612 | 1,632,257 | | 1,184,900 | 1,184,900 | 2,817,157 |
| 5 | 이두제 | 95.5.22 / 95.7.20 | 419,354 | 1,300,000 | 838,710 | | 2,558,064 | | | | 2,558,064 |
| 6 | 김인경 | 95.1.17 / 95.8.24 | | | 490,322 | 735,483 | 1,225,805 | | | | 1,225,805 |
| 7 | 김인집 | 94.11.9 / 95.8.24 | | | | 541,935 | 541,935 | | 541,935 | 541,935 | 541,935 |
| 8 | 채승해 | 94.4.21 / 95.8.24 | | | 950,000 | 735,483 | 1,685,483 | 1,250,520 | | 1,250,520 | 2,936,003 |
| 9 | 최미도 | 90.10.2 / 95.8.24 | | 600,000 | 750,000 | 580,645 | 1,930,645 | 3,594,100 | | 3,594,100 | 5,524,745 |
| 10 | 황영지 | 94.3.7 / 95.8.24 | | | | 193,548 | 193,548 | 718,280 | | 718,280 | 911,828 |
| 11 | 송원수 | 95.5.15 / 95.8.24 | | | | 483,870 | 483,870 | | | | 483,870 |
| 12 | 안종일 | 95.5.25 / 95.8.24 | | | 361,290 | 1,238,709 | 1,599,999 | | | | 1,599,999 |
| 13 | 김인임 | 81.1.10 / 95.8.24 | 383,871 | 1,700,000 | 1,700,000 | 1,316,129 | 5,100,000 | 13,668,850 | 10,661,690 | 24,330,540 | 29,430,540 |
| 14 | 김경옥 | 94.3.22 / 95.8.24 | 383,871 | 1,700,000 | 1,700,000 | 1,316,129 | 5,100,000 | | 2,373,820 | 2,373,820 | 7,473,820 |

1995. 8. 15

(상단·우측 여백 수기 메모 — 판독 불가에 가까움)
김인옥(수필사) 진(요)주 354

증거 없이 임조동 / 미장진열 아니쪼도 있음 / 한개씩도 조소 많이 그만큼 / 한방찬 사람이 있다함

### 평균임금및 퇴직금 산정서

| 사업자명 | 건강 다이제스트 | 근로자 성명 | 김 인 준 | 생년월일 | | 직 종 | |
|---|---|---|---|---|---|---|---|
| 산정사유발생년월일 | 1995. 8. 24 | 채용년월일 | 1983. 7. 7 | 재직일수 | | | 4,432 |
| 임금지급방법 | 1. 월급 2. 주급 3. 일급 4. 시급 5. 도급 6. 기타 | | | 고용형태 | 1. 상용 | | 2. 일용 |

산 정 내 역

| 평균임금 계산기간 | 95. 5.24.부터 95. 5.31. 까지 | 95. 6. 1. 부터 95. 6.30. 까지 | 95. 7. 1.부터 95. 7.31. 까지 | 95. 8. 1.부터 95. 8.23. 까지 | 합 계 |
|---|---|---|---|---|---|
| 총 일 수 | 8 일 | 3 0 일 | 3 1 일 | 2 3 일 | 9 2 일 |
| 기 본 급 | 193,548 | 750,000 | 750,000 | 556,451 | 2,249,999 |
| 수 당 | 193,548 | 750,000 | 750,000 | 556,451 | 2,249,999 |
| | | | | | |
| | | | | | |
| 계 | 387,096 | 1,500,000 | 1,500,000 | 1,112,902 | 4,499,998 |
| 상여금산출식 | * 3/12 | | | 3개월 상여금 | |
| 평균임금계산 | 4,499,998 / 92 = 48,913원 02 전 | | | 3개월 총액 | 4,499,998 |
| 통상임금계산 | = | | | 퇴직금 | 17,817,740 |
| 퇴직금 계산 | 48,913.02 x 30 일 x 4,432 / 365 = 17,817,740 | | | 퇴직 전환금 | |
| | | | | 실지 급액 | |

위의 사실을 확인함.

1995 . 9 . 4 .

大韓公認勞務士事務所

공인노무사: 黃 承 鐸 (도장)

강승탁

# 평균임금및 퇴직금 산정서

| 사업자명 | 건강 다이제스트 | 근로자 성명 | 류 광 숙 | 생년월일 | | 직 종 | |
|---|---|---|---|---|---|---|---|
| 산정사유발생년월일 | 1995. 8. 24 | 채용년월일 | 1986.10. 1 | 재직일수 | | 3,250 | |
| 임금지급방법 | 1. 월급 2. 주급 3. 일급 4. 시급 5. 도급 6. 기타 | | | 고용형태 | 1. 상용 | | 2. 일용 |

| 산 정 내 역 | | | | | |
|---|---|---|---|---|---|
| 평균임금<br>계산기간 | 95. 5.24.부터<br>95. 5.31. 까지 | 95. 6. 1. 부터<br>95. 6.30. 까지 | 95. 7. 1.부터<br>95. 7.31. 까지 | 95. 8. 1.부터<br>95. 8.23. 까지 | 합 계 |
| 총 일 수 | 8 일 | 3 0 일 | 3 1 일 | 2 3 일 | 9 2 일 |
| 기 본 급 | 193,548 | 750,000 | 750,000 | 556,451 | 2,249,999 |
| 수 당 | 193,548 | 750,000 | 750,000 | 556,451 | 2,249,999 |
| | | | | | |
| | | | | | |
| 계 | 387,096 | 1,500,000 | 1,500,000 | 1,112,902 | 4,499,998 |
| 상여금산출식 | | * 3/12 | | 3개월 상여금 | |
| 평균임금계산 | | 4,499,998 / 92 = 48,913 원 02 전 | | 3개월 총액 | 4,499,998 |
| 통상임금계산 | | = | | 퇴 직 금 | 13,065,800 |
| 퇴직금 계산 | | 48,913.02 x 30 일 x 3,250 / 365 = 13,065,800 | | 퇴직 전환금 | |
| | | | | 실 지 급 액 | |

위의 사실을 확인함.

1995 . 9. 2 .

大韓산업관리공단

공인노무사:



## 평균임금및 퇴직금 산정서

| 사업자명 | 건강 다이제스트 | 근로자 성명 | 이 영 선 | 생년월일 | | 직 종 | |
|---|---|---|---|---|---|---|---|
| 산정사유발생년월일 | 1995. 8. 24 | 채용년월일 | 1991. 4.15 | 재직일수 | | 1,593 | |
| 임금지급방법 | 1. 월급 2. 주급 3. 일급 4. 시급 5.도급 6. 기타 | | | 고용형태 | 1.상용 | | 2.일용 |

### 산 정 내 역

| 평균임금<br>계산기간 | 95. 5.24. 부터<br>95. 5.31. 까지 | 95. 6. 1. 부터<br>95. 6.30. 까지 | 95. 7. 1.부터<br>95. 7.31. 까지 | 95. 8. 1.부터<br>95. 8.23. 까지 | 합 계 |
|---|---|---|---|---|---|
| 총 일 수 | 8 일 | 3 0 일 | 3 1 일 | 2 3 일 | 9 2 일 |
| 기 본 급 | 141,935 | 550,000 | 550,000 | 408,064 | 1,649,999 |
| 수 당 | 141,935 | 550,000 | 550,000 | 408,064 | 1,649,999 |
| | | | | | |
| | | | | | |
| 계 | 283,870 | 1,100,000 | 1,100,000 | 816,128 | 3,299,998 |
| 상여금산출식 | ＊ 3/12 | | | 3개월 상여금 | |
| 평균임금계산 | 3,299,998 / 92 = 35,869 원 54 전 | | | 3개월 총액 | 3,299,998 |
| 통상임금계산 | | = | | 퇴 직 금 | 4,696,450 |
| 퇴직금 계산 | 35,869.54 x 30 일 x 1,593 / 365 = 4,696,450 | | | 퇴직 전환금 | |
| | | | | 실 지 급 액 | |

위의 사실을 확인함.

199 . . .

공인노무사:  

# 평균임금 및 퇴직금 산정서

| 사업자명 | 건강 다이제스트 | 근로자 성명 | 이 성 연 | 생년월일 | | 직 종 | |
|---|---|---|---|---|---|---|---|
| 산정사유발생년월일 | 1995. 8. 24 | 채용년월일 | 1994. 7. 19 | 재직일수 | | 402 | |
| 임금지급방법 | 1.월급 2.주급 3.일급 4.시급 5.도급 6.기타 | | | 고용형태 | 1.상용 | | 2.일용 |

## 산 정 내 역

| 평균임금 계산기간 | 95. 5. 24. 부터 95. 5. 31. 까지 | 95. 6. 1. 부터 95. 6. 30. 까지 | 95. 7. 1. 부터 95. 7. 31. 까지 | 95. 8. 1. 부터 95. 8. 23. 까지 | 합 계 |
|---|---|---|---|---|---|
| 총 일 수 | 8 일 | 30 일 | 31 일 | 23 일 | 92 일 |
| 기 본 급 | 141,935 | 550,000 | 550,000 | 408,064 | 1,649,999 |
| 수 당 | 141,935 | 550,000 | 550,000 | 408,064 | 1,649,999 |
| | | | | | |
| | | | | | |
| 계 | 283,870 | 1,100,000 | 1,100,000 | 816,128 | 3,299,998 |
| 상여금산출식 | ＊ 3/12 | | | 3개월 상여금 | |
| 평균임금계산 | 3,299,998 / 92 = 35,869 원 54 전 | | | 3개월 총액 | 3,299,998 |
| 통상임금계산 | = | | | 퇴 직 금 | 1,184,900 |
| 퇴직금 계산 | 35,869.54 x 30 일 x 402 / 365 = 1,184,900 | | | 퇴직 전환금 | |
| | | | | 실 지 급 액 | |

위의 사실을 확인함.

199５ . ８ . ２ .

大韓公認勞務士事務所

공인노무사:

# 평균임금및 퇴직금 산정서

| 사업자명 | 건강 다이제스트 | 근로자 성명 | 채 승 혜 | 생년월일 | | 직종 | |
|---|---|---|---|---|---|---|---|
| 산정사유발생년월일 | 1995. 8. 24 | 채용년월일 | 1994. 4. 21 | 재직일수 | | 491 | |
| 임금지급방법 | 1. 월급 2. 주급 3. 일급 4. 시급 5. 도급 6. 기타 | | | 고용형태 | 1. 상용 | | 2. 일용 |

### 산 정 내 역

| 평균임금 계산기간 | 95. 5.24. 부터 95. 5.31. 까지 | 95. 6. 1. 부터 95. 6.30. 까지 | 95. 7. 1. 부터 95. 7.31. 까지 | 95. 8. 1. 부터 95. 8.23. 까지 | 합 계 |
|---|---|---|---|---|---|
| 총 일 수 | 8 일 | 30 일 | 31 일 | 23 일 | 92 일 |
| 기 본 급 | 122,580 | 475,000 | 475,000 | 352,419 | 1,424,999 |
| 수 당 | 122,580 | 475,000 | 475,000 | 352,419 | 1,424,999 |
| | | | | | |
| | | | | | |
| 계 | 245,160 | 950,000 | 950,000 | 704,838 | 2,849,998 |

| 상여금산출식 | * 3/12 | 3개월 상여금 | |
|---|---|---|---|
| 평균임금계산 | 2,849,998 / 92 = 30,978 원 23 전 | 3개월 총액 | 2,849,998 |
| 통상임금계산 | = | 퇴 직 금 | 1,250,520 |
| 퇴직금 계산 | 30,978.23 x 30 일 x 491 / 365 = 1,250,520 | 퇴직 전환금 | |
| | | 실 지 급 액 | |

위의 사실을 확인함.

199 5 . 8 . 4.

공인노무사:



## 평균임금및 퇴직금 산정서

| 사업자명 | 건강 다이제스트 | 근로자 성명 | 최 미 로 | 생년월일 | | 직 종 | |
|---|---|---|---|---|---|---|---|
| 산정사유발생년월일 | 1995. 8. 24 | 채용년월일 | 1990.10. 2 | | 재직일수 | | 1,770 |
| 임금지급방법 | 1.월급 2.주급 3.일급 4.시급 5.도급 6.기타 | | | | 고용형태 | 1.상용 | 2.일용 |

<table>
<tr><td colspan="6" align="center">산 정 내 역</td></tr>
<tr><td>평균임금<br>계산기간</td><td>95. 5.24.부터<br>95. 5.31.까지</td><td>95. 6. 1. 부터<br>95. 6.30. 까지</td><td>95. 7. 1.부터<br>95. 7.31. 까지</td><td>95. 8. 1.부터<br>95. 8.23. 까지</td><td>합 계</td></tr>
<tr><td>총 일 수</td><td>8 일</td><td>3 0 일</td><td>3 1 일</td><td>2 3 일</td><td>9 2 일</td></tr>
<tr><td>기 본 급</td><td>96,774</td><td>375,000</td><td>375,000</td><td>278,225</td><td>1,124,999</td></tr>
<tr><td>수 당</td><td>96,774</td><td>375,000</td><td>375,000</td><td>278,225</td><td>1,124,999</td></tr>
<tr><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td>계</td><td>193,548</td><td>750,000</td><td>750,000</td><td>556,450</td><td>2,249,998</td></tr>
<tr><td>상여금산출식</td><td colspan="4" align="center">＃ 3/12</td><td>3개월 상여금</td></tr>
<tr><td>평균임금계산</td><td colspan="4" align="center">2,249,998 / 92 = 24,456 원  5 전</td><td>3개월 총액</td></tr>
<tr><td>통상임금계산</td><td colspan="4" align="center">＝</td><td>퇴 직 금</td></tr>
<tr><td>퇴직금 계산</td><td colspan="4" align="center">24,456.5 x 30 일 x 1,770 / 365 = 3,594,100</td><td>퇴직 전환금</td></tr>
<tr><td></td><td colspan="4"></td><td>실 지 급 액</td></tr>
</table>

위의 사실을 확인함.

199 5 . 9 . 4 .

공인노무사:  姜 燕 和 (인)



## 평균임금및 퇴직금 산정서

| 사업자명 | 건강 다이제스트 | 근로자 성명 | 황 영 자 | 생년월일 | | | 직 종 | |
|---|---|---|---|---|---|---|---|---|
| 산정사유발생년월일 | 1995. 8. 24 | 채용년월일 | 1994. 3. 7 | | 재직일수 | | 536 | |
| 임금지급방법 | 1.월급 2.주급 3.일급 4.시급 5.도급 6.기타 | | | 고용형태 | 1.상용 | | 2.일용 | |

산 정 내 역

| | 95. 5.24.부터<br>95. 5.31.까지 | 95. 6. 1. 부터<br>95. 6.30. 까지 | 95. 7. 1.부터<br>95. 7.31. 까지 | 95. 8. 1. 부터<br>95. 8.23. 까지 | 합 계 |
|---|---|---|---|---|---|
| 평균임금<br>계산기간 | | | | | |
| 총 일 수 | 8 일 | 3 0 일 | 3 1 일 | 2 3 일 | 9 2 일 |
| 기 본 급 | 64,516 | 250,000 | 250,000 | 185,483 | 749,999 |
| 수 당 | 64,516 | 250,000 | 250,000 | 185,483 | 749,999 |
| | | | | | |
| | | | | | |
| 계 | 129,032 | 500,000 | 500,000 | 370,966 | 1,499,998 |
| 상여금산출식 | ＊ 3/12 | | | 3개월 상여금 | |
| 평균임금계산 | 1,499,998 / 92 = 16,304 원 32 전 | | | 3개월 총액 | 1,499,998 |
| 통상임금계산 | | = | | 퇴 직 금 | 718,280 |
| 퇴직금 계산 | 16,304.32 x 30 일 x 536 / 365 = 718,280 | | | 퇴직 전환금 | |
| | | | | 실 지 급 액 | |

위의 사실을 확인함.

199⨍ . 9. 6.

공인노무사:



## 평균임금및 퇴직금 산정서

| 사업자명 | 건강 다이제스트 | 근로자 성명 | 김 원 영 | 생년월일 | | 직 종 | |
|---|---|---|---|---|---|---|---|
| 산정사유발생년월일 | | 1995. 8. 24 | 채용년월일 | 1981. 1.10 | 재직일수 | | 5,340 |
| 임금지급방법 | 1.월급 2.주급 3.일급 4.시급 5.도급 6.기타 | | | | 고용형태 | 1. 상용 | 2. 일용 |

### 산 정 내 역

| | 95. 5.24.부터 95. 5.31.까지 | 95. 6. 1.부터 95. 6.30.까지 | 95. 7. 1.부터 95. 7.31.까지 | 95. 8. 1.부터 95. 8.23.까지 | 합 계 |
|---|---|---|---|---|---|
| 평균임금 계산기간 | | | | | |
| 총 일 수 | 8 일 | 3 0 일 | 3 1 일 | 2 3 일 | 9 2 일 |
| 기 본 급 | 219,354 | 850,000 | 850,000 | 630,645 | 2,549,999 |
| 수 당 | 219,354 | 850,000 | 850,000 | 630,645 | 2,549,999 |
| | | | | | |
| | | | | | |
| 계 | 438,708 | 1,700,000 | 1,700,000 | 1,261,290 | 5,099,998 |
| 상여금산출식 | ＊ 3/12 | | | 3개월 상여금 | |
| 평균임금계산 | 5,099,998 / 92 = 55,434 원 76 전 | | | 3개월 총액 | 5,099,998 |
| 통상임금계산 | = | | | 퇴 직 금 | 24,330,540 |
| 퇴직금 계산 | 55,434.76 x 30 일 x 5,340 / 365 = 24,330,540 | | | 퇴직 전환금 | |
| | | | | 실 지 급 액 | |

위의 사실을 확인함.

199５ . ９ . ６ .

공인노무사:　　　　　　　　　　　(인)

# 고　소　장

고 소 인　　　　김　형　섭

피소고인　　　　김　원　영 외 5

서울지방검찰청　　　　　　　　　　　　　귀중

大成合同法律事務所 辯護士 李 廷 一
137-070
서울특별시 서초구 서초동 1705 정곡빌딩 서관502호
전화 : 534-5146  FAX : 595-5574